# EXHIBIT A

United States of America
United States Patent and Trademark Office

# DROPBOX

Reg. No. 4,478,345
Registered Feb. 4, 2014
Int. Cls.: 9, 39, and 42

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

DROPBOX, INC. (DELAWARE CORPORATION)
185 BERRY ST.
SUITE 400
SAN FRANCISCO, CA 94107

FOR: COMPUTER SOFTWARE AND DOWNLOADABLE COMPUTER SOFTWARE USED TO STORE AND SHARE DATA, DOCUMENTS, FILES, INFORMATION, TEXT, PHOTOS, IMAGES, GRAPHICS, MUSIC, AUDIO, VIDEO, AND MULTIMEDIA CONTENT WITH OTHERS VIA GLOBAL COMPUTER NETWORKS, MOBILE TELEPHONES, AND OTHER COMMUNICATIONS NETWORKS FOR THE PURPOSE OF FILE BACK UP AND SYNCHRONIZATION, NOT INCLUDING SOFTWARE FOR USE IN DATABASE MANAGEMENT IN THE FIELD OF LIFE SCIENCES RESEARCH OR SOFTWARE FOR UPLOADING OR TRANSFERRING ADVERTISING PROGRAMS AND MEDIA ADVERTISING COMMUNICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-11-2008; IN COMMERCE 3-11-2008.

FOR: STORAGE OF ELECTRONIC MEDIA, NAMELY, DATA, DOCUMENTS, FILES, TEXT, PHOTOS, IMAGES, GRAPHICS, MUSIC, AUDIO, VIDEO, AND MULTIMEDIA CONTENT, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 3-11-2008; IN COMMERCE 3-11-2008.

FOR: PROVIDING TEMPORARY USE OF NON-DOWNLOADABLE COMPUTER SOFTWARE USED TO STORE AND SHARE DATA, DOCUMENTS, FILES, INFORMATION, TEXT, PHOTOS, IMAGES, GRAPHICS, MUSIC, AUDIO, VIDEO, AND MULTIMEDIA CONTENT WITH OTHERS VIA GLOBAL COMPUTER NETWORKS, MOBILE TELEPHONES, AND OTHER COMMUNICATIONS NETWORKS FOR THE PURPOSE OF FILE BACK UP AND SYNCHRONIZATION, NOT INCLUDING SOFTWARE FOR USE IN DATABASE MANAGEMENT IN THE FIELD OF BIOMEDICAL RESEARCH OR SOFTWARE FOR UPLOADING OR TRANSFERRING ADVERTISING PROGRAMS AND MEDIA ADVERTISING COMMUNICATIONS; HOSTING OF DIGITAL CONTENT ON THE INTERNET, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-11-2008; IN COMMERCE 3-11-2008.

Deputy Director of the United States
Patent and Trademark Office

**Reg. No. 4,478,345**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-817,716, FILED 9-1-2009.

BRIAN CALLAGHAN, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

>   *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
>   *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.