# EXHIBIT B

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85012206
Filing Date: 04/12/2010

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 85012206 |
| MARK INFORMATION | |
| *MARK | DROPBOX |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | DROPBOX |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Officeware Corporation |
| DBA/AKA/TA/Formerly | DBA FilesAnywhere.com |
| INTERNAL ADDRESS | Suite 220 |
| *STREET | 8600 Freeport Parkway |
| *CITY | Irving |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 75063 |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |

| STATE/COUNTRY OF INCORPORATION | Texas |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 042 |
| *IDENTIFICATION | Providing online non-downloadable software for uploading and transferring files |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/04/2004 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/04/2004 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT10\IMAGEOUT 10\850\122\85012206\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | screen shots |
| **ATTORNEY INFORMATION** | |
| NAME | Remy M. Davis |
| ATTORNEY DOCKET NUMBER | 503667.1 |
| FIRM NAME | Thompson & Knight LLP |
| INTERNAL ADDRESS | Suite 1500 |
| STREET | 1722 Routh Street |
| CITY | Dallas |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 75201 |
| PHONE | 214-969-1700 |
| FAX | 214-969-1751 |
| OTHER APPOINTED ATTORNEY | Bruce Sostek and Deborah L. Lively and Murali K. Pasupulati |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Remy M. Davis |
| FIRM NAME | Thompson & Knight LLP |
| INTERNAL ADDRESS | Suite 1500 |

| | |
|---|---|
| **STREET** | 1722 Routh Street |
| **CITY** | Dallas |
| **STATE** | Texas |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 75201 |
| **PHONE** | 214-969-1700 |
| **FAX** | 214-969-1751 |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |
| **\*TOTAL FEE DUE** | 325 |
| **\*TOTAL FEE PAID** | 325 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATORY FILE** | \\TICRS\EXPORT10\IMAGEOUT10\850\122\85012206\xml1\APP0004.JPG |
| **SIGNATORY'S NAME** | Timothy M. Rice |
| **SIGNATORY'S POSITION** | President and CEO |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85012206**
**Filing Date: 04/12/2010**

## To the Commissioner for Trademarks:

**MARK:** DROPBOX (Standard Characters, see mark)
The literal element of the mark consists of DROPBOX.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Officeware Corporation, DBA FilesAnywhere.com, a corporation of Texas, having an address of
    Suite 220,
    8600 Freeport Parkway
    Irving, Texas 75063
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 042:  Providing online non-downloadable software for uploading and transferring files

In International Class 042, the mark was first used at least as early as 08/04/2004, and first used in commerce at least as early as 08/04/2004, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) screen shots.
Specimen File1


The applicant's current Attorney Information:
Remy M. Davis and Bruce Sostek and Deborah L. Lively and Murali K. Pasupulati of Thompson & Knight LLP

    Suite 1500
    1722 Routh Street
    Dallas, Texas 75201
    United States
The attorney docket/reference number is 503667.1.
 The applicant's current Correspondence Information:
    Remy M. Davis
    Thompson & Knight LLP
    Suite 1500

   1722 Routh Street
   Dallas, Texas 75201
   214-969-1700(phone)
   214-969-1751(fax)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

Signatory's Signature: signatory file
Signatory's Name: Timothy M. Rice
Signatory's Position: President and CEO

RAM Sale Number: 5738
RAM Accounting Date: 04/13/2010

Serial Number: 85012206
Internet Transmission Date: Mon Apr 12 19:30:57 EDT 2010
TEAS Stamp: USPTO/BAS-168.75.201.254-201004121930570
17962-85012206-46039f4fc8c5fb5facba2fb94
63973861-DA-5738-20100412192811937647

# DROPBOX



Trademark/Service Mark Application, Principal Register                         Page 2 of 5

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: _[signature]_
Signatory's Name: Timothy M. Rice
Signatory's Position: CEO/President
Date Signed: 3/26/10

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will **not** be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.