# EXHIBIT D

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | ESTTA635540 |
|---|---|
| Filing date: | 10/28/2014 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Thru, Inc. | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | TEXAS |
| Address | 909 Lake Carolyn Parkway Suite 750<br>Irving, TX 75039<br>UNITED STATES | | |

| Attorney information | John M Cone<br>Hitchcock Evert LLP<br>P.O. Box 131709<br>Dallas, TX 75313-1709<br>UNITED STATES<br>jcone@hitchcockevert.com, docket@hitchcockevert.com, jrackley@hitchcockevert.com   Phone:214 880 7002 |
|---|---|

## Applicant Information

| Application No | 85012206 | Publication date | 10/28/2014 |
|---|---|---|---|
| Opposition Filing Date | 10/28/2014 | Opposition Period Ends | 11/27/2014 |
| Applicant | DROPBOX, INC.<br>185 BERRY STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94107<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

Class 042. First Use: 2004/08/04 First Use In Commerce: 2004/08/04
All goods and services in the class are opposed, namely: Providing online non-downloadable software for uploading and transferring filesfor the purpose of file back up and synchronization, not including software foruploading or transferring advertising programs and media advertising communications

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|

## Mark Cited by Opposer as Basis for Opposition

| U.S. Application No. | 85475272 | Application Date | 11/17/2011 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | DROPBOX | | |

| Design Mark | DROPBOX |
|---|---|
| Description of Mark | NONE |
| Goods/Services | Class 009. First use: First Use: 2004/05/11 First Use In Commerce: 2004/05/11 |
| | Downloadable computer software for uploading, transferring, downloading, storing, and sharing data, documents, files, information, text, photos, images, graphics, music, audio, video, and multimedia content with others via networks, mobiletelephones, and other communications |
| | Class 039. First use: First Use: 2004/05/11 First Use In Commerce: 2004/05/11 |
| | Storage of data, documents, files, information, text, photos, images, graphics,music, audio, video, and multimedia content |
| | Class 042. First use: First Use: 2004/05/11 First Use In Commerce: 2004/05/11 |
| | Providing on-line non-downloadable software for uploading, transferring, downloading, storing, and sharing data, documents, files, information, text, photos, images, graphics, music, audio, video, and multimedia content with others via networks, mobile telephones, and other communications |

| Related Proceedings | Cancellation No. 92058621 |
|---|---|

| Attachments | 85475272#TMSN.png( bytes )<br>141028 Notice of Opposition.pdf(17293 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /s/ John M. Cone |
|---|---|
| Name | John M Cone |
| Date | 10/28/2014 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

**In the Matter of Application Serial No. 85/012,206 DROPBOX**

| | |
|---|---|
| **THRU INC.,**  Petitioner, § § § | |
| v. § | Opposition No. _____ |
| **DROPBOX, INC.,**  Registrant. § § § | |

TO THE HONORABLE TRADEMARK TRIAL AND APPEAL BOARD

**NOTICE OF OPPOSITION TO
APPLICATION S.N. 85/012,206 DROPBOX**

Opposer THRU INC. ("Thru") in support of its opposition to application S.N. 85/012,206 DROPBOX (the "Application") would show the Board as follows:

1.  The Application was filed on April 12, 210 and the application recites a date of first use of the mark DROPBOX by the Applicant of August 4, 2004.

2.  Long before either of these dates, Thru had started to use the trademark DROPBOX for the services identified in its application S.N. 85/475,272, namely, downloadable computer software for uploading, transferring, downloading, storing, and sharing data, documents, files, information, text, photos, images, graphics, music, audio, video, and multimedia content with others via networks, mobile telephones, and other communications; storage of data, documents, files, information, text, photos, images, graphics, music, audio, video, and multimedia content; providing on-line non-downloadable software for uploading, transferring, downloading, storing, and sharing data, documents, files, information, text, photos, images, graphics, music, audio, video,

1

and multimedia content with others via networks, mobile telephones, and other communications.  Thru's rights in its mark DROPBOX have priority over any rights that Applicant may have in its mark DROPBOX.

3. Applicant's mark DROPBOX, when used for the services of the Application, namely, providing online non-downloadable software for uploading and transferring files for the purpose of file back up and synchronization, not including software for uploading or transferring advertising programs and media advertising communications, so resembles Thru's mark DROPBOX as to be likely to cause confusion or to cause mistake or to deceive.

4. Thru is damaged by the Application as the application is a potential obstacle to Thru's right to use and register the mark DROPBOX for its services.

5. Thru prays that the Application be refused registration and for such other and further relief to which it may be entitled.


Dated: October 28, 2014

                                      Respectfully submitted,

                                      /s/ John M. Cone
                                      John M. Cone
                                      Hitchcock Evert LLP
                                      P.O. Box 131709
                                      Dallas, Texas 75313-1709
                                      (214) 880-7002 Telephone
                                      (214) 953-1121 Facsimile
                                      jcone@hitchcockevert.com

                                      ATTORNEY FOR PETITIONER
                                      THRU INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of October 2014, a true and correct copy of the foregoing document was served via U.S. First Class Mail, postage prepaid on the Attorney/Correspondent for the Applicant:

      Susan L. Heller
      GREENBERG TAURIG, LLP
      1840 Century Park East, Suite 1900
      Los Angeles CA 90067

With a copy to:

      John L. Slafsky
      WILSON SONSINI GOODRICH & ROSATI
      650 Page Mill Road
      Palo Alto CA 94304-1050

                              /s/ John M. Cone
                              John M. Cone