HARVEY SISKIND LLP
IAN K. BOYD (SBN 191434)
Email: iboyd@harveysiskind.com
KATE W. MCKNIGHT (SBN 264197)
Email: kmcknight@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

FERGUSON, BRASWELL & FRASER, PC
JOHN M. CONE (*pro hac vice* pending)
Email: jcone@dallasbusinesslaw.com
2500 Dallas Parkway #501
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile:  (972) 378-9115

Attorneys for Defendant
THRU, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br>a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THRU, INC.,<br>a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No. C 15-01741 EMC<br><br>**DECLARATION OF LEE HARRISON IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>Hearing Date:　July 23, 2015<br>Time:　　　　 1:30 P.M.<br>Courtroom:　  5, 17th Floor<br>Judge:　　　   Hon. Edward M. Chen |

I, LEE HARRISON, declare as follows:

1. I am the Chief Executive Officer of Defendant Thru, Inc. ("Thru"). I make this declaration freely and from personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. Thru is the owner via assignment of United States Trademark Application Serial No. 85/475,272 ("Thru's Application") for the mark DROPBOX for the following goods and services: "downloadable computer software for uploading, transferring, downloading, storing, and sharing data, documents, files, information, text, photos, images, graphics, music, audio, video, and multimedia content with others via networks, mobile telephones, and other communications" in International Class 9; "storage of data, documents, files, information, text, photos, images, graphics, music, audio, video, and multimedia content" in International Class 39; and "providing on-line non-downloadable software for uploading, transferring, downloading, storing, and sharing data, documents, files, information, text, photos, images, graphics, music, audio, video, and multimedia content with others via networks, mobile telephones, and other communications" in International Class 42.

3. Thru filed its application to obtain a federal trademark registration for DROPBOX on November 17, 2011. At that time, there were no issued federal registrations for the DROPBOX mark for similar goods and services on the registry.

4. On March 6, 2012, the United States Patent and Trademark Office suspended Thru's Application due to the pendency of two other applications: (1) United States Trademark Application Serial No. 85/012,206 for the word mark DROPBOX by non-party Officeware Corporation (the "Officeware Application"); and (2) United States Trademark Application Serial No. 77/817,716 for the word mark DROPBOX by Plaintiff Dropbox, Inc. ("Plaintiff's Application").

5. The Officeware Application included the following goods and services: "providing online non-downloadable software for uploading and transferring files for the purpose of file back up and synchronization, not including software for uploading or transferring advertising programs and media advertising communications" in International Class 42.

1. 6. Plaintiff's Application included the following goods and services: "computer software and downloadable computer software used to store and share data, documents, files, information, text, photos, images, graphics, music, audio, video, and multimedia content with others via global computer networks, mobile telephones, and other communications networks for the purpose of file back up and synchronization, not including software for use in database management in the field of life sciences research or software for uploading or transferring advertising programs and media advertising communications" in International Class 9; "storage of electronic media, namely, data, documents, files, text, photos, images, graphics, music, audio, video, and multimedia content" in International Class 39; and "providing temporary use of non-downloadable computer software used to store and share data, documents, files, information, text, photos, images, graphics, music, audio, video, and multimedia content with others via global computer networks, mobile telephones, and other communications networks for the purpose of file back up and synchronization, not including software for use in database management in the field of biomedical research or software for uploading or transferring advertising programs and media advertising communications; hosting of digital content on the internet" in International Class 42.

7. On April 18, 2013, Officeware Corporation assigned the Officeware Application to Plaintiff.

8. On February 4, 2014, Plaintiff obtained its United States Registration No. 4,478,345 ("Plaintiff's Registration") based on Plaintiff's Application.

9. On February 4, 2014, Thru filed a Petition for Cancellation of Plaintiff's Registration with the United States Trademark Trial and Appeal Board.

10. Attached hereto as Exhibit A is a true and correct copy of email correspondence between Thru's counsel, John M. Cone, and Plaintiff's counsel, John Slafsky.

11. As the correspondence shows, on May 19, 2014, Mr. Cone stated that "Thru is happy to have a good faith discussion at 'C' levels in order to find a resolution;" his reference to "exercise[ing] all options" was conditional upon the parties not continuing settlement discussions.

12. Although no such meeting between the parties was arranged, at no time has Thru threatened Plaintiff with a lawsuit through which Thru would seek monetary damages or an injunction to prohibit Plaintiff's use of the DROPBOX mark.

Executed on June 10, 2015 in Irving, Texas.

_____
Lee Harrison

-3-

# Exhibit A

| | |
|---|---|
| **From:** | John Morant Cone |
| **To:** | "Slafsky, John" |
| **Bcc:** | "Lee Harrison" |
| **Subject:** | RE: Trademark DROPBOX Our File THRU-36479 |
| **Date:** | Friday, May 23, 2014 10:00:00 AM |

Dear John,
We appreciate your offer to make Dropbox. Inc.'s head of regulatory and litigation matters available to meet with our CEO.  The Thru Board expects this issue to be disclosed and considered at your client's Board level, given market timing and reputation issues.  Without disrespecting Mr. Volkmer, Mr. Harrison and the Thru Board consider it would be appropriate to engage at a more senior business level, as in their view this is a delicate matter and they are sensitive to that.  You know well that Thru believes it rights are superior and it will obtain the mark and are acting accordingly.  No meeting is necessary if you are convinced otherwise.  We have doubts that Mr. Volkmer has the ability or authority negotiate at this level.
Given the level of the proposed representative, we respectfully decline to have Mr. Harrison make a special trip to meet him.  We will let you know next time Mr. Harrison plans to be in the Bay area and perhaps out of courtesy a meeting might be arranged, as we want to be constructive.
Thru's preference, however, is to wait until there is an appropriate "C" level meeting.  In the meantime, I am happy to discuss the matter with you and Mr. Volkmer.
Best regards,
John.


John M. Cone, PC
**Hitchcock Evert LLP**
750 North St. Paul Street
Suite 1110
Dallas, Texas  75201
+1-214-880-7002 (direct dial)
+1-214-953-1121 (facsimile)
jcone@hitchcockevert.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential.  If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

**From:** Slafsky, John [mailto:JSlafsky@wsgr.com]
**Sent:** Wednesday, May 21, 2014 8:22 AM
**To:** John Morant Cone
**Subject:** RE: Trademark DROPBOX Our File THRU-36479

Our representative will be the head of regulatory and litigation matters, Bart Volkmer, who will be in San Francisco that week.

Please share with us 2 or 3 times when Mr. Harrison will be available.

**From:** John Morant Cone [mailto:jcone@hitchcockevert.com]
**Sent:** Tuesday, May 20, 2014 6:50 PM
**To:** Slafsky, John
**Subject:** RE: Trademark DROPBOX Our File THRU-36479

Our representative will be Lee Harrison, our CEO.
He can meet in the Bay area sometime during the week of June 2.
Let me know who will meet on behalf of Dropbox, Inc. and when he/she is available.

---

**From:** Slafsky, John [mailto:JSlafsky@wsgr.com]
**Sent:** Tuesday, May 20, 2014 3:40 PM
**To:** John Morant Cone
**Subject:** RE: Trademark DROPBOX Our File THRU-36479

John –

For a business-to-business discussion we can make available a senior person at Dropbox with authority to bind the company.  Please let me know when your client will be available to talk, and then you and I can exchange contact info for the principals.

John

John Slafsky
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
650-320-4574 (ph)
650-493-6811 (fax)
jslafsky@wsgr.com

---

**From:** John Morant Cone [mailto:jcone@hitchcockevert.com]
**Sent:** Monday, May 19, 2014 8:43 AM
**To:** Slafsky, John
**Subject:** Re: Trademark DROPBOX Our File THRU-36479

Dear John:
When we last spoke, you asked Thru to make an offer to Dropbox, Inc. to resolve the uncertainty relating to ownership of the trademark DROPBOX.
My client, after reviewing the disclosed facts relating to the respective dates of first use of the mark DROPBOX by Thru on the one hand and Dropbox, Inc., or any person from whom Dropbox, Inc. has acquired rights, on the other is confident that it has the better claim to ownership of the mark and I have no basis to advise it to the contrary.  Accordingly, we must proceed on the basis that Thru will eventually be recognized as the owner of the trademark.
When my client first came to me its objective was to clean up the market confusion caused by the erroneous use of its trademark. But at this juncture Thru is happy to have a good faith discussion at "C" levels in order to find a resolution.  If that cannot be done in a reasonable amount of time then my client has indicated it would feel

compelled to shift strategy and exercise all options to take advantage of maximizing the value of the asset.
We would like this to be a private matter and although we have been questioned by the press about it, we have made no comment.
Best Regards,
John



John M. Cone, PC
**Hitchcock Evert LLP**
750 North St. Paul Street
Suite 1110
Dallas, Texas  75201
+1-214-880-7002 (direct dial)
+1-214-953-1121 (facsimile)
jcone@hitchcockevert.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential.  If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.


This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.