DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
STEPHANIE S. BRANNEN, State Bar No. 295880
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com
sbrannen@wsgr.com

Attorneys for Plaintiff
DROPBOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THRU, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 3:15-CV-01741-EMC<br><br>**DECLARATION OF JOHN L. SLAFSKY** |

I, John L. Slafsky, declare:

1. I am an attorney admitted to practice law before this Court, and am a member of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Plaintiff Dropbox, Inc. ("Dropbox"). I have personal knowledge of the facts set forth in this Declaration. I submit this Declaration in connection with Dropbox's Opposition to Thru, Inc.'s Motion to Dismiss the Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence from John Cone to John Slafsky (with attachment) dated December 8, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of email correspondence from John Cone to John Slafsky dated September 13, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of a series of Twitter posts (i.e., "Tweets") by Lee Harrison dated November 9-18, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Declaration by Lee Harrison dated March 13, 2014 and submitted by Thru, Inc. in Cancellation No. 92058621 before the Trademark Trial and Appeal Board.

6. Attached hereto as Exhibit 5 is a true and correct copy of a TTAB Order dated May 6, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Palo Alto, California, on June 24, 2015.

_____
John L. Slafsky