# EXHIBIT 1

**From:** John Morant Cone [mailto:jcone@hitchcockevert.com]
**Sent:** Thursday, December 08, 2011 1:39 PM
**To:** Slafsky, John
**Subject:** FW: Thru LLC

Dear John:
As discussed, here is the letter with information about Thru, LLC and its early and continued use of DROPBOX.
I look forward to hearing from you.
Best regards,
John.

John M. Cone, PC
**Hitchcock Evert LLP**
750 North St. Paul Street
Suite 1110
Dallas, Texas  75201
+1-214-880-7002 (direct dial)
+1-214-953-1121 (facsimile)
jcone@hitchcockevert.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential.  If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

jslafsky@wsrg.com



# Hitchcock · Evert

John M. Cone, Esq.<br>
(214) 880-7002<br>
jcone@hitchcockevert.com

December 8, 2011

John L. Slafsky, Esq.  **Via Email and First Class Mail**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Re:   Trademark DROPBOX and Dropbox, Inc.

Dear John:

I represent Thru LLC ("Thru"), formerly known as Rumble Group, in trademark matters. Thru is a Managed File Transfer as a Service company which has been in business since 2002.

In 2004, it introduced a new feature of its service under the mark DROPBOX. I am enclosing copies of web pages from April, May and June 2004 illustrating Thru's use of DROPBOX at that time. My client has used its mark DROPBOX continuously since 2004 in connection with file transfer and storage services. Thru's business is focused on providing MFTaaS services to business clients and it is the owner of proven technology for this purpose which it has used for more than seven years.

Thru is aware of the current trademark dispute regarding the mark DROPBOX involving your client Dropbox, Inc. and several other claimants, including Officeware Corporation d/b/a FilesAnywhere.com.

After reviewing the filings in the oppositions against your client's trademark application 77/817,716 DROPBOX, we consider that Thru has trademark rights in the mark DROPBOX and that its rights to DROPBOX take priority over the rights relied on by Yousendit, Inc., Box.net, Inc., and Officeware Corporation. In addition, they take priority over any rights that could be claimed by Dropbox, Inc.

Please contact me to discuss this situation and possible strategies for resolving this to the benefit of both of our clients.

Best Regards,

John M. Cone

Enclosure

# Features




### ① Administration Tools
Access real-time data on storage utilization, users, logins, keyword search, category/folder/file count and file usage. Create categories, add descriptions and assign access. Create user groups (including read only, download, upload & download and administration), create/edit users and automatically send updated information. Send Messages to FTH users, user groups or the entire user base.

### ② User Tools
Create file collections; distribute secure access via integrated email. Full address book including distribution lists and private or shared contacts. Email notification and tracking of unlimited distributions. A user home directory which includes My Files, My DropBox™ & My Collect™ folders accessible only by the logged in user. Extensive search capabilities, the ability to change profile details, access to live Chat Support and Rumble Help Center 24/7.

### ③ Categories
Users can search for folders & files by navigating the category structure, as categories are selected detail information on the creator as well as a description. Folders contained in the category appear in the lower section of the file console.

### ④ Folders
Select folders to reveal contents, add folders and have the ability to cut, copy and paste folders into other categories. Use the select all feature to delete folders or download entire contents.

### ⑤ Files
Choose from Power Upload (drag & drop) or Browser Upload to copy files into selected folder. Use select all to delete download add to collection or distribute. Select single file download, click on spyglass icon to view thumbnail and highlight file to see detailed information.

### ⑥ Detail View
The detail view shows information on the selected folder or file including the name and date/time of the creator, last modified, last download with the ability to email directly by clicking on the user name. Also view descriptive information and folder or file expiry features.

### ⑦ Clipboard
Cut & paste folders and files to the clipboard. From there you can quickly move their location within the FTH dBank.

### ⑧ Transaction Log
By selecting the Transaction Log feature you can view all the transactions taken place on the folder or file selected. They include creation, modification, downloads, distributions and collections.

### ⑨ DropBox™
DropBox™ allows non-FTH users to upload files to a users private DropBox™ folder. All files are virus scanned, the person uploading the file is notified via email of successful delivery and the DropBox™ owner is emailed to notify of delivery. Perfect for replacing anonymous FTP, as it is much easier to use and manage.

### ⑩ Distribution
Rather than send large files as email attachments, that can be bounced, FTH allows you to collect files and distribute secure links. By utilizing the integrated contacts feature you can create lists, favorites and share with other users. Keep constant track of who has download which files you have distributed and be sent email notifications when downloads occur.

### ⑪ User Home Directory
Every new user is automatically set-up with a user home directory, which includes My Files, My DropBox™, and My Collect™. These folders can allow only be accessed by the logged in user.

### ⑫ Help Center
From anywhere within the FTH dBank you can access our 24/7 Help Center. Use Chat Support, our integrated email ticket system, link to live training sessions, choose from a selection of product tutorials or quiz our extension knowledge base.

### ⑬ Email Notification
FTH dBank includes an extensive email sub-system, which allows users to communicate with other users and have the FTH dBank notify them automatically based on events.

4/27/04







http://www.rumblegroupusa.com/

63 captures
10 Apr 03 - 13 Oct 5

**FTH makes digital file distribution, sharing and management easy & secure**

- Never have email bounce because the attachment was too large
- Get confirmation when the recipient has taken delivery of your files
- No software to load or need to reconfigure your computer
- Always have 128-bit SSL encrypted access to your files
- Never deal with FTP or IT issues again
- Ensure all files being sent or received are checked for viruses

[ Learn More ] [ Reseller Program ] [ Product Tutorials ] [ Pricing/Purchase ] [ Free 15-Day Trial ]

**FTH Overview v4.0**

- Customizable logon screen & url
- Intuitive and easy to use administration and user tools
- Create your own user groups to control access and functionality
- Power Upload – drag and drop file up-load
- Automated user home creation – Includes My Files, My **DropBox** and My Collect
- Transaction Log to track file usage, changes and ownership
- Distribution, create file collections, distribute access via secure links
- 24/7 Help Center for unlimited support & training
- Receive email download notifications

See Larger Screen

Rumble Group establishes presence in Canada with Global Storm IT
Value-Added Reseller Evigi Technologies signs on to resell FTH
ServerMatrix bundles File Transaction Hub
Epiphany signs on as FTH re-seller
Rumble announces significant feature & interface upgrades in FTH v4.0
Rumble's Help Center goes 24/7 to support worldwide user base

May 3, 2004
April 26, 2004
April 14, 2004
April 6, 2004
March 24, 2004
March 10, 2004



- Architects
- Field Sales
- Software Developers
- Network Managers
- Executives
- Engineers
- Designers
- Project Managers



5/11/04

6/19/06

# Thru. Web FTP Replacement

**FTP?**
"File Transfer Protocol" or FTP has been around for a very long time. It works and lots of engineering professionals use it everyday. But when the average computer user has never heard of it, or let alone used it, that creates problems.

Face it, FTP is just hard to use sometimes even when you know how. This is why we invented the Thru Web Edition, just point and click via your browser. No more tech support calls from your clients trying to upload files and asking how Thru Web Edition is easy to use is much more secure than FTP and every file is virus scanned on upload.

**Project Management? You bet...**
Project management and collaboration is easy with Thru Web Edition. With our simple-to-use group and permission management, you can set up the project with all the players in minutes with complete confidence that the users will only access what you want them to. You

**Send Thru files or folders of any size**
Since files are not encoded via a mail client nor do they hit the mail server, any size is acceptable to send. On the receiving end, since Thru allows the receiver to pull only want they want when they want, even the largest email attachment won't plug up the system.

**Send Thru complete folders with hierarchy intact**
Now when you are doing a project that requires you to distribute a complete folder hierarchy, you can. Thru allows you to point and attach a mixture of any number of complete folders and files.

**Notification Systems**
Want to know who is uploading or downloading your files or folders? Just set up the notifications system in Thru and stay informed about any action taken on those files and folders.

**Microsoft Outlook Integration**
Want to work the same way you send email but with all the functionality of Thru Web Edition? Just download and install the New Thru Outlook Edition. Address the same files via this new and powerful tool.

**Virus checking on all files**
You can trust files that are passed Thru. Every file is virus checked with the latest updated virus scanner.

**Enterprise level unlimited size storage system**
Need more space? The Thru file system expands to the size you need. In fact, keep all your files on Thru and never worry about having to backup. We do it for you.

**External user access via the Thru Dropbox**
Need files sent to you but the sender hasn't signed up yet? Have them upload directly to your Thru Dropbox. This way they are virus checked and safe. Stay in control! You don't need to accept files that could take your company down.

**Enterprise Group management tools**
Permission and identity management for a large company is complex and requires synchronizing with current products used by the enterprise. Thru AD (Active Directory) gets your users up and running without the hassles of additional software. Secure SSO and secure A

Please contact us to find out more. HERE

---

PRODUCTS
Thru Web Edition
Thru Outlook Edition
Thru Enterprise Edition
Thru Enterprise Server

SOLUTIONS
Certified Online File Delivery
Web FTP Replacement
Enterprise
Vertical

CUSTOMER SUCCESSES

SERVICES
Support Request
Information Request
Consulting
Training
Frequently Asked Questions
Downloads

Thru.
About Thru
News
Careers

CONTACT