# EXHIBIT 2

**From:** John Morant Cone [mailto:jcone@hitchcockevert.com]
**Sent:** Friday, September 13, 2013 9:39 AM
**To:** Slafsky, John
**Subject:** Trademark DROPBOX

Dear John:
As you will recall, I represent Thru, Inc. in trademark matters.  My client has noted that you have successfully overcome the oppositions to your client Dropbox, Inc.'s trademark application No. 77/817,716 DROPBOX and are awaiting the Notice of Allowance.  In addition, your client has taken an assignment of application No. 85/012,206 DROPBOX from Officeware Corp. d/b/a FilesAnywhere.com.
We have reviewed the publicly available portions of the Settlement and Assignment Agreement of April 22, 2013 between Dropbox, Inc. and  Officeware Corp. d/b/a FilesAnywhere.com, including the so-called "Substantiation of Officeware's Rights" and Tim Rice's Declaration.  We remain of the view that Thru, Inc.'s rights in DROPBOX have priority over any rights to that mark that Officeware may have purported to assign to your client.  We are able to demonstrate use and marketing of DROPBOX in a variety of different geographic markets in early 2004.
Is your client interested in meeting with Thru, Inc. to discuss a resolution of these issues?
I look forward to hearing from you.
Best Regards,
John


John M. Cone, PC
**Hitchcock Evert LLP**
750 North St. Paul Street
Suite 1110
Dallas, Texas  75201
+1-214-880-7002 (direct dial)
+1-214-953-1121 (facsimile)
jcone@hitchcockevert.com


This e-mail is sent by a law firm and may contain information that is privileged or confidential.  If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.