EXHIBIT 4

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

**In the Matter of Registration No. 4,478,345 DROPBOX**

| | | |
|---|---|---|
| **THRU INC.,**<br>        Petitioner,<br><br>v.<br><br>**DROPBOX, INC.,**<br>        Registrant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Cancellation No. 92058621** |

## DECLARATION OF LEE HARRISON

1.      I am the President and CEO of the Petitioner Thru Inc.

2.      I am more than 21 years old and am competent to make this Declaration.

3.      Thru Inc., by its attorney's letter of December 8, 2011, a copy of which is attached marked Exhibit A, made known to Dropbox, Inc. Thru's claim to rights to the trademark DROPBOX established prior to any date of priority that Dropbox could claim for that trademark.

4.      At the time of this letter, Dropbox's application S.N. 77/817,716 had been published and the opposition term had expired.

5.      At no time did Thru withdraw its position stated in the letter at Exhibit A, namely that its rights in the mark DROPBOX were superior to those of Dropbox, Inc.

6.      This position was re-stated in Thru's attorney's email to Dropbox's attorney on September 13, 2013.  A copy of this email is attached as Exhibit B.

7.      Thru has never, by act or deed, stated or even suggested to Dropbox, Inc. that it did not maintain its right to contest Dropbox's use and ownership of the mark DROPBOX.

I MAKE THIS DECLARATION BELIEVING THE FOREGOING TO BE TRUE AND CORRECT UNDER PENALTY OF PERJURY AND SUBJECT TO THE PROVISIONS OF 28 U.S.C. § 1746.

LEE HARRISON

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of March, 2014, of the foregoing document was served on registrant, Dropbox, Inc. by mailing  a true and correct copy thereof via U.S. First Class Mail, postage prepaid to:

John L. Slafsky, Esq.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto CA 94304-1050
Attorney for Dropbox, Inc.


/s/ John M. Cone
John M. Cone