UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DROPBOX, INC., a Delaware corporation

        Plaintiff(s),

v.

THRU INC., a Delaware corporation

        Defendant(s).

Case No. 3:15-CV-01741-EMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 29, 2015

DROPBOX, INC.

By: _____ *[signature]*

*On behalf of Plaintiff Dropbox, Inc.*

Dated: June 29, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____ *[signature]*

DAVID H. KRAMER
JOHN L. SLAFSKY
STEPHANIE S. BRANNEN
*Attorneys for Plaintiff Dropbox, Inc.*

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

# CERTIFICATE OF SERVICE BY MAIL

I, Elvira Minjarez, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served **ADR CERTIFICATION BY PARTIES AND COUNSEL** on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

| | |
|---|---|
| Ian K. Boyd<br>Kate W. McKnight<br>Harvey Siskind LLP<br>Four Embarcadero Center, 39th Floor<br>San Francisco, CA 94111 | ADR Unit<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on June 29, 2015.

*Elvira Minjarez* (signature)
Elvira Minjarez