Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPBOX, INC. ) <br> ) Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> THRU INC. ) <br> ) <br> Defendant(s). ) | Case No: 3:15-cv-01741-EMC <br><br> **APPLICATION FOR** <br> **ADMISSION OF ATTORNEY** <br> **PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, JOHN MORANT CONE, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Thru Inc. in the above-entitled action. My local co-counsel in this case is Ian K. Boyd, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ferguson, Braswell & Fraser, PC <br> 2500 Dallas Parkway, Suite 501, Plano, TX 75093 | Harvey Siskind LLP, Four Embarcadero Center, <br> 39th Floor, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: <br> (972) 826-4436 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 354-0100 |
| MY EMAIL ADDRESS OF RECORD: <br> jcone@dallasbusinesslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> iboyd@harveysiskind.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 04660100.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/10/15

JOHN MORANT CONE
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of JOHN MORANT CONE is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/14/15

IT IS SO ORDERED

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                            *October 2012*