UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPBOX, INC.,<br><br>        Plaintiff,<br><br>     v.<br><br>THRU INC.,<br><br>        Defendant. | Case No.  15-cv-01741-EMC<br><br>**ORDER OF REFERENCE FOR ALL DISCOVERY** |

Pursuant to Northern District Civil Local Rule 72-1, it is HEREBY ORDERED that this case is referred to a Magistrate Judge for all discovery disputes (including the joint discovery letter filed as Docket No. 39.)   The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

     IT IS SO ORDERED.

Dated: September 9, 2015

EDWARD M. CHEN
United States District Judge