UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPBOX, INC., <br>         Plaintiff, <br>     v. <br> THRU INC., <br>         Defendant. | Case No. 15-cv-01741-EMC   (MEJ) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 39 |

Pending before the Court is the parties' joint letter regarding the scope of Thru's discovery requests. Dkt. No. 39. Having reviewed the parties' positions, it appears they may be able to resolve this dispute with further meet and confer efforts. Accordingly, the Court ORDERS the parties to meet and confer <u>in person</u> to attempt to reach an agreement regarding a narrowed scope of requests.[1] If unable to reach a resolution, the parties may file an updated letter addressing specific disputes. However, if any remaining dispute centers on the permissible scope of discovery prior to mediation, the parties should request clarification from Judge Chen prior to submitting an updated letter.

    **IT IS SO ORDERED.**

Dated: September 10, 2015

                                        MARIA-ELENA JAMES <br>
                                        United States Magistrate Judge

---

[1] In the letter, the parties state "Defendant's lead counsel is in Texas," but they provide no reason why local counsel is unable to meet and confer.

United States District Court <br> Northern District of California