# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** December 10, 2015    **Time:** 11 minutes    **Judge:** EDWARD M. CHEN

**Case No.:** 15-cv-1741-EMC    **Case Name:** Dropbox v. Thru Inc.

**Attorney for Plaintiff:** David Kramer and John Slafsky
**Attorney for Defendant:** Ian Boyd and John Cone

**Deputy Clerk:** Betty Lee    **Court Reporter:** Pam Batalo

## PROCEEDINGS

FURTHER STATUS

## SUMMARY

5 court day jury trial already scheduled for 1/23/17 at 8:30 a.m.  Private mediation held.  Case did not settle.  Parties may proceed with discovery which is to be governed by FRCP.  With regard to Plaintiff's proposed protective order, the Court allows the inclusion of the two in-house attorneys to have access to attorney's eyes only information once written certification is filed by them that they only provide legal advice to Plaintiff and that they do not have any business role or authority to participate business decisions for Plaintiff.

Further status is set for 6/2/16 at 10:30 a.m.  Further ADR and possible MSJ are to be discussed at that time.  An updated joint status report shall be filed by 5/26/16.