DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
JACOB T. VELTMAN, State Bar No. 247597
KEVIN L. SPARK, State Bar No. 275146
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com
jveltman@wsgr.com
kspark@wsgr.com

Attorneys for Plaintiff
DROPBOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, ) | Case No. 3:15-CV-01741-EMC (MEJ) |
| ) | |
| Plaintiff, ) | **DROPBOX'S REQUEST FOR** |
| ) | **TELEPHONIC CONFERENCE** |
| v. ) | |
| ) | |
| THRU INC., a Delaware corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to paragraph 3 of the Discovery Standing Order for Magistrate Judge Maria-Elena James (last revised Feb. 19, 2014), Dropbox, Inc. ("Dropbox") hereby requests a telephonic conference with the Court for the purpose of satisfying the Court's meet and confer requirement for discovery disputes.

This is a trademark declaratory judgment action. Defendant Thru Inc. ("Thru") has asserted a counterclaim for trademark infringement.

Thru served responses to Dropbox's first sets of interrogatories and requests for production on December 14, 2015. Dropbox identified numerous deficiencies in Thru's

responses, including the fact that Thru produced no documents in response to Dropbox's requests for production. As detailed in the attached Declaration of John L. Slafsky, Dropbox has attempted on multiple occasions since January 4, 2016 to meet and confer in person to discuss these deficiencies, but Thru has refused such a meeting. The discovery deficiencies have not been corrected. Accordingly, Dropbox has no choice but to request a telephonic conference with the Court.

Counsel for Thru has refused to provide any availability for a telephonic conference with the Court. Counsel for Dropbox is available for a telephonic conference on the following days and times, among others:

- February 3, 2016: 9:00 a.m. – 11:00 a.m. (PST)
- February 4, 2016: 9:00 a.m. – 1:00 p.m. and 3:00 p.m. – 5:00 p.m. (PST)
- February 5, 2016: 9:30 a.m. – 12:00 p.m. (PST)

Dated: February 1, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: */s/ John L. Slafsky*
JOHN L. SLAFSKY

Attorneys for Plaintiff
Dropbox, Inc.