UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DROPBOX, INC.,

    Plaintiff,

v.

THRU INC.,

    Defendant.

Case No. 15-cv-01741-EMC  (MEJ)

**ORDER FOR PARTIES TO APPEAR FOR DISCOVERY MEET AND CONFER SESSION**

The Court is in receipt of Plaintiff Dropbox, Inc.'s Request for Telephonic Conference. Dkt. No. 48. In the request, Dropbox states the parties have been unable to meet and confer regarding Dropbox's discovery requests. Pursuant to the undersigned's Discovery Standing Order, the parties must meet and confer in person in an attempt to resolve any discovery disputes. If unable to reach a resolution, they may then file a joint letter. This process requires the parties to distill the issues and frame their arguments in a manner that allows the Court to rule on them efficiently.

Having reviewed the request, the Court ORDERS the parties to meet and confer in person on February 12, 2016 at 9:00 a.m. in the undersigned's chambers (not courtroom) on the 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall notify the Court of their arrival using the intercom at the chambers security entrance. If unable to resolve the dispute, the parties shall draft a joint letter at the session in compliance with paragraph 2 of the Standing Order. Thus, the parties are ORDERED to bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

If the parties meet and confer in person and resolve their disputes or file a joint letter prior to February 12, 2016, they shall jointly request the Court vacate the meet and confer session.

**IT IS SO ORDERED.**

Dated: February 1, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge