UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPBOX, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRU INC., <br><br> Defendant. | Case No. 15-cv-01741-EMC <br><br> **ORDER OF REFERENCE** |

Pursuant to Civil Local Rule 72-1, discovery disputes and this Court's order referring all discovery to Magistrate Judge Maria-Elena James (Document #40), it is HEREBY ORDERED that Plaintiff's Motion to Approve Certification Under Stipulated Protective Order (Document #52) is REFERRED to Magistrate Judge James for resolution. Plaintiff shall notice this motion to be heard and considered at Judge James' convenience of her calendar.

**IT IS SO ORDERED.**

Dated: 2/25/2016

_____
EDWARD M. CHEN
United States District Judge