DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
KEVIN L. SPARK, State Bar No. 275146
PETER C. HOLM, State Bar No. 299233
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com
kspark@wsgr.com
pholm@wsgr.com

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

IAN K. BOYD, State Bar No. 191434
KATE W. McKNIGHT, State Bar No. 264197
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com
kmcknight@harveysiskind.com

JOHN M. CONE, *pro hac vice*
FERGUSON, BRASWELL & FRASER, PC
2500 Dallas Parkway #501
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
jcone@dallasbusinesslaw.com

Attorneys for Defendant and Counterclaimant
THRU INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>THRU INC., a Delaware corporation,<br><br>       Defendant.<br><br>THRU INC., a Delaware corporation,<br><br>       Counterclaimant,<br><br>    v.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>       Counter-Defendant. | Case No. 3:15-CV-01741-EMC (MEJ)<br><br>**JOINT MOTION TO AMEND PROTECTIVE ORDER AND APPROVE CERTIFICATION UNDER PROTECTIVE ORDER**<br><br>Date:   April 28, 2016<br>Time:  10:00 a.m.<br>Dept:  Courtroom A, 15th Floor<br><br>Hon. Magistrate Judge Maria-Elena James |

Plaintiff and Counter-Defendant Dropbox, Inc. ("Dropbox") and Defendant and Counterclaimant Thru Inc. ("Thru") hereby jointly move to amend the Stipulated Protective

1  Order (Dkt. 47) and approve the certification of Bart Volkmer and Jean Niehaus as House
2  Litigation Counsel under the Amended Protective Order.

3       Pursuant to the Court's Order of February 25, 2016 (Dkt. 55), Dropbox and Thru met and
4  conferred regarding the certification of in-house counsel as "House Litigation Counsel" under
5  the Stipulated Protective Order. The parties have agreed to amend the Stipulated Protective
6  Order to include a new category, "HIGHLY CONFIDENTIAL – SOURCE CODE." Access to
7  documents or information designated in this category would be restricted to outside counsel. The
8  amended Stipulated Protective Order is attached hereto as Exhibit 1. No other changes are
9  proposed for the Stipulated Protective Order.

10      The parties have further agreed to approve the certification of Bark Volkmer and Jean
11 Niehaus as House Litigation Counsel under the Stipulated Protective Order. Pursuant to the
12 Court's December 11, 2015 Minute Order (Dkt. 45), the signed certifications of Bart Volkmer
13 and Jean Niehaus are attached hereto as Exhibits 2 and 3, respectively.

14      Accordingly, the parties respectfully request that the Court enter the Amended Protective
15 Order and, pursuant to this Court's Minute Order, permit Bart Volkmer and Jean Niehaus to have
16 access to documents or information designated HIGHLY CONFIDENTIAL – ATTORNEYS'
17 EYES ONLY under the Amended Protective Order.

18 Dated: March 22, 2016         WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation
19

20                                      By: /s/ John L. Slafsky
                                          JOHN L. SLAFSKY
21
                                   Attorneys for Plaintiff and Counter-Defendant
22                                    DROPBOX, INC.

23

24 Dated: March 22, 2016         HARVEY SISKIND LLP
25
                                   By: /s/ Ian K. Boyd
26                                          IAN K. BOYD

27                                    Attorneys for Defendant and Counterclaimant
                                   THRU INC.
28

JOINT MOTION TO AMEND PROTECTIVE ORDER     -2-     CASE NO. 3:15-CV-01741-EMC (MEJ)
AND APPROVE CERTIFICATION UNDER PROTECTIVE
ORDER

## CERTIFICATION

I, JOHN L. SLAFSKY, am the ECF User whose identification and password are being used to file this **JOINT MOTION TO AMEND PROTECTIVE ORDER AND APPROVE CERTIFICATION UNDER AMENDED PROTECTIVE ORDER**. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated:  March 22, 2016            /s/ John L. Slafsky
                                  John L. Slafsky