DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
KEVIN L. SPARK, State Bar No. 275146
PETER C. HOLM, State Bar No. 299233
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com
kspark@wsgr.com
pholm@wsgr.com

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

IAN K. BOYD, State Bar No. 191434
KATE W. McKNIGHT, State Bar No. 264197
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com
kmcknight@harveysiskind.com

JOHN M. CONE, *pro hac vice*
FERGUSON, BRASWELL & FRASER, PC
2500 Dallas Parkway #501
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
jcone@dallasbusinesslaw.com

Attorneys for Defendant and Counterclaimant
THRU INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> THRU INC., a Delaware corporation, <br><br> Defendant. <br><br> THRU INC., a Delaware corporation, <br><br> Counterclaimant, <br><br> v. <br><br> DROPBOX, INC., a Delaware corporation, <br><br> Counter-Defendant. | Case No. 3:15-CV-01741-EMC (MEJ) <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND PROTECTIVE ORDER AND APPROVE CERTIFICATION UNDER PROTECTIVE ORDER** |

1 IT IS HEREBY ORDERED that the Joint Motion to Amend Protective Order and Approve Certification under Protective Order is granted. The amended Stipulated Protective Order is hereby adopted. Bart Volkmer and Jean Niehaus are hereby certified as House Litigation Counsel under the Stipulated Protective Order and may have access to information designated HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.

IT IS SO ORDERED.

Dated: _____, 2016

                                      HON. MARIA-ELENA JAMES
                                      United States Magistrate Judge