1  DAVID H. KRAMER, State Bar No. 168452
   JOHN L. SLAFSKY, State Bar No. 195513
2  KEVIN L. SPARK, State Bar No. 275146
   PETER C. HOLM, State Bar No. 299233
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, California  94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
6  dkramer@wsgr.com
   jslafsky@wsgr.com
7  kspark@wsgr.com
   pholm@wsgr.com
8
   Attorneys for Plaintiff and Counter-Defendant
9  DROPBOX, INC.

   IAN K. BOYD, State Bar No. 191434
   KATE W. McKNIGHT, State Bar No. 264197
   HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
   Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
   iboyd@harveysiskind.com
   kmcknight@harveysiskind.com

   JOHN M. CONE, *pro hac vice*
   FERGUSON, BRASWELL & FRASER, PC
   2500 Dallas Parkway #501
   Plano, Texas 75093
   Telephone: (972) 378-9111
   Facsimile: (972) 378-9115
   jcone@dallasbusinesslaw.com

10                                                Attorneys for Defendant and Counterclaimant
                                                  THRU INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, | Case No. 3:15-CV-01741-EMC (MEJ) |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO AMEND PROTECTIVE ORDER AND APPROVE CERTIFICATION UNDER PROTECTIVE ORDER** |
| v. | |
| THRU INC., a Delaware corporation, | |
| Defendant. | |
| THRU INC., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| DROPBOX, INC., a Delaware corporation, | |
| Counter-Defendant. | |

1  IT IS HEREBY ORDERED that the Joint Motion to Amend Protective Order and
2  Approve Certification under Protective Order is granted. The amended Stipulated Protective
3  Order is hereby adopted. Bart Volkmer and Jean Niehaus are hereby certified as House
4  Litigation Counsel under the Stipulated Protective Order and may have access to information
5  designated HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.
6  IT IS SO ORDERED.
7  Dated: March 23, 2016

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28