DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
KEVIN L. SPARK, State Bar No. 275146
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com
kspark@wsgr.com

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THRU INC., a Delaware corporation,<br><br>　　　　Defendant.<br> | Case No. 3:15-CV-01741-EMC (MEJ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE** |
| THRU INC., a Delaware corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>　　　　Counter-Defendant.<br> | |

1  WHEREAS, there is currently a Status Conference scheduled for June 2, 2016 at 10:30 a.m.;

2  WHEREAS, on May 4, 2016, Dropbox, Inc. filed a motion for leave to amend its complaint, which motion is scheduled to be heard June 9, 2016 at 1:30 p.m. (*see* Dkt. No. 60);

3  WHEREAS, the Parties believe it would be more useful to the Court and Parties if the Status Conference is held at the same time that Dropbox's motion is heard;

4  THEREFORE, the Parties hereby stipulate, subject to the Court's approval, as follows:

**STIPULATION**

1. The Status Conference currently scheduled for June 2, 2016 is reset to be held in conjunction with Dropbox's motion being heard on June 9, 2016 at 1:30 p.m.

2. The parties shall submit an updated Joint Status Report by June 2, 2016.

Dated: May 16, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ John L. Slafsky
        JOHN L. SLAFSKY

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

Dated: May 16, 2016

HARVEY SISKIND LLP

By: /s/ Ian K. Boyd
        IAN K. BOYD

Attorneys for Defendant and Counterclaimant
THRU INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 17, 2016

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

I, JOHN SLAFSKY, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE**.  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated:  May 16, 2016                                  /s/ John L. Slafsky
                                                                        JOHN L. SLAFSKY