OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** June 9, 2016          **Time:** 28 minutes          **Judge:** EDWARD M. CHEN

**Case No.**: 15-cv-1741-EMC     **Case Name:**  Dropbox v. Thru Inc.

**Attorney for Plaintiff:**     David Kramer and John Slafsky
**Attorney for Defendant:** Ian Boyd and John Cone

**Deputy Clerk:** Betty Lee                    **Court Reporter:** Debra Pas

PROCEEDINGS

-MOTION TO AMEND COMPLAINT #60
-STATUS CONFERENCE

SUMMARY

For the reasons stated on the record, Plaintiff's motion to amend complaint is denied.  Parties shall meet and confer and to submit to the Court a protective order re: Plaintiff's ability to litigate new claims. As discussed in Court, the Court finds that parties are not entitled to jury trial since there is no damage claim but only equitable relief.  Parties shall meet and confer and to submit a stipulation or motion to waive jury trial by 6/23/16.   Parties shall meet and confer to warrant the filing of MSJs before they are filed as the Court questioned whether any such motion or cross motion might succeed.  5-court day trial remains set for 1/23/17 at 8:30 a.m.  All other trial related deadlines remain as previously set.   Further status is set for 10/13/16 at 1:30 p.m.  Parties shall be prepared to discuss ADR at that time.  An updated joint status report shall be filed by 10/6/16.