IAN K. BOYD, State Bar No. 191434
KATE W. McKNIGHT, State Bar No. 264197
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com
kmcknight@harveysiskind.com

JOHN M. CONE (admitted *pro hac vice*)
FERGUSON, BRASWELL & FRASER, PC
2500 Dallas Parkway #501
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
jcone@dallasbusinesslaw.com

Attorneys for Defendant and Counterclaimant
THRU INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, | Case No. C 15-01741 EMC |
| Plaintiff/Counterclaim Defendant | **THRU, INC.'S STATEMENT OF NON-OPPOSITION TO DROPBOX, INC.'S MOTION TO CHANGE TIME** |
| v. | |
| THRU INC., a Delaware corporation, | |
| Defendant/Counterclaimant | Courtroom 5, 17th Floor<br>Before: Honorable Edward M. Chen |

On June 22, 2016, plaintiff Dropbox, Inc. ("DBI") filed a Motion to Change Time ("Motion") pursuant to Local Rule 6-3.  Yet DBI never asked defendant Thru, Inc. ("Thru") to stipulate to the proposed deadlines in DBI's Motion.[1]

---

[1] Compare DBI's proposed deadlines on page 3 of its Motion with DBI's prior proposals to Thru (conveyed in John Slafsky's June 14, 2016 email and David Kramer's June 16, 2016 email, and attached respectively as Exhibits A and C to the Declaration of John Slafsky).

1      Thru previously advised in its counsel's June 16 email that it was agreeable in principle
2 to accommodate DBI's request to change time.  Thru also advised that its primary concerns with
3 any deadline extension were to maintain the existing trial date and to afford a sufficient window
4 of time between the deadline to hear dispositive motions and the Pretrial Conference.  *See*
5 *Exhibit B to Declaration of John Slafsky.*

6      DBI's proposals to Thru of both June 16 and June 20 only permitted 40 days between the
7 summary judgment hearing and the Pretrial Conference (including Thanksgiving week).  Thru
8 did not believe that these proposals permitted a sufficient amount of time, especially in light of
9 the determination at the last Case Management Conference that the parties would likely engage
10 in the ADR process only after the Court issued its Order(s) on any motion(s) for summary
11 judgment.

12      DBI's Motion changes its tune and for the first time DBI offers a significant two-week
13 shift from its prior proposals, moving the dispositive motion hearing date from November 10 to
14 October 27 (and the resulting deadline to file dispositive motions from October 6 to September
15 22).  This request is much closer to Thru's prior offer and Thru believes that it can work within
16 the framework of this newly-revealed proposal.

17      Accordingly, Thru does not oppose DBI's request to extend the deadlines as specified on
18 page 3 of DBI's Motion.

19
20 Dated: June 27, 2016                           HARVEY SISKIND LLP
                                                 IAN K. BOYD
21                                               KATE W. McKNIGHT

22                                               FERGUSON, BRASWELL & FRASER, PC
                                                 JOHN M. CONE
23
                                                 By:   /s/Ian K. Boyd
24                                                         Ian K. Boyd

25                                               Attorneys for Defendant/Counter-Plaintiff
                                                 THRU INC.
26
27
28

STATEMENT OF NON-OPPOSITION TO               -2-                   Case No. C 15-01741 EMC
MOTION TO CHANGE TIME