1  DAVID H. KRAMER, State Bar No. 168452
   JOHN L. SLAFSKY, State Bar No. 195513
2  KEVIN L. SPARK, State Bar No. 275146
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, California  94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:  (650) 565-5100
   dkramer@wsgr.com
6  jslafsky@wsgr.com
   kspark@wsgr.com
7
   Attorneys for Plaintiff and Counter-Defendant
8  DROPBOX, INC.

9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  DROPBOX, INC., a Delaware corporation,   )   CASE NO.:  3:15-CV-01741-EMC (MEJ)
                                             )
15            Plaintiff,                     )   [~~PROPOSED~~] ORDER GRANTING
                                             )   DROPBOX'S MOTION TO CHANGE
16       v.                                  )   TIME PURSUANT TO L.R. 6-3  (modified)
                                             )
17  THRU INC., a Delaware corporation,       )   Dept:    Courtroom 5, 17th Floor
                                             )   Before:  Honorable Edward M. Chen
18            Defendant.                     )
                                             )
19                                           )
    THRU INC., a Delaware corporation,       )
20                                           )
              Counterclaimant,               )
21                                           )
         v.                                  )
22                                           )
    DROPBOX, INC., a Delaware corporation,   )
23                                           )
              Counter-Defendant.             )
24

25

26

27

28

[PROPOSED] ORDER GRANTING DROPBOX'S MOTION          CASE NO. 3:15-CV-001741-EMC (MEJ)
TO CHANGE TIME PURSUANT TO L.R. 6-3

After considering Dropbox, Inc.'s Motion to Change Time Pursuant to L.R. 6-3, the moving and opposition papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT:

Dropbox Inc.'s motion is GRANTED. The deadlines in this case are hereby updated as follows:

- End of fact discovery: August 11
- Opening expert reports: August 18
- Rebuttal expert reports: September 1
- End of expert discovery: September 8
- Dispositive motions due: ~~September 22~~ September 15
- Dispositive motions heard: ~~October 27~~ October 20
- Pretrial conference: December 20, 2016
- Trial: January 23, 2017

**IT IS SO ORDERED**.

Dated: 6/27/2016       By: THE [HONORABLE EDWARD M.] CHEN
                            United [States District Judge]

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*