| | |
|---|---|
| DAVID H. KRAMER, State Bar No. 168452 | IAN K. BOYD, State Bar No. 191434 |
| JOHN L. SLAFSKY, State Bar No. 195513 | KATE W. McKNIGHT, State Bar No. 264197 |
| KEVIN SPARK, State Bar No. 275146 | HARVEY SISKIND LLP |
| WILSON SONSINI GOODRICH & ROSATI | Four Embarcadero Center, 39th Floor |
| Professional Corporation | San Francisco, California 94111 |
| 650 Page Mill Road | Telephone: (415) 354-0100 |
| Palo Alto, California 94304-1050 | Facsimile: (415) 391-7124 |
| Telephone: (650) 493-9300 | iboyd@harveysiskind.com |
| Facsimile: (650) 565-5100 | kmcknight@harveysiskind.com |
| dkramer@wsgr.com | |
| jslafsky@wsgr.com | JOHN M. CONE, *pro hac vice* |
| sbrannen@wsgr.com | FERGUSON, BRASWELL & FRASER, PC |
| | 2500 Dallas Parkway #501 |
| Attorneys for Plaintiff /Counterclaim Defendant | Plano, Texas 75093 |
| DROPBOX, INC. | Telephone: (972) 378-9111 |
| | Facsimile: (972) 378-9115 |
| | jcone@dallasbusinesslaw.com |
| | |
| | Attorneys for Defendant /Counterclaimant THRU INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>THRU INC., a Delaware corporation,,<br><br>　　　　Defendant/Counterclaimant<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:15-CV-01741-EMC<br><br>**STIPULATION AND [PR~~OPOSE~~D] ORDER RE WAIVER OF JURY TRIAL**<br>**[F.R.C.P. 39(a)(1)]**<br><br>Judge: Hon. Edward M. Chen |

　　　Following the Court's instruction at the June 9, 2016 Case Management Conference ("Conference"), the parties to the above-entitled action hereby jointly submit this STIPULATION AND [PROPOSED] ORDER RE WAIVER OF JURY TRIAL, pursuant to F.R.C.P. 39 (a)(1).

　　　As no monetary relief is sought by either party (following Thru, Inc.'s on-the-record confirmation at the Conference that it seeks only an equitable remedy in this action), and because

the respective claims and counterclaims do not arise from common law, neither party is entitled to a trial by jury in this matter. Accordingly, the parties hereby stipulate that trial shall be by the Court.

Respectfully submitted,

Dated: June 23, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ John L. Slafsky
    DAVID H. KRAMER
    JOHN L. SLAFSKY
    KEVIN SPARK

Attorneys for Plaintiff/Counterclaim Defendant
DROPBOX, INC.

Dated: June 23, 2016

HARVEY SISKIND LLP

By: /s/ Ian K. Boyd
    IAN K. BOYD
    KATE W. McKNIGHT

FERGUSON, BRASWELL & FRASER, PC
JOHN M. CONE

Attorneys for Defendant/Counterclaimant
THRU INC.

**CERTIFICATION**

I, Ian K. Boyd, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE WAIVER OF JURY TRIAL**. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: June 23, 2016      /s/ Ian K. Boyd

**ORDER**

Pursuant to stipulation, it is so ORDERED.

Dated: June 27, 2016

_____
The Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*