| | |
|---|---|
| DAVID H. KRAMER, State Bar No. 168452 | IAN K. BOYD, State Bar No. 191434 |
| JOHN L. SLAFSKY, State Bar No. 195513 | KATE W. McKNIGHT, State Bar No. 264197 |
| PETER C. HOLM, State Bar No. 299233 | HARVEY SISKIND LLP |
| WILSON SONSINI GOODRICH & ROSATI | Four Embarcadero Center, 39th Floor |
| Professional Corporation | San Francisco, California 94111 |
| 650 Page Mill Road | Telephone: (415) 354-0100 |
| Palo Alto, California 94304-1050 | Facsimile: (415) 391-7124 |
| Telephone: (650) 493-9300 | iboyd@harveysiskind.com |
| Facsimile: (650) 565-5100 | kmcknight@harveysiskind.com |
| dkramer@wsgr.com | |
| jslafsky@wsgr.com | JOHN M. CONE, *pro hac vice* |
| pholm@wsgr.com | FERGUSON, BRASWELL & FRASER, PC |
| | 2500 Dallas Parkway #501 |
| Attorneys for Plaintiff | Plano, Texas 75093 |
| DROPBOX, INC. | Telephone: (972) 378-9111 |
| | Facsimile: (972) 378-9115 |
| | jcone@dallasbusinesslaw.com |
| | |
| | Attorneys for Defendant |
| | THRU INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DROPBOX, INC., a Delaware corporation, | ) | Case No. 3:15-CV-01741-EMC (MEJ) |
| Plaintiff, | ) | **JOINT MOTION TO AMEND PROTECTIVE ORDER** |
| v. | ) | |
| THRU INC., a Delaware corporation, | ) | Date: August 18, 2016 |
| Defendant. | ) | Time: 1:30 pm |
| | ) | Dept: Courtroom 5, 17th Floor |
| | ) | Before: Honorable Edward M. Chen |
| THRU INC., a Delaware corporation, | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| DROPBOX, INC., a Delaware corporation, | ) | |
| Counter-Defendant. | ) | |

Plaintiff and Counter-Defendant Dropbox, Inc. ("Dropbox") and Defendant and Counterclaimant Thru Inc. ("Thru") hereby jointly move to amend the Amended Stipulated Protective Order (Dkt. 59). At the June 9, 2016 hearing on Dropbox's Motion to Amend (Dkt. 68), the Court indicated its willingness to amend the Amended Stipulated Protective Order to allow Dropbox to use information from this case to bring false advertising and unfair competition claims against Thru in a separate proceeding. At the Court's direction, Dropbox and Thru conferred regarding the Amended Stipulated Protective Order. The parties have agreed to amend the Amended Stipulated Protective Order to permit Dropbox to use information in a separate action as well as to address issues stemming from the change in position of Dropbox's in-house counsel. The Second Amended Stipulated Protective Order is attached hereto as Exhibit A. A redline showing the changes from the Amended Stipulated Protective Order (Dkt.59) is attached hereto as Exhibit B.

Accordingly, the parties respectfully request that the Court enter the Second Amended Stipulated Protective Order.

Dated: July 6, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ John L. Slafsky
     John L. Slafsky

Attorneys for Plaintiff,
DROPBOX, INC.

Dated: July 6, 2016

HARVEY SISKIND LLP

By: /s/ Ian K. Boyd
     Ian K. Boyd

Attorneys for Defendant,
THRU INC.

**CERTIFICATION**

I, JOHN L. SLAFSKY, am the ECF User whose identification and password are being used to file this JOINT MOTION TO AMEND PROTECTIVE ORDER. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: July 6, 2016                 /s/ *John L. Slafsky*
                                            John L. Slafsky