| | |
|---|---|
| DAVID H. KRAMER, State Bar No. 168452 | IAN K. BOYD, State Bar No. 191434 |
| JOHN L. SLAFSKY, State Bar No. 195513 | KATE W. McKNIGHT, State Bar No. 264197 |
| PETER C. HOLM, State Bar No. 299233 | HARVEY SISKIND LLP |
| WILSON SONSINI GOODRICH & ROSATI | Four Embarcadero Center, 39th Floor |
| Professional Corporation | San Francisco, California 94111 |
| 650 Page Mill Road | Telephone: (415) 354-0100 |
| Palo Alto, California 94304-1050 | Facsimile: (415) 391-7124 |
| Telephone: (650) 493-9300 | iboyd@harveysiskind.com |
| Facsimile: (650) 565-5100 | kmcknight@harveysiskind.com |
| dkramer@wsgr.com | |
| jslafsky@wsgr.com | JOHN M. CONE, *pro hac vice* |
| pholm@wsgr.com | FERGUSON, BRASWELL & FRASER, PC |
| | 2500 Dallas Parkway #501 |
| Attorneys for Plaintiff and Counter-Defendant | Plano, Texas 75093 |
| DROPBOX, INC. | Telephone: (972) 378-9111 |
| | Facsimile: (972) 378-9115 |
| | jcone@dallasbusinesslaw.com |
| | |
| | Attorneys for Defendant and Counterclaimant |
| | THRU INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, | Case No. 3:15-CV-01741-EMC (MEJ) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND PROTECTIVE ORDER** |
| v. | |
| THRU INC., a Delaware corporation, | |
| Defendant. | |
| THRU INC., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| DROPBOX, INC., a Delaware corporation, | |
| Counter-Defendant. | |

1   IT IS HEREBY ORDERED that the Joint Motion to Amend Protective Order is granted.
2   The Second Amended Stipulated Protective Order is hereby adopted.
3   IT IS SO ORDERED.

5   Dated: \_\_\_\_\_7/7\_\_\_\_\_, 2016



HON.
United

Judge Edward M. Chen