# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 28, 2016      **FTR Time:** 9:58-10:28      **Judge:** EDWARD M. CHEN

**Case No.:** 15-cv-1741-EMC      **Case Name:** Dropbox v. Thru Inc.

**Attorney for Plaintiff:**   David Kramer
**Attorney for Defendant:** Ian Boyd and John Cone (phone)

**Deputy Clerk:** Betty Lee           **Court Reporter:** N/A

## PROCEEDINGS
- STATUS CONFERENCE

## SUMMARY

The Court extended the following discovery deadlines:

| | |
|---|---|
| Fact discovery | - from 8/11/16 to 8/18/16 |
| Expert disclosure | - from 8/18/16 to 8/25/16 |
| Rebuttal expert disclosure | - from 9/1/16 to 9/8/16 |
| Expert discovery | - from 9/8/16 to 9/15/16 |

As stated on the record, parties agreed to take a video deposition of Rick Holliday-Smith prior to 8/16/16.  He will be subject to a live deposition in October.  Defendant may take a 7-hour deposition of Drew Houston prior to 8/18/16.  The Court ordered Mr. Kramer to make Mr. Houston available for deposition during this period.  Similar deposition to be taken on 8/8/16.  Dropbox's 30(b)(6) deposition will be taken on 8/10/16.

Dispositive motions remain to be heard on 10/20/16 at 1:30 p.m.  Pretrial conference remains set for 12/20/16 at 2:30 p.m.  5-day bench trial remains set to begin on 1/23/17 at 8:30 a.m.

This case has been referred to private mediation.   Private mediation or settlement conference shall be held between 10/20/16 and 12/20/16 (after filing of dispositive motions.)  Parties shall meet and confer and to file a joint letter by 8/5/16 informing the Court whether they will set up a private mediation or if they wish to be referred to a magistrate judge for settlement conference.

Further status is set for 10/20/16 at 1:30 p.m.   An updated joint status report shall be filed by 10/13/16.