UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPBOX, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>THRU INC.,<br><br>            Defendant. | Case No. 15-cv-01741-EMC<br><br>**ORDER OF REFERENCE TO CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Chief Magistrate Judge Joseph C. Spero for settlement.   Settlement conference is to be held between October 20, 2016 and December 20, 2016.

The parties will be advised of the date, time and place of the next appearance by notice from Chief Magistrate Judge Spero.

**IT IS SO ORDERED.**

Dated: August 8, 2016

_____
EDWARD M. CHEN
United States District Judge