DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com

COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415)947-2000
Facsimile: (415) 947-2099
cbal@wsgr.com

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>THRU INC., a Delaware corporation,<br><br>    Defendant.<br><br>THRU INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>    Counter-Defendant. | Case No. 3:15-CV-01741-EMC (MEJ)<br><br>**[PROPOSED]**<br>**ORDER GRANTING DROPBOX**<br>**INC.'S MOTION FOR SUMMARY**<br>**JUDGMENT**<br><br>Date:   October 27, 2016<br>Time:   1:30 p.m.<br>Before: Honorable Edward M. Chen<br>Dept:   Courtroom 5, 17th Floor |

The Motion for Summary Judgment of Plaintiff and Counter-Defendant Dropbox, Inc. ("Dropbox, Inc.") against Defendant and Counterclaimant Thru, Inc. ("Thru") came on for hearing in the ordinary course. All appearances are noted in the record. Having considered the papers filed in support of and in opposition to said Motion, the argument of counsel, the entire record herein, and for good cause shown, the Court finds that there is no genuine issue of material fact, and that:

1. Thru has failed to demonstrate that it possesses any trademark rights in the term "dropbox" because Thru has not used "dropbox" consistently as a source identifier for its product [and/or] because "dropbox" is merely descriptive as applied to the file transfer functionality in Thru's product, and Thru has not established secondary meaning;

2. Even if Thru had demonstrated trademark rights in "dropbox," Dropbox, Inc.'s trademark rights in "dropbox" are senior to Thru's by virtue of Dropbox, Inc.'s valid assignment from Officeware, Inc. and

3. Each and every claim asserted by Thru is barred by the doctrine of laches.

In light of the foregoing, IT IS HEREBY ORDERED that Dropbox, Inc.'s Motion for Summary Judgment is granted. Judgment shall be entered in favor of Dropbox, Inc. on Thru's Counterclaims: Count I (15 U.S.C. § 1525(a)), Count II (Common Law Passing Off and Unfair Competition), Count III (Ca. Bus. & Prof. § 17200) and Count IV (Cancellation of Trademark and Refusal of Application).

Dated: _____

_____
EDWARD M. CHEN
United States District Court Judge