1  DAVID H. KRAMER, State Bar No. 168452
   JOHN L. SLAFSKY, State Bar No. 195513
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, California  94304-1050
4  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
5  dkramer@wsgr.com
   jslafsky@wsgr.com
6
   COLLEEN BAL, State Bar No. 167637
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  One Market Plaza, Spear Tower, Suite 3300
   San Francisco, California  94105
9  Telephone: (415)947-2000
   Facsimile:  (415) 947-2099
10 cbal@wsgr.com

11 Attorneys for Plaintiff and Counter-Defendant
   DROPBOX, INC.
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, | Case No. 3:15-CV-01741-EMC (MEJ) |
| Plaintiff, | **DECLARATION OF SHEILA VASHEE IN SUPPORT OF DROPBOX, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| THRU INC., a Delaware corporation, | |
| Defendant. | **[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]** |
| THRU INC., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| DROPBOX, INC., a Delaware corporation, | |
| Counter-Defendant. | |

I, Sheila Vashee, declare:

1. I am currently the Head of Product and Brand Marketing at Dropbox, Inc. ("Dropbox"). In this role, I manage all product, corporate, and brand marketing efforts. I also oversee teams focused on product marketing, company messaging and narratives, brand strategy and campaigns, and social and content marketing. Previously, I was Product Marketing Lead at Dropbox. In that position, I oversaw product and user research, message development, go-to-market strategy and cross-functional launch execution for all products. I also oversaw the marketing efforts for the launch of Dropbox for Business in 2013.

2. The following facts are based on my personal knowledge and my review of the business records of Dropbox. If called as a witness, I could and would testify to the information stated herein.

**Dropbox Offers A Well-Known File Sharing and Storage Application**

3. Dropbox offers a groundbreaking software application that enables people to store, access, modify and share their electronic files with ease from anywhere in the world. Dropbox Basic is offered for free and comes with a limited amount of storage space. Dropbox Basic allows any user to have a special folder on his or her computer, the content of which is synchronized across and accessible on all the devices on which the user installs the Dropbox application. The folder also is accessible through the <dropbox.com> website. A Dropbox user also can set up shared folders to share particular files with other, designated Dropbox users.

4. In addition to the free Dropbox Basic product, Dropbox offers for purchase Dropbox Pro, Dropbox Business, Dropbox Enterprise, and Dropbox Education. All of those paid products provide the same core functionality as Dropbox Basic with increased storage limits and additional product features. In particular, Dropbox Business, Dropbox Enterprise, and Dropbox Education offer simple and secure file management tools for business, enterprise, and education customers.

5. Today, the company has over 500 million users, supported by over 1,500 employees. Over 200,000 businesses are using Dropbox Business. Every 24 hours, more than 1.2 billion files are saved to Dropbox.

6. Dropbox owns the Internet domain name <dropbox.com>, where it hosts a website prominently featuring the Dropbox name. In January 2016 alone, the <dropbox.com> website had over 213 million visits. A search on <google.com> for the term for the term "dropbox" yields a link to our website as the first search result.

### Dropbox's Growth

7. In my marketing role at Dropbox, I use a number of different metrics that the company has tracked and maintained in the ordinary course of business since at least the official launch of the Dropbox product in 2008 until today. These include user registrations (*i.e.* distinct user accounts), advertising and marketing expenditures, and revenue. A review of these metrics demonstrates the tremendous growth and success of Dropbox over time.

8. From the beginning of 2009 to the end of 2015, Dropbox grew from about 450,000 user registrations to more than 500 million. Along the way, some key milestones include the following: Dropbox surpassed 10 million user registrations by mid-August 2010, and by the end of 2010, Dropbox had recorded over 17 million. Dropbox recorded 20 million registrations by early February 2011 and by the end of December 2011, more than 50 million. We surpassed 100 million user registrations in August 2012. Dropbox then surpassed 200 million user registrations within another year or by August 2013 and 300 million registrations by June 2014. Dropbox had recorded over 400 million user registrations by April 2015. The company now has over 500 million registrations.

9. Dropbox has also expanded its product offerings over time. While we have always had both business and individual users, we began offering a service specifically built for teams in 2011 that officially launched as Dropbox for Business in 2013. In September 2015, we announced a new team feature designed to make it easier than ever for people with Dropbox Basic and Pro accounts to collaborate at work. We also expanded to offer Dropbox Enterprise in November 2015 and Dropbox Education in May 2016.

10. Beyond the cost of continuing its "freemium" model, *i.e.*, offering users a limited amount of free storage capacity and charging them only when they want to increase the amount of storage that they are using or if they want enhanced features, we have invested heavily in

1 | marketing as Dropbox has grown. In 2010, Dropbox's marketing budget was around Redacted.
2 | In 2011, that budget grew to approximately Redacted. In 2012, we spent over Redacted on
3 | marketing, which grew to more than Redacted in 2013, more than Redacted in 2014, and
4 | more than Redacted in 2015. All told, by the end of 2015, the company has spent more than
5 | Redacted in marketing expenses.

6 |     11.    Media coverage of the company also has continued to grow. By early 2011,
7 | Dropbox had been featured in hundreds if not thousands of national and international press stories.
8 | Today, it is practically impossible to keep track of all the mentions of Dropbox in the mainstream
9 | media, not to mention countless online articles and blog posts.

11 |     I declare under penalty of perjury under the law of the United States that the foregoing is
12 | true and correct to the best of my knowledge.
13 |     Executed this 15th day of September 2016 at San Francisco, CA.

*[signature]*
SHEILA VASHEE