DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com

COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415)947-2000
Facsimile:  (415) 947-2099
cbal@wsgr.com

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, ) | Case No. 3:15-CV-01741-EMC (MEJ) |
| ) | |
| Plaintiff, ) | **DECLARATION OF DREW HOUSTON** |
| ) | **IN SUPPORT OF DROPBOX, INC.'S** |
| v. ) | **MOTION FOR SUMMARY JUDGMENT** |
| ) | |
| THRU INC., a Delaware corporation, ) | |
| ) | REDACTED VERSION OF DOCUMENT |
| Defendant. ) | SOUGHT TO BE SEALED |
| ) | |
| _____ ) | |
| ) | |
| THRU INC., a Delaware corporation, ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| DROPBOX, INC., a Delaware corporation, ) | |
| ) | |
| Counter-Defendant. ) | |
| _____ ) | |

I, Drew Houston, declare:

1.      I am the founder and CEO of Dropbox, Inc. ("Dropbox").  The following facts are based on my personal knowledge.  If called as a witness, I could and would testify to the information stated herein.

### 2006: The Idea for Dropbox

2.      In 2006, I conceived of the product that would become Dropbox.  At the time, I was working as an engineer at a company called Bit9, having graduated from the Massachusetts Institute of Technology ("MIT") and started my first company Accolade – an online SAT preparation company.  I found that I regularly forgot to bring home files or needed to use a USB flash drive, and I imagined a service that would allow me to store files "in the cloud" so that I could work on them from anywhere.  I also imagined that my work would be synchronized and accessible across all of my computing devices, without regard to the operating system or software applications on those devices.  Based on this inspiration, I started working on a new software application.

3.      In December 2006, I decided to name my new software application "Dropbox."  I selected the "Dropbox" name because it described what I was trying to create.  I knew that a "dropbox" was a secure place for people to store and share items, and I envisioned my product as similarly allowing people to store and share documents, photos, and other materials online.

4.      When I selected the "Dropbox" name, I was aware that others had used the term "dropbox" to describe a secure place where people could store and share materials online.  For example, my friends and I had used a "dropbox" folder on our computers to share video game materials years earlier.  I also knew that some colleges hosted webpages that they referred to as a "dropbox" for students to use to submit assignments.

5.      In 2006, I did not know about Thru Inc. ("Thru").  I did not hear of Thru until late 2011 or early 2012.

**2007: Dropbox Launched**

1

2   6.   I completed the first prototype for Dropbox in February 2007 and published a

3   webcast showing how the product worked.  I also started sharing the product with some friends

4   and acquaintances to get feedback.

5   7.   I also started trying to market Dropbox to a core group of early adopters.  I did this

6   by publishing a post on a popular website called Hacker News, and publishing the Dropbox logo

7   on the <getdropbox.com> website.

8   8.   In April 2007, I showed the prototype to Arash Ferdowsi, who was a student at

9   MIT studying computer science.  Mr. Ferdowsi and I had studied together at MIT, and I knew that

10   he was interested in programming and starting a new company.  Mr. Ferdowsi dropped out of MIT

11   to start Dropbox with me in June 2007.

12   9.   By the end of 2007, Dropbox offered the same core functionality that Dropbox

13   users continue to have today.  Dropbox gave users the ability to have a special folder on their

14   computer that was accessible on all their devices and through the <getdropbox.com> website that

15   we were using at the time.  Dropbox also synchronized the contents of the folder across all the

16   user's devices and on the website.

17   10.   I always envisioned that Dropbox would be used by both companies and

18   individuals, and as it turns out, it always has been.  By April 2007, when I first applied for funding

19   for my company from a venture firm called Y Combinator, several companies had already

20   inquired about deploying the Dropbox software.

21   11.   Starting in roughly May 2007, I began to explore whether Dropbox would be able

22   to receive trademark protection for its "Dropbox" name.  Advisors told me that it would be

23   difficult to obtain trademark protection because "Dropbox" was a descriptive term.  For example,

24   in May 2007, John Treadway emailed me and cautioned me that "Dropbox" was a descriptive term

25   and that it could be "hard to protect."  Mr. Treadway's May 2007 email to me is attached as

26   Exhibit A.

27   12.   Mr. Ferdowsi and I debated into 2008 whether to change Dropbox's name.  We

28   engaged product marketing experts and considered a host of alternatives.  Nevertheless, by mid-

2008, we decided that Dropbox was best, and that we needed to focus on building brand awareness around that name.

### 2008: Dropbox Public Launch

13.     In March 2008, Dropbox launched a public beta test, and we greatly expanded the number of invitations that we were distributing.  As a point of reference, at the beginning of March 2008, Dropbox had less than 1,000 users and had 5,000 users on the waiting list.  By the end of the month, Dropbox had over 75,000 users.  Dropbox's users continued to rapidly expand after March 2008, and included a substantial and growing number of businesses.

14.     Dropbox also started to receive significant press coverage.  By March 2008, TechCrunch and GigaOm had published pieces on Dropbox.  A screencast that I created to demonstrate the features of Dropbox also received a great deal of attention and had over 130,000 views.

15.     In March 2008, I received an email from the owner of "DropBoks," another company using a similar name.  DropBoks claimed both that it offered a file transfer product and that Dropbox was infringing its "DropBoks" trademark.  I wrote back to DropBoks and explained that DropBoks did not have a valid claim because its mark was descriptive.  I cited a denial by the U.S. Patent and Trademark Office ("USPTO") of DropBoks's trademark application which found that DropBoks was a descriptive mark.  A copy of my correspondence with Luke Stotler, the founder of DropBoks, is attached as Exhibit B.  I did not hear back from DropBoks after that correspondence.

16.     Dropbox officially launched its service in September 2008.  We announced this launch through a post on the Dropbox blog.  By the end of September 2008, Dropbox had over 215,000 user registrations for its service.  By the end of the year, we had over 440,000.

17.     Dropbox's strategy from the very beginning has been to market itself by offering users a limited amount of free storage capacity and charging users only when they want to increase the amount of storage that they are using or if they want enhanced features.  This "freemium" approach is a generally accepted and popular business model for online services.  Users are able to experiment with the service for free, and the service can speak for itself.

18.     There are, of course, substantial costs associated with giving the service away to people for free.  The company must absorb the cost of the storage, bandwidth, and infrastructure for each new free user.  It must also provide support for those users.  Dropbox spent a significant portion of the millions of dollars that had been invested in the company to cover the expense of this effort in order to build its user base.

19.     By the end of 2008, we could see this investment start to pay off.  We earned approximately ███████ in revenue from users purchasing additional storage space and enhanced functionalities.  We also were named as one of the best free downloads of the year by Lifehacker, and TechCrunch nominated Dropbox for its annual award for "Best New Startup."

### 2009: Substantial Growth

20.     We engaged in extensive efforts to build our business and generate brand recognition throughout 2009.  That year, we were the subject of widespread coverage in the mainstream press.  For example, in January, Dropbox was featured in a New York Times article entitled "A Digital Storage Option for Workers on the Go."  In March, PC Magazine published an article entitled, "Dropbox – At a Glance: Dropbox is the simplest, most elegant file-synchronization tool I've ever used."  Forbes featured Dropbox in an article entitled, "Forget Disruption. Dive Deep Instead," published in November 2009.  Numerous other international and national publications featured articles about Dropbox including, for example, CNN, News.com, The Washington Post and Chicago Tribune.  Multiple local newspapers, such as the St. Paul Pioneer Press and the Orlando Sentinel, also published articles featuring Dropbox during 2009.  Dropbox also received extensive coverage in online publications and blogs throughout 2009.

21.     Dropbox also received a variety of industry awards in 2009.  These included being named as a PC Magazine Editor's Choice in March, a CNET Webware 100 winner in May, "Web Application" of the year by Net magazine in December.  Dropbox also received a MacWorld Editor's Choice Award in December 2009 and was named as "Internet Application of the Year" by TechCrunch.

22.     Dropbox also saw its number of users grow dramatically in 2009.  By the end of April 2009, Dropbox had recorded 1 million user registrations.  By late September 2009, that grew

1   to 2 million, and Dropbox was averaging over 10,000 new registrations per day.  Dropbox then

2   added another million registrations within the next two months, reaching 3 million by late

3   November 2009.  We earned almost ▉▉▉▉▉▉ in revenue for the year.

4       23.    We also acquired the Internet domain name <dropbox.com> in 2009, and started

5   offering our service through a website that prominently featured the Dropbox name.

6       24.    Having built a user following and having gained worldwide notice and acclaim,

7   Dropbox applied in September 2009 to the USPTO to register a trademark in the term DROPBOX

8   for computer software and services related to storage, synchronization, and back-up of digital files.

9   The USPTO granted Dropbox a registered trademark for the "DROPBOX" mark in February

10  2014.

11      25.    Since 2009, our revenues have increased substantially as our user base has grown.

12  In 2010, Dropbox earned more than $▉▉▉▉▉ in revenue.  Dropbox's annual revenue grew to

13  over ▉▉▉▉▉▉ in 2011, and by 2015, our annual revenue had reached more than ▉▉▉▉▉▉.

14  In June 2016, we announced that we are free cash flow positive.

15

16      I declare under penalty of perjury under the law of the United States that the foregoing is

17  true and correct to the best of my knowledge.

18      Executed this 14th day of September 2016 at San Francisco, CA.

19

20                          DREW HOUSTON

21

22

23

24

25

26

27

28