# EXHIBIT A

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | John Treadway <jltreads@gmail.com> |
| **To:** | Drew Houston |
| **Sent:** | 5/10/2007 9:01:59 PM |
| **Subject:** | follow up |

Drew -

Thanks for meeting up today.  Sounds like you are on your way.  Congrats on the YC investment.

Please forward me the link to the beta site - thanks.

Let me know if there's anything you need help on.  Happy to contribute ...

Company names/domain names/trademarks are such a pain.  The trademark issue on dropbox is actually pretty important.  I found almost a million references in Google including a couple of competing products ( http://www.perlservices.net/en/programs/dropbox/index.shtml and http://etonica.com/dropbox/index.html).

Names like Skype and Google don't come easy.  You can go with descriptive names like omnidrive, dropbox, etc., but many are either taken or hard to protect.  I've got a lot of domains like that, and some that are a bit more made up (like kwope.com, zaupe.com and baupe.com which I just got).  Anyway, let me know if you want to brainstorm more names.

John

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                            DRBX094127