# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

**SETTLEMENT AND ASSIGNMENT AGREEMENT**

This SETTLEMENT AND ASSIGNMENT AGREEMENT ("Agreement") is made by and between Dropbox, Inc., a Delaware corporation with an address of 185 Berry Street, 4th Floor, San Francisco, California 94107 ("Dropbox"), and Officeware Corporation d/b/a Filesanywhere.com, a Texas corporation with an address of 3301 Airport Freeway, Suite 200, Bedford, Texas 76021 ("Officeware") (individually referred to as a "Party," and collectively the "Parties") and is effective as of this 22nd day of April, 2013 (the "Effective Date").

**WHEREAS**, on September 1, 2009, Dropbox filed U.S. Trademark Application Serial No. 77/817,716 (the "Dropbox Application") with the United States Patent and Trademark Office (the "USPTO") for the mark "DROPBOX" (the "DROPBOX Mark");

**WHEREAS**, on April 12, 2010, Officeware filed U.S. Trademark Application Serial No. 85/012,206 (the "Officeware Application") with the USPTO for the DROPBOX Mark;

**WHEREAS**, on June 29, 2011, Officeware initiated Opposition Proceeding No. 91-200,444 before the Trademark Trial and Appeal Board of the USPTO (the "TTAB") opposing registration of the Dropbox Application (the "Opposition");

**WHEREAS**, on June 30, 2011, Officeware filed Lawsuit No. 3:11-cv-01448-L against Dropbox in the United States District Court for the Northern District of Texas (the "Lawsuit") alleging, among other things, that Dropbox's use of an open-box logo (the "Dropbox Design") infringes Officeware's rights in an open box design element (the design element shown in Schedule A (not including the FILESANYWHERE word mark), which may be referred to as the "Officeware Design"), and that Dropbox's use of the DROPBOX Mark infringes Officeware's rights in the DROPBOX Mark;

**WHEREAS**, third parties, including Thru, LLC/Thru, Inc., YouSendIt, Inc., Box, Inc., Radnostix LLC, and John C. Horton (collectively "Third Party Claimants") have each claimed superior rights to the DROPBOX Mark in relation to Dropbox, and Dropbox has not settled, in any manner, with any of the Third Party Claimants;

**WHEREAS**, Officeware represents and warrants, to its knowledge and based on the facts set forth in an accompanying declaration attached hereto as Schedule D, that it is the senior-most user of the DROPBOX Mark and the Officeware Design in the United States and that its trademark rights in the DROPBOX Mark and the Officeware Design are superior to those asserted by any of the Third Party Claimants and any other person or entity;

**WHEREAS**, as part of the resolution of this matter, Dropbox is desirous of acquiring all right, title, and interest in and to the DROPBOX Mark, Officeware Application, and Officeware Design, and of recording Dropbox's status as owner of the entire right, title, and interest in and to the DROPBOX Mark, Officeware Application, and Officeware Design, and Officeware is desirous of assigning all right, title, and interest in and to the DROPBOX Mark, Officeware Application, and Officeware Design as set forth below and in accordance with in the Trademark Assignment Agreement (the "Assignment") at Schedule B; and

**WHEREAS**, the Parties desire to resolve their differences and settle the Lawsuit, the Opposition, and all other disputes and potential claims which may arise out of the facts alleged in the pleadings in the Lawsuit or in the Opposition, or which relate to the Parties' rights in the DROPBOX Mark, the Dropbox

Application, the Officeware Application, the Dropbox Design, and the Officeware Design, without any admission of liability or culpability on the part of either Party.

**NOW THEREFORE**, in consideration of the mutual promises and covenants set forth in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. Confidentiality. The Parties and their counsel agree to hold Sections 1-2, 10-12, 15-20, and 22-23 of this Agreement, and the negotiations leading up to them, in confidence and not to publicize or disclose these terms; provided, however, that: (a) the Parties may disclose these terms in confidence to their respective employees, attorneys, accountants, auditors, tax preparers, insurers, and financial advisors, who have a need to know the information in the course of performing their professional duties, and who shall be informed of the confidentiality of such information and shall be contractually bound to abide by the terms and confidentiality restrictions set forth in this paragraph; (b) the Parties may disclose these terms as necessary to fulfill standard or legally required corporate reporting or disclosure requirements; and (c) the Parties may disclose these terms if disclosure is necessary to enforce the terms of the Agreement or as otherwise required by law or legal process, such as pursuant to subpoena or a discovery request in a lawsuit.

In the event that Officeware is served with legal process demanding the disclosure of the confidential terms of the Agreement or information relating to it, or is otherwise legally required to disclose such information, Officeware must promptly provide written notification to Dropbox of the demand and defer disclosure until Dropbox has had an opportunity to formally object to the production of the information and file any motion that is necessary to protect the confidentiality of the information.

2. Release of Claims. Except with respect to the obligations created by or arising out of this Agreement, the Parties do hereby for themselves and their officers, directors, employees, investors, shareholders, administrators, attorneys, divisions, parents, affiliates, subsidiaries, predecessor and successor corporations, and assigns, fully and forever release and absolutely discharge the other Party and each of its officers, directors, employees, investors, shareholders, administrators, attorneys, affiliates, divisions, subsidiaries, predecessor and successor corporations, and assigns, from, and agree not to sue concerning, any claim, demand, duty, debt, liability, account, reckoning, obligation, cost, expense, lien, attorney fee, action, or cause of action relating to any matters of any kind, whether presently known or unknown, suspected or unsuspected, that any of them may possess relating to the Lawsuit, the Opposition, the Dropbox Application, the Officeware Application, or arising from the Parties' rights to the DROPBOX Mark, the Dropbox Design, or the Officeware Design, including but not limited to any claim arising under trademark, trade dress, unfair competition, dilution, or copyright law in any jurisdiction anywhere in the world. The Parties agree that the releases in this Paragraph 2 shall be effective only upon Dropbox making the entire payment in accordance with Paragraph 11 below and upon Officeware assigning and transferring its trademark and copyright rights to Dropbox in accordance with Paragraph 6 below, including without limitation Officeware's execution and delivery of the Trademark Assignment Agreement (the "Assignment") attached hereto as Schedule B.

3. No Admission of Liability. Nothing in this Agreement or otherwise shall be construed as an admission of any fact, wrongdoing, or liability of any kind by any of the Parties or by any other person. This Agreement shall not be construed as a waiver of any defense or an admission by either Party of the correctness of any legal position or argument taken or espoused by the other.

4. Dismissal of the Lawsuit and Withdrawal of the Opposition. On or before the fifth calendar day after the Effective Date (counting from the first day after the Effective Date), and on the same day in which Dropbox makes the entire payment in accordance with Paragraph 11 below, and in any

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

event no later than the Court's deadline, which the parties acknowledge may have to be extended, Officeware shall file a dismissal that terminates the Lawsuit with prejudice and Officeware shall within 48 hours thereafter file all papers with the TTAB to withdraw the Opposition with prejudice.

5. Substantiation of Officeware's Rights. Officeware represents and warrants that:

a. Officeware, to its knowledge is the earliest and continuous owner of the trademark rights in the DROPBOX Mark and the Officeware Design for the services described in the Officeware Application and the Lawsuit.

b. Officeware, to its knowledge (i) is the senior-most user of the DROPBOX Mark and the Officeware Design in the United States for the services described in the Officeware Application and the Lawsuit, and (ii) owns trademark rights in the DROPBOX Mark and the Officeware Design that are superior to those asserted by any of the Third Party Claimants and any other person or entity.

c. Officeware provides example website screenshots and other available documentation for each year that Officeware has used the DROPBOX Mark, as shown in Schedule C. These documents, which are representative chronologically and by category of Officeware's use of the DROPBOX Mark, demonstrate Officeware's continuous use of the DROPBOX Mark beginning at a time at least as early as January 11, 2004 and continuing to the Effective Date.

d. Officeware provides the sworn declaration from its Founder and CEO, Mr. Timothy M. Rice, as shown in Schedule D, which reasonably substantiates continuous use of the DROPBOX Mark beginning at a time at least as early as January 11, 2004 and continuing to the Effective Date and authenticates the documents shown in Schedule C.

6. Assignment and Transfer of Officeware's Rights. Officeware hereby assigns to Dropbox all right, title, and interest in and to, including without limitation, any common-law rights, copyright, and trademark rights that Officeware holds in the DROPBOX Mark, the Dropbox Design, and the Officeware Design, together with the goodwill symbolized by and associated therewith, in accordance with the Assignment. The Parties agree that the assignment in this Paragraph 6 shall be effective only upon Dropbox making the entire payment in accordance with Paragraph 11 below and upon Officeware executing and delivering the Assignment, as shown in Schedule B, no later than the fifth calendar day after the Effective Date (counting from the first day after the Effective Date).

7. Ownership of Marks. Officeware acknowledges that, pursuant to Paragraph 6 and the Assignment, Dropbox shall acquire all of Officeware's rights in the DROPBOX Mark, the Dropbox Design, the Officeware Design, and the Officeware Application. Officeware shall not contest or deny Dropbox's or any assignee's title to, ownership of, or the validity of the DROPBOX Mark, Dropbox Design, Officeware Design, and Officeware Application. Neither Officeware nor any of its respective officers, directors, employees, investors, shareholders, administrators, attorneys, divisions, parents, affiliates, subsidiaries, predecessor and successor corporations shall challenge, or otherwise dispute or assist third parties in any way in challenging Dropbox's rights to the DROPBOX Mark, the Dropbox Design, the Officeware Design, and the Officeware Application, including, but not limited to, in any judicial, administrative, governmental or arbitral proceeding anywhere in the world.

8. Officeware's Representations and Warranties. Officeware represents and warrants that it has not previously assigned any rights in the DROPBOX Mark, the Dropbox Design, the Officeware

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Design or the Officeware Application to any person or entity, and that it is not aware of any challenge, or communication suggesting a challenge, to its use or ownership of the DROPBOX Mark, the Dropbox Design, the Officeware Design, or the Officeware Application, other than the challenge made by Dropbox and the rights asserted by the Third Party Claimants. Officeware further represents and warrants that there is no claim of ownership of the DROPBOX Mark, the Dropbox Design, the Officeware Design, or the Officeware Application by any shareholder, officer, director, related company of Officeware, any other company with a shareholder, officer, or director in common with Officeware, or any other person or entity. Officeware represents and warrants that it has not filed any trademark application in any jurisdiction anywhere in the world for the DROPBOX Mark, or any confusingly similar mark thereof, other than the Officeware Application, and that it does not own any domain names containing the letter-string "dropbox", or any confusingly similar mark. Officeware further represents and warrants that it has not filed any trademark applications in any jurisdiction anywhere in the world for the Officeware Design, or any confusingly similar mark thereof.

9. Officeware's Phase-Out. Officeware and each of its officers, directors, employees, investors, shareholders, administrators, attorneys, divisions, parents, affiliates, subsidiaries, predecessor and successor corporations, and assigns hereby agree that they shall not make any new uses of the DROPBOX Mark, the Officeware Design, the Dropbox Design, or any confusingly similar marks thereto beyond those Officeware was making as of the Effective Date, and that they shall immediately and permanently stop all keyword advertising incorporating the DROPBOX Mark or any confusingly similar marks thereto, including without limitation in Google AdWords and similar programs. Officeware and each of its officers, directors, employees, investors, shareholders, administrators, attorneys, divisions, parents, affiliates, subsidiaries, predecessor and successor corporations, and assigns, hereby further agree to permanently stop using the DROPBOX Mark, the Officeware Design, the Dropbox Design, and any confusingly similar marks thereto, in any manner whatsoever in any jurisdiction anywhere in the world, including, but not limited to, on Officeware's website at <www.filesanywhere.com> and in any other marketing materials, advertising, stationery, business cards, telephone listings, Internet listings, domain names, website meta-tags, email addresses, social media, products, services, or any other goods, services, or commercial activities within twelve (12) months of the Effective Date.

10. Officeware's Cooperation with Dropbox. Officeware hereby agrees that it shall not use or seek to register any intellectual property rights, including without limitation copyrights, trademarks, and domain names, covering the DROPBOX Mark, the Dropbox Design, the Officeware Design, or any confusingly similar marks thereto, in any jurisdiction anywhere in the world, and that it shall not otherwise interfere with Dropbox's use or registration of the DROPBOX Mark, the Dropbox Design, or the Officeware Design in any jurisdiction anywhere in the world. Officeware further agrees that, for a period of four (4) years from the Effective Date, it shall fully cooperate with Dropbox's efforts to prosecute the Dropbox Application and the Officeware Application, and to defend and resolve any third-party claims to the DROPBOX Mark, the Dropbox Design, and the Officeware Design, including but not limited to the claims asserted by the Third Party Claimants. During this four (4) year period, Officeware shall provide further documents, information, and testimony to Dropbox as Dropbox deems necessary in its sole and exclusive discretion. Dropbox agrees that it shall reimburse Officeware for reasonable expenses incurred in providing any such further documents, information, cooperation, and testimony if such is sought by Dropbox or if such is sought by a third party via subpoena in connection with a legal proceeding in which Dropbox or a related entity is a party. Dropbox agrees that reasonable expenses incurred for such assistance detailed in the preceding sentence, include, without limitation, reasonable attorney fees and a reasonable per diem payment for the time required of Officeware personnel; provided, however, that Dropbox shall have the right to approve such expenses (including the selection of appropriate counsel, should Officeware elect not to retain Gardere in such matters) in advance, which approval shall not be unreasonably withheld.

11. Consideration. In consideration of the promises, covenants, and agreements contained herein, on or before the fifth calendar day after the Effective Date (counting from the first day after the Effective Date), Dropbox shall issue a one-time payment of REDACTED REDACTED to the following bank account:

| | |
|---|---|
| Bank Name: | PlainsCapital Bank |
| Bank Address: | 5010 University<br>Lubbock, TX 79413 |
| ABA: | 111322994 |
| Account Name: | Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201-4761 |
| Account #: | REDACTED |
| Ref: | (Officeware/Dropbox Settlement Proceeds) |

Attached as Schedule E is IRS Form W-9 from Officeware.

12. Costs. The Parties shall each bear their own costs, expert fees, attorney fees, and other fees incurred in connection with the Lawsuit, the Opposition, the Dropbox Application, the Officeware Application, and this Agreement.

13. Warranty of Authority. Each Party represents and warrants that the undersigned has the authority to act on its behalf and to bind it and all who may claim through it to the terms and conditions of this Agreement. Each of the Parties represents and warrants to the other that it has not heretofore assigned or transferred or purported to assign or transfer any of its claims or obligations herein, or any part or portion thereof, and agrees to indemnify and hold harmless the other from and against any claim, demand, damage, debt, liability, account, reckoning, obligation, cost, expense, lien, action, and cause of action (including the payment of attorney fees and costs actually incurred, whether or not litigation is commenced) based on, in connection with, or arising out of any such assignment or transfer or purported or claimed assignment or transfer.

14. Notice. Any notice provided for in this Agreement shall be in writing and shall be delivered personally, by overnight mail, or by email and certified U.S. mail, with postage prepaid, to the following addresses:

To Dropbox:

General Counsel
Dropbox, Inc.
185 Berry Street, 4th Floor
San Francisco, California 94107

With a copy to:

David H. Kramer
Wilson Sonsini Goodrich & Rosati

To Officeware:

Tim Rice
CEO
Officeware Corporation
3301 Airport Freeway, Suite 200
Bedford, Texas 76021
972.893.3310
tim@filesanywhere.com

With a copy to:

Robert J. Ward
Gardere Wynne Sewell

650 Page Mill Rd.,
Palo Alto, CA 94304
650-493-9300
dkramer@wsgr.com

1601 Elm St., Suite 3000
Dallas, TX 75201
214-999-4266
rward@gardere.com

15. Drafting of Agreement. The Parties have cooperated in the drafting and preparation of this Agreement. This Agreement shall be construed as if the Parties jointly prepared the Agreement and shall not be construed against any Party on the basis that the Party was the drafter or participated in the drafting. Any uncertainty or ambiguity shall not be interpreted against any one Party.

16. Entire Agreement. This Agreement constitutes the sole, entire, complete, and integrated understanding and agreement between the Parties with respect to the subject matter hereof, and supersedes and replaces all prior negotiations, proposed agreements, or agreements, whether written or oral. Any representations, warranties, promises, or conditions, whether written or oral, not specifically incorporated herein, shall not be binding upon any of the Parties. Each of the Parties acknowledges and warrants to the other that neither the other Party nor any attorney, agent, or representative of the other Party has made any promise, representation, or warranty whatsoever, expressed or implied, written or oral, not contained herein concerning the subject matter hereof to induce that Party to execute this Agreement. Each of the Parties acknowledges and warrants to the other that it has not executed this Agreement in reliance on any promise, representation, or warranty not expressly set out in this Agreement.

17. No Oral Modification. This Agreement may only be amended in writing signed by authorized representatives of Dropbox and Officeware.

18. Governing Law and Arbitration. This Agreement is governed by Texas law and federal law as applicable, excluding Texas choice of law rules or any other laws or rules that would result in the application of the laws of another jurisdiction. Any claim for breach of contract of this Agreement shall be decided exclusively by binding arbitration before JAMS, in which arbitration the following procedures shall control:

a. The dispute shall be submitted to a single JAMS arbitrator for resolution. The Parties agree that the arbitrator shall be the Honorable Jeff Kaplan (Ret.), unless he is no longer a JAMS arbitrator. If the Honorable Jeff Kaplan (Ret.) is no longer a JAMS arbitrator, the arbitrator shall be selected jointly by the Parties. If the Parties are unable to agree, an arbitrator shall be selected in accordance with the rules and procedures of JAMS;

b. The arbitrator shall be required to follow the law, including Texas contract law regarding recovery for breach of contract and binding precedent in the United States Court of Appeals for the Fifth Circuit;

c. The Parties shall be entitled to discovery for and during the arbitration;

d. The Parties shall each be permitted to file a Motion for Summary Disposition, as referenced in Rule 18 of the JAMS comprehensive rules and procedures;

e. A decision shall be rendered by the arbitrator in writing within thirty (30) calendar days of the submission of the dispute by the Parties to the arbitrator for resolution, which decision shall be final and binding on the Parties;

    f. The arbitrator shall have no power to award any relief other than injunctive relief and monetary relief for damages (but no punitive damages), and appropriate declaratory relief with respect to disputed issues under this Agreement; and

g. The Parties shall share the cost of the arbitration, and the prevailing party shall be awarded reasonable attorney fees in the discretion of the arbitrator.

19. Counterparts. This Agreement may be executed in two or more counterparts, including by facsimile or scanned PDF copies, each of which shall be deemed an original and all of which shall be deemed one and the same instrument.

20. Severability. If any provision of this Agreement shall be found by a court to be invalid or unenforceable, in whole or in part, then such provision shall be construed and/or modified as necessary to render it valid and enforceable, or shall be excised from the Agreement, as the case may require, and this Agreement shall be construed and enforced to the maximum extent permitted by law, as if such provision had been originally incorporated herein as modified, or as if such provision had not been originally incorporated, as the case may be.

21. Successors and Assigns. This Agreement is binding on each of the successors and assigns of the Parties. Each of the Parties warrants that the person executing this Agreement on its behalf is duly authorized to do so.

22. Execution of Other Necessary Documents. The Parties agree to execute any further documentation which may be required in order to effect the provisions of this Agreement.

23. Voluntary Execution of Agreement. This Agreement is executed voluntarily and without any duress or undue influence on the part or behalf of the Parties hereto, with the full intent of releasing claims in accordance with Paragraph 2 above. The Parties acknowledge that:

a. They have read this Agreement;

b. They have been represented in the preparation, negotiation, and execution of this Agreement by legal counsel of their own choice or that they have voluntarily declined to seek such counsel;

c. They understand the terms and consequences of this Agreement and of the releases it contains;

d. They are fully aware of the legal and binding effect of this Agreement.

IN WITNESS WHEREOF, the Parties have executed this Agreement by and through their properly authorized signatories effective as of the Effective Date.

| **DROPBOX, INC.** | **OFFICEWARE CORPORATION D/B/A FILESANYWHERE.COM** |
| --- | --- |
| By: [signature] | By: [signature] |
| Name: Ramsey Homsany | Name: Timothy M. Rice |

Title: General Counsel
Date: 4/22/2013

Title: CEO/President
Date: 4/18/2013

legal

- 8 -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078007

**SCHEDULE A**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078008

**SCHEDULE B**

**TRADEMARK ASSIGNMENT**

WHEREAS, Officeware Corporation d/b/a Filesanywhere.com, a corporation of the State of Texas, located and doing business at 3301 Airport Freeway, Suite 200, Bedford, Texas 76021 ("Assignor"), has adopted, is using, or intends to use the trademark DROPBOX, and is the owner of the following United States trademark application for registration in the U.S. Patent and Trademark Office:

| Trademark | Application Serial No. |
|---|---|
| DROPBOX | 85012206 |

WHEREAS, Dropbox, Inc., a corporation of the State of Delaware, located and doing business at 185 Berry St. 4th Fl., San Francisco, California 94107 ("Assignee"), desires to acquire any and all common law rights in the DROPBOX trademark and associated good will that Assignor may have owned, as well as the trademark application referenced above (collectively, the "Trademark Rights");

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, Assignor, hereby assigns to Assignee all of the Trademark Rights, including all right, title and interest that Assignor may have owned in the DROPBOX trademark and application, together with the goodwill of the business symbolized by the DROPBOX trademark and application.

Executed on this 18th day of April, 2013

Officeware Corporation d/b/a/ Filesanywhere.com

By: Timothy M. Rice
Title: CEO/President

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**SCHEDULE C**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078010

# SCHEDULE C

Schedule C-1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078011

# January 2004
# Usage Screens

Schedule C-2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DRBX078012

# FilesAnywhere

Thank you for using the Flower Mound Drop Box

Send More Files — **Send more files to the Flower Mound Drop Box.**

Schedule C3

## Sign up for a free FilesAnywhere trial account.

**You may activate a trial FilesAnywhere account instantly, free for 30 days.**
Some features are limited during the free trial.*
You may upgrade to a full-featured account at anytime during the trial. Start experiencing the full power of FilesAnywhere. * Downloads are restricted to 2MB per day

Sign Up — **Sign up for FilesAnywhere Now**

More Information — **More information about FilesAnywhere.**

A sales consultant is available to answer any questions you may have about using FilesAnywhere. Please email your question to us at: support@filesanywhere.com for more information. You may also call toll-free 866-805-1991 on weekdays, 9a-5p CST.

**Note: For best viewing, use 1024x768 display resolution with more than 256 colors.**



Flower Mound File Drop Box
Upload Files
How to Upload Your File:
1. Enter your name and email address below.
2. Click the "Browse" button to choose a file on your computer.
3. Click the "Upload" arrow button to begin uploading the selected file to the drop box.
4. A confirmation appears when your file is uploaded to the recipient's Drop Box.
Name:
Email Address:
Select the number of files to upload:
Upload
Click "Upload" to start the file transfer now.
Free Trial!
The best file storage and sharing on the web.
unlimited file transfers just $3.95
send, share, transfer and backup files and folders
search, drag-n-drop, version history, FTP, WebDAV & more!
personal plans, workgroups and corporate plans
Compare Features
Start Your Free Trial
FilesAnywhere.
Reliable Online File Storage Since 1999
Please feel free to contact FilesAnywhere Customer Service for any reason: support@filesanywhere.com. Toll free: 1-888-805-1991
THIS SERVICE IS PROVIDED 'AS IS' WITHOUT WARRANTY OF ANY KIND.
THROUGH THE USE OF THE SOFTWARE IS DONE AT YOUR OWN DISCRETION AND RISK.

Schedule C-4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078014



Sales & Support: 1 (866) 805-1991 Toll-Free
FilesAnywhere
You've always got it.
Username
Password
Use SSL Login
LOGIN
FREE TRIAL
JOIN NOW
Remember Me
Recover Password
WebAdvanced
Guest Dropbox
✓ Allow Guests to Upload Files to Your Folders
✓ Receive Files of Any Size from Anyone You Choose
✓ No Signup is Required for Guests
✓ Receive an Alert when New Files are Dropped
You create the Dropbox Link...
friend@company.com
Send Now
Guests click your email Link, select local files, then Upload...
click here
Browse...
Upload Now
Receive Guest Uploads using Dropbox Links. Have you ever needed to receive a large file from somebody, but it was too large for email? With a Dropbox, you can accept files of any size, from anyone, securely. Just click "Create Dropbox" and enter an email address. An email is sent with a simple web link, guiding guests through the Upload.
Guest File Dropbox
New! Mobile, Easy-Access Interface: https://mobile.filesanywhere.com
Automated Backup, Folder Synchronization
Simple, Reliable Uploads using Drag-and-Drop
WebFolders, Drive Mapping, Direct Edit/Save
Share Files, Folders, Media using Web Links
Receive Files using Dropbox Links for Guests
Add SubAccounts to Create a Workgroup
Use Version Control for Checkin/Checkout
View Documents Online, with No Download
Photo Albums, Video and Audio Streaming
Search File Text, Metatags and Comments
SSL Encryption, Secure FTP, Secure WebDAV
Private Site Branding for Corporate Clients
More Features and Advanced Capabilities
features
prices
links
FAQ
About Us
Contact Us
Resellers
PCPlus Hot list

Schedule C-6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078015

# Chronological Usage Screenshots

Schedule C-6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078016



Dropbox Expiration and Daily Upload Limit

The Dropbox link will expire according to the Expiration option chosen when creating the share. Links can be maintained for a maximum of 30 days. The default is 10 days. Files uploaded by your contacts via the Dropbox link are limited each day, based on the size of your plan. For example, a 1GB plan supports 200 file uploads per day. Also, the Dropbox feature is not available during the free trial.

Security

All files uploaded to your Dropbox folder are transmitted using an SSL 128-bit encrypted connection. This encryption ensures that the files others are sending you cannot be intercepted and read as text.

## How Your Contacts Use the Dropbox

Email

Your contacts will receive an email with a link to the Dropbox. The email will be shown to be from your email address, and appears as follows.

A new File Dropbox at FilesAnywhere.com was created for you by yourname@domainname.com. Please use the following link to send files to this person

Click here to access the File Dropbox

Dropbox Details
Dropbox Owner: YOURUSERNAME - yourname@domainname.com
Dropbox Expires: 8/28/2005 12:39:23 PM

Message from YOUR NAME:
Please send me the 4th quarter files as soon as possible.
Thanks...
-- Thomas

File Dropbox Page

When recipients click the link in the email, the File Dropbox page opens. From this page, they can upload files to the folder you designated for the Dropbox.

If you required a password, the user will first see this page first:

The Dropbox page appears to your recipients as follows:

Schedule C-7



web.archive.org
Gmail
AACU
FilesAnywhere
CPA Calculator | Cl...
Webmetrics Web Co...
New FA Website
Beta Admin
Amazon Web Servic...
FA
Sites
FilesAnywhere.com ...
Personal
www.hdtvreview.co...
http://www.filesanywhere.com/
Go
1,354 captures
JUL
15
SEP
2003
2005
FilesAnywhere.
Reliable Online File Storage Since 1999
welcome new users
New Account
More Information
Features and Prices
PRESS ROOM / ABOUT US
HELP / FAQ
BROCHURE
CONTACT
PARTNERS
SECURE SITE
VERISIGN, INC.
FilesAnywhere is a service of Officeware Systems
High-Performance Login
UserName
Password
Enter
Plans and Prices
Compare Features
Leading-Edge Web Storage Features
Automated Remote Backups: Schedule, Synch, FTP, Map Drive Letter. More...
PhotoFolders: Create and Share Photo Albums, Slideshows, Order Prints. More...
Share Files and Folders with anyone using email links, track file access. More...
File Dropbox: Allow any of your contacts to upload files to your space. More...
FileViews "Virtual Folders" let you categorize files in unlimited ways. More...
Version Control, Version History and File History Logging. More...
Secure Connection with 128-bit SSL encryption. Total privacy and security.
MultiUpload, MultiDownload, Right-Click menus, Drag-n-Drop.
PC MAGAZINE
Four-Star Award
"Well designed and highly responsive"
"FilesAnywhere is a well-designed, feature-rich, easy-to-use online backup service that may well be your answer to painless system backups."
ZDNet
"A robust, secure and reliable way to share files online quickly."
More FilesAnywhere Press Coverage

Schedule C-8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078018



INTERNET ARCHIVE
WayBackMachine
http://www.filesanywhere.com/
Go
1,354 captures
AUG
30
OCT
2003
2005
FilesAnywhere.
Reliable Online File Storage Since 1999
welcome new users
New Account
More Information
FEATURES / PLANS / PRICES
PRESS ROOM / ABOUT US
HELP / FAQ
BROCHURE
CONTACT
PARTNERS
VeriSign SECURE SITE
VERISIGN, INC
High-Performance Login
UserName
Password
Enter
Plans and Prices
Compare Features
The Best Web File Storage Features!
New!
WorkTracker.com: The Ultimate Work Tracking Tool, with File Storage.
Test Cases, Features, Requests, Leads, Bids, Jobs, Applicants, Profiles and more.
Automated Remote Backup: Schedule, Synch, FTP, Map Drive Letter. More...
PhotoFolders: Create and Share Photo Albums, Slideshows, Order Prints. More...
Share Files and Folders with anyone using email links, track file access. More...
File Dropbox: Allow any of your Contacts to upload files to your space. More...
"Virtual Folders" allow you categorize files in unlimited ways. More...
Version Control - Version History backups and File History Logging. More...
Secure Connection with 128-bit SSL encryption. Total privacy and security.
Multi-Upload, Multi-Download, Right-Click menus, Drag-n-Drop, much, much more!
PC MAGAZINE
Four-Star Award
"Well designed and highly responsive"
"FilesAnywhere is a well-designed, feature-rich, easy-to-use online backup service that may well be your answer to painless system backups."

Schedule C-9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078019



web.archive.org/web/20050701011415/http://www.filesanywhere.com/
Gmail AACU FilesAnywhere CPA Calculator | Ch... Webmetrics Web Co... New FA Website Beta Admin Amazon Web Servic... FA Other bookmarks
http://www.filesanywhere.com/
Go
1,354 captures
MAY AUG
2004 2006
Close
Help
FilesAnywhere.
Reliable Online File Storage Since 1999
welcome new users
Free Trial - Sign Up Here
New Account
More Information
FEATURES / PLANS AND PRICES
ABOUT US / NEWS AND UPDATES
FAQ's / ONLINE HELP
BROCHURE
CONTACT US
PARTNERS
VeriSign SECURE SITE VERISIGN, INC.
Free Technical Support...Mon-Fri
Toll-free: 1(866) 805-1991
FilesAnywhere online web file storage, FTP and Internet backup service provided by Officeware
High-Performance Login
UserName
Password
Enter
Plans and Prices
Compare Features
The Best Web File Storage Features!
Automated Online Backup: Schedule, Synch, FTP, Map a Drive Letter, Drag-n-drop, Open, Edit and Save files directly from Office applications. More...
File Share: Send files or folders to anyone by emailing a web URL link. More...
File Dropbox: Allow authorized guests to upload files into your folders. More...
Version Control: Checkin/Checkout file editing/locking, History logging. More...
FileViews: "Virtual Folders" allow you group files together in multiple ways. More...
Secure Connection with 128-bit SSL encryption. Total privacy and security.
MultiUpload, MultiDownload, Drag-n-Drop, Search, Right-click menus and more!
PhotoFolders: Create and Share Photo Albums, Slideshows, Order Prints. More...
WorkTracker.com: The Ultimate Work Tracking Tool with File Storage. More...
PC MAGAZINE
Four-Star Award
"Well designed and highly responsive"
PC Magazine
"FilesAnywhere is a well-designed, feature-rich, easy-to-use online backup service that may well be your answer to painless system backups."
-Nick Stam, Director, PC Magazine Labs

Schedule C-10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078020



web.archive.org/web/20060715091017/http://www.filesanywhere.com/?
Gmail AACU FilesAnywhere CPA Calculator | Cli... Webmetrics Web Co... New FA Website Beta Admin Amazon Web Servic... FA
INTERNET ARCHIVE WaybackMachine
http://www.filesanywhere.com/
Go
1,364 captures
JUN AUG
15
2005 2007
FilesAnywhere.
Reliable Online File Storage Since 1999
welcome new users
Free Trial - Sign Up Here
New Account
More Information
FEATURES / PLANS AND PRICES
ABOUT US / NEWS AND UPDATES
FAQ's / ONLINE HELP
BROCHURE
CONTACT US
PARTNERS
VeriSign SECURE SITE VERISIGN, INC.
Free Technical Support. Mon-Fri
Toll-free: 1(866) 805-1991
FilesAnywhere online web file storage, FTP and Internet backup service provided by Officeware
High-Performance Login
UserName
Password
Enter
Remember Me
Plans and Prices
Compare Features
The Best Web File Storage Features!
New! Online Document Viewer: Open documents directly online, no need to download! View or Share popular Office file formats instantly, using any web browser. More...
WebAdvanced Plan with Automated PC Backup: Schedule Backups, Run as a Windows Service, Synch, FTP, WebDAV WebFolders, Open/Edit files online. More...
File Share: Send files or folders to anyone by emailing a web URL link. More...
File Dropbox: Allow authorized guests to upload files into your folders. More...
Version Control: Checkin/Checkout file editing/locking, History logging. More...
FileViews: "Virtual Folders" allow you group and share files in many ways. More...
Multi Upload/Download, Search, Drag-n-Drop, Right-Click menu, Multi-Select Basket.
MediaFolder: Image Viewer, Photo Albums, Sharing, Stream Video/Audio. More...
Secure Transfers: 128-bit, SSL-Encrypted Transfers, optional SFTP/SSH. More...
WorkTracker.com: the Ultimate Online Data Tracking Tool, with File Storage.
PC MAGAZINE
Four-Star Award
"Well designed and highly responsive"
PC Magazine
"FilesAnywhere is a well-designed, feature-rich, easy-to-use online backup service that may well be your answer to painless system backups."
-Nick Stam, Director, PC Magazine Labs

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078021



web.archive.org
Gmail
AACU
FilesAnywhere
CPA Calculator | CL
Webmetrics Web Co...
New FA Website
Beta Admin
Amazon Web Servic...
FA
Other bookmarks
http://www.filesanywhere.com/
1,354 captures
FEB
MAR
APR
3
2006
2007
2008
Close
Help
FilesAnywhere
You've always got it.™
SINCE 1999
Sales & Support: 1 (866) 805-1991 Toll-Free
Username
Password
LOGIN
Use SSL Login
Remember Me
Recover Password
FREE TRIAL
Guest Dropbox
Allow Guests to Upload Files to Your Folders
Receive Files of Any Size from Anyone You Choose
No Signup is Required for Guests
Receive an Alert when New Files are Dropped
You create the Dropbox Link...
friend@company.com
Send Now
Upload Now
Mobile, Easy-Access Interface: https://mobile.filesanywhere.com
Automated Backup, Folder Synchronization
Simple, Reliable Uploads using Drag-and-Drop
WebFolders, Drive Mapping, Direct Edit/Save
Share Files, Folders, Media using Web Links
Receive Files using Dropbox Links for Guests
Add SubAccounts to Create a Workgroup
Use Version Control for Checkin/Checkout
View Documents Online, with No Download
Photo Albums, Video and Audio Streaming
Search File Text, Metatags and Comments
SSL Encryption, Secure FTP, Secure WebDAV
Private Site Branding for Corporate Clients
More Features and Advanced Capabilities
PCPlus Verdict
"leads the pack by a mile..."
features
prices
info
Online Help
Data Security
Corporate Plans
links
FAQ
About Us
Contact Us
Resellers

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078022



web.archive.org
Gmail
AACU
FilesAnywhere
CPA Calculator | Cl...
Webmetrics Web Co...
New FA Website
Beta Admin
Amazon Web Servic...
FA
Other bookmark
http://www.filesanywhere.com/
Go
1,354
captures
JUN
SEP
30
2007
2009
Close
Help
Sales & Support: 1 (866) 805-1591 Toll-Free
FilesAnywhere
You've always got it.
SINCE 1999
Username
Password
LOGIN
Guest
Dropbox
Allow Guests to Upload Files to Your Folders
Receive Files of Any Size from Anyone You Choose
No Signup is Required for Guests
Receive an Alert when New Files are Dropped
You create the Dropbox Link...
friend@company.com
Send Now
Upload Now
New!
MetaData: create custom forms, data entry, for search and filtering of files!
Automated Backup, Folder Synchronization
Simple, Reliable Uploads using Drag-and-Drop
WebFolders, Drive Mapping, Direct Edit/Save
Share Files, Folders, Media using Web Links
Receive Files using Dropbox Links for Guests
Add SubAccounts to Create a Workgroup
Use Version Control for Checkin/Checkout
View Documents Online, with No Download
Photo Albums, Video and Audio Streaming
Search File Text, Metatags and Comments
SSL Encryption, Secure FTP, Secure WebDAV
Private Site Branding for Corporate Clients
More Features and Advanced Capabilities
What's New!
Shortcut Links
PC/MAC Client Apps
API/Developers
Mobile/iPhone Login
facebook app
features
prices
info
Online Help
Data Security
Corporate Plans
News / Media
links
FAQ
About Us
Contact Us
Resellers
BEST BUY
HIPAA, SOX, PCI, GLBA, ISO-27002, SAS-70 Compliance: FilesAnywhere information security is independently audited to help you meet federal mandates.
Schedule C-13
© 2008 FilesAnywhere.com
Terms of Use
Job Openings
Online Document Collaboration

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078023



web.archive.org/web/20090303063506/http://www.filesanywhere.com/
Gmail
AACU
FilesAnywhere
CPA Calculator | Cl...
Webmetrics Web Co...
New FA Website
Beta Admin
Amazon Web Servic...
FA
Other bookmarks
http://www.filesanywhere.com/
Go
1,354 captures
FEB MAR APR
3
2008 2010
Close
Help
Sales & Support: 1 (866) 805-1991 Toll-Free
filesanywhere
PAPERLESS SINCE 1999
Username
Password
Remember Me
Recover Password
use SSL Login
LOGIN
WebAdvanced
new!
FA Music Player: stream your music directly from your FilesAnywhere account.
Guest Dropbox
Allow Guests to Upload Files to Your Folders
Receive Files of Any Size from Anyone You Choose
No Signup is Required for Guests
Receive an Alert when New Files are Dropped
You create the Dropbox Link...
friend@company.com
Send Now
local files, then Upload...
Automated Backup, Folder Synchronization
Simple, Reliable Uploads using Drag-and-Drop
WebFolders, Drive Mapping, Direct Edit/Save
Share Files, Folders, Media using Web Links
Receive Files using Dropbox Links for Guests
Add SubAccounts to Create a Workgroup
Use Version Control for Checkin/Checkout
View Documents Online, with No Download
Photo Albums, Video and Audio Streaming
Search File Text, Metatags and Comments
SSL Encryption, Secure FTP, Secure WebDAV
Private Site Branding for Corporate Clients
More Features and Advanced Capabilities
What's New!
Shortcut Links
PC/MAC Client Apps
API/Developers
Mobile/iPhone Login
facebook app
features
prices
info
Online Help
Data Security
Corporate Plans
News / Media
links
FAQ
About Us
Contact Us
Resellers
PC
Editor's Top Rated Online Storage Site
Four-Star Award
Schedule C-14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078024

web.archive.org/web/20090804114742/http://filesanywhere.com/Features.htm

Gmail AACU FilesAnywhere CPA Calculator | Cl... Webmetrics Web Co... New FA Website Beta Admin Amazon Web Servic... FA » Other bookmar

INTERNET ARCHIVE WayBackMachine

http://filesanywhere.com/Features.htm Go

336 captures

MAY AUG SEP

4

2008 2009 2010

Close

Help

| Collaboration - File Sharing, Team[illegible] and Guest Access | | | | | | | |
|---|---|---|---|---|---|---|---|
| FilesAnywhere Outbound Fax Service | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| FileShare Cover Page: Capture Handwritten E-Signatures | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Outlook Add-in: Send Files directly from Microsoft Outlook | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| GroupShare: Share Folders with User Access Permissions | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| GroupShare Dropbox: have guests upload files into shared folders | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| FileShare Links: Share Files/Folders to Anyone via Web Links | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| View-Only Access: Share files with Online Viewing permission only | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Link Generator: Create Links on the fly to use in your own emails | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Dropbox: Receive Files from Anyone via Upload Link | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Dropbox Subfolders: Automatically create Guest Upload folders | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| File Views: Create and Share "Virtual" Folder Hierarchies | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Contacts: Address Book for File Sharing | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Teams: Create Teams to Organize Your Contacts | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Shared Workgroup Contacts, Private Contacts | | | | ✔ | ✔ | ✔ | ✔ |
| Manage Multiple User Accounts Online | | | | ✔ | ✔ | ✔ | ✔ |
| Inbound Email Attachments: Email files directly to your account. Attachments are saved to an Inbound folder, or you can direct files to folders by adding a "MOVETO" in the Subject line. | | | | ✔ | ✔ | ✔ | ✔ |
| E-Send Files Instantly to Other Users (all on our servers) | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Email Stored Files in Your Account to Anyone | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| FileShare Add-in for Microsoft Outlook- Send files with no size restriction. The new add-in adds a button in Outlook that securely Uploads and Shares via SSL. | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

Schedule C-15



web.archive.org
Home
Security
What's New?
Shortcuts
FAQ
Contact us
API
Mobile Sign in
Secure Web Storage
Collaborate Online
Edit Files Directly
Backup and Sync Folders
Sign up!
More Info
Features
Free Account
Business
Customers
PC/MAC
The Leader in Cloud Storage Features
Sync Folders Schedule Offsite Backups
WebFolder Drive Mapping Direct File Editing
Share Files using Dropbox Links
View Edit Documents and Pictures Online
Photo Slideshows Video and Audio Streaming
Search Files by Content Custom MetaData
SSL Encryption Secure FTP WebDAV
Add SubAccounts to Create a Workgroup
Version History with Checkin/Checkout
Private Site Branding for Businesses
SANYO
Millions of users
Mike Young
filesanywhere
Info
Links
Twitter Backup
Schedule C-16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078026



web.archive.org
Gmail
AACU
FilesAnywhere
CPA Calculator | Cli...
Webmetrics Web Co...
New FA Website
Beta Admin
Amazon Web Servic...
FA
Other bookmar
http://www.filesanywhere.com/
Go
1,354 captures
AUG
23
OCT
2010
2012
Close
Help
Home
Security
What's New?
Shortcuts
FAQ
Contact us
API
Mobile Sign in
ACCESS AND SHARE YOUR files anywhere, anytime
Secure Web Storage
Collaborate Online
Edit Files Directly
Backup and Sync Folders
Sign up!
More Info
Prices
Features
Free Account
Business
Customers
PC/MAC
1(855)SYNC-NOW
The Leader in Cloud Storage Features
Sync Folders Schedule Offsite Backups
WebFolder Drive Mapping Direct File Editing
Share Files using Dropbox Links
View / Edit Documents and Pictures Online
Photo Slideshows Video and Audio Streaming
Search Files by Content Custom MetaData
SSL Encryption Secure FTP WebDAV
Add SubAccounts to Create a Workgroup
Version History with Checkin/Checkout
Private Site Branding for Businesses
SANYO
Millions of users
"I've checked out a lot of online backup Setup Daily, Weekly or Monthly scheduled jobs ... but you guys have mastered the art. Way to go!"
Mike Young
Info
Links
Mobile Apps
Contact Us
Resellers
Schedule C-17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078027



web.archive.org/web/20120517140019/http://www.filesanywhere.com/
Gmail
AACU
FilesAnywhere
CPA Calculator | CIL...
Webmetrics Web Co...
New FA Website
Beta Admin
Amazon Web Servic...
FA
Other bookmarks
http://www.filesanywhere.com/
Go
1,364 captures
APR
17
JUN
2011
2013
Close
Help
Home
Security
What's New?
Shortcuts
FAQ
Contact us
API
Mobile Sign in
ACCESS AND SHARE YOUR files anywhere, anytime
Secure Web Storage
Collaborate Online
Edit Files Directly
Backup and Sync Folders
Sign up!
More Info
Prices
Features
Free Account
Business
Customers
PC/MAC
The Leader in Cloud Storage Features
1(855)SYNC-NOW
Sync Folders Schedule Offsite Backups
WebFolder Drive Mapping Direct File Editing
Share Files using Dropbox Links
View / Edit Documents and Pictures Online
Photo Slideshows Video and Audio Streaming
Search Files by Content Custom MetaData
SSL Encryption Secure FTP WebDAV
Add SubAccounts to Create a Workgroup
Version History with Checkin/Checkout
Private Site Branding for Businesses
SANYO
Millions of users
"I've checked out a lot of online backup Setup Daily, Weekly or Monthly scheduled jobs ... but you guys have mastered the art. Way to go!"
Mike Young
Go Paperless
Info
Online Help
FAQ's
Data Security
Corporate Plans
News / Media
Links
Mobile Apps
About Us
Contact Us
Resellers
Schedule C-18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078028

# March 8, 2013 Usage

Schedule C-19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078029

https://www.filesanywhere.com/personal/online-file-storage-features.aspx

Gmail AACU FilesAnywhere CPA Calculator | Cl... Webmetrics Web Co... New FA Website Beta Admin Amazon Web Servic... FA Sites FilesAnywhere.com ... Personal www.hdtvreview.co...

### FileShare™ Links

Send single or multiple files of any size. Share that whole folder of vacation photos without spending hours grouping them into a pile of email attachments.

### GroupShare™

Share access to your folders and collaborate with your circle of friends and family. Genealogy projects, guest lists to important events, and slide shows of weddings and family reunions were never simpler.

### Dropbox™ Links

Like to receive photos, videos, recipes, football pools and other useful and fun stuff from friends and family, but hate keeping up with all the emails? Use Dropbox Links to receive files of all types.

### Faxing

Free online file storage accounts are allowed 10 outbound faxes per month, and Advanced accounts enjoy almost unlimited online faxing with up to 500 domestic (or 100 international) faxes per month. Multiuser advanced accounts can opt to enable an inbound fax number for both main and subaccounts to receive unlimited faxes. You can even fax from your mobile device.

## Online File Management

Put all your eggs in one basket? We say yes! Using FilesAnywhere is much more convenient than bookmarking a dozen sites, remembering passwords, and then trying to keep track of what you've saved or backed up and where. Create your online library of photos, music, videos, ebooks, and documents in one simple application.

### Access Control

It's your data, you should be in the driver's seat. Every account has customizable permissions, password protection, even online signatures, to keep files safe—even when you choose to share it.

### Version Control

Advanced accounts come with the additional protection of version control. You can opt to keep versions, require documents be checked in and out, and disable delete functions. Great for GroupShare folders!

### Real-Time Notifications

Stay in the know. Each FileShare Link, Dropbox Link, and GroupShare comes with email notification options for guests, and for you when action is taken on your link.

Schedule C-20

**SCHEDULE D**

- 12 -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078031

# SCHEDULE D

Schedule D-1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078032

**DECLARATION OF TIMOTHY M. RICE**

I, Timothy M. Rice hereby declare:

1. My name is Timothy M. Rice. I am over the age of eighteen (18) years, have never been convicted of a felony or crime involving moral turpitude, and am otherwise competent to make this declaration.

2. I am the President and Chief Executive Officer of Officeware Corporation d/b/a FilesAnywhere.com ("Officeware"). I founded the company back in 1995. I have personal knowledge of the facts stated herein and/or they are based on my review of Officeware's business records.

3. Officeware began using the DROPBOX word mark prior to January 11, 2004. An example of Officeware's use of the DROPBOX word mark is attached to my declaration as Exhibit A, which includes a 2003 copyright legend.

4. I investigated Officeware's use of the DROPBOX mark. I checked our business records including available computer files, email and phone records. I determined that the DROPBOX mark was used in late December 2003 in connection with our Flower Mound customer for the DROPBOX service. I identified a web page showing a copyright date of 2003, as mentioned above, as a result of this investigation. I concluded that Officeware provided the DROPBOX service at least as early as January 1, 2004. These dates were also confirmed from phone records and a call with our contact at Flower Mound in 2013.

5. After December 2003, the number of Officeware customers increased, and Officeware has never discontinued the use of the DROPBOX from this time to the present.

6. In August of 2004 Officeware's use of the DROPBOX mark continued to expand. This use can be, and was, confirmed by checking the records on archive.org. This date was used in Officeware's federal trademark application.

7. Exhibit B to my declaration provides an example of Officeware's use of the DROPBOX marks in connection with the provision of remote file storage services to the City of Flower Mound and its customers. Exhibits A and B are illustrative of Officeware's continuous use of the marks through at least January of 2005.

8. Additionally, beginning at least as early as August of 2004, Officeware used the DROPBOX marks in connection with its provision of remote file storage and file sharing services available to Officeware customers. Exhibit C is an illustration of Officeware's use of the marks from at least as early as August of 2004 through the present.

9. Exhibits A, B, and C are incorporated herein by reference.

I declare under penalty of perjury that the above is true and correct, that all statements above that are made of my own knowledge are true, and that all statements made on information and belief are believed to be true.

SIGNED this 28 day of March, 2013 at 11:36am

Timothy M. Rice

2

Schedule D-3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078034



Flower Mound File Drop Box
Upload Files
Free Trial!
FilesAnywhere.

Schedule D-4

EXHIBIT "A"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078035



Files@Anywhere.
Thank you for using the Flower Mound Drop Box
Send More Files
Send more files to the Flower Mound Drop Box.
Sign up for a free FilesAnywhere trial account.
Sign Up
Sign up for FilesAnywhere Now
More Information
More information about FilesAnywhere.

Schedule D-5

EXHIBIT "B"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078036



Schedule D-8

EXHIBIT "C"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078037

**SCHEDULE E**

- 13 -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY DRBX078038

Form **W-9** (Rev. December 2011) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type See Specific Instructions on page 2.

Name (as shown on your income tax return)
Officeware Corporation

Business name/disregarded entity name, if different from above
FilesAnywhere.com

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☑ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Exempt payee

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☐ Other (see instructions) ▶

Address (number, street, and apt. or suite no.)
3301 Airport Freeway, Suite 200

Requester's name and address (optional)

City, state, and ZIP code
Bedford, TX 76021

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
☐☐☐ - ☐☐ - ☐☐☐☐

Employer identification number
REDACTED

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 9-19-12

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY