# EXHIBIT 9

```
                    Email First Use Flower Mound January 20 2004.txt
-----Original Message-----
From: Tim M. Rice
Sent: Tuesday, January 20, 2004 11:07 AM
To: Kathy Goldthorpe
Cc: Jim Lang
Subject: RE: FilesAnywhere Private Site - New Feature to Be Released Today

Kathy,

This is fine as the website name, however the username cannot have any special characters
(like the dash and the forward slash), only alpha-numeric is allowed. We can make the
username "FlowerMound" or "FlowerMoundFiles", or any other name you prefer?

We will be able to add multiple File Upload fields into the Dropbox page, so your users
will be able to upload multiple files at one time.

Also, we will have the IP address for you shortly, along with an email receipt for the plan
charge.

Best regards,

Tim Rice
FilesAnywhere.com
817.358.0823 x101 Direct
972.523.2945 Cell
817.835.0492 DFW Metro
866.805.1991 USA Toll-free
tim_rice@filesanywhere.com
www.filesanywhere.com
```

