# EXHIBIT 10

# FilesAnywhere
*You've got it with you.*

1001 W. Euless Blvd.
Burgundy Tower
Suite 206
Euless, TX  76040
817.358.0822  tel
817.358.0824 fax
www.oware.com

## CUSTOMER ORDER RECEIPT

Thank you for your order.  Please let us know if we can be of further assistance.

866.805.1991 USA Toll-free          support@filesanywhere.com
817.358.0824 Office Fax              www.FilesAnywhere.com


========= GENERAL INFORMATION =========

Merchant : FilesAnywhere.com Fees
Date/Time : 01-JAN-2004 11:44:38 AM


========= ORDER INFORMATION =========

Invoice : 1891
Description : Private Site, 1 Year, 01/21/04 to 01/20/05
Amount : 500.00 (USD)
Payment Method : MasterCard
Type : Authorization w/ Auto Capture

==== BILLING INFORMATION ===
Customer ID : TOWN OF FLOWERMOUND
First Name : Jim
Last Name : Lang
Company : Town Of Flower Mound
Address : 2121 Cross Timbers Road
City : Flower Mound
State/Province : TX
Zip/Postal Code : 75028
Country : USA
Phone : 972-874-6044
Fax :
E-Mail : kathy.goldthorpe@flower-mound.com


Copyright(c)2003 - FilesAnywhere.com and Officeware Systems. FilesAnywhere is a trademark of Officeware Systems. support@FilesAnywhere.com


OFFICEWARE SYSTEMS


EXHIBIT 6
McCrory
KBB 7/07/16


Microsoft
CERTIFIED
Partner