# EXHIBIT 11



Schedule C-9

EXHIBIT 8

McCrory

kbB   9/09/16



Schedule C-9