# EXHIBIT 12



Schedule C-10

EXHIBIT 9
tabbies
McCrory
KBB 7/07/16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078020



Schedule C-10