# EXHIBIT 13



web.archive.org/web/20060715091017/http://www.filesanywhere.com/?
Gmail
AACU
FilesAnywhere
CPA Calculator | Cl...
Webmetrics Web Co...
New FA Website
Beta Admin
Amazon Web Servic...
FA
INTERNET ARCHIVE
WayBackMachine
http://www.filesanywhere.com/
Go
1,364 captures
1 Oct 99 - 3 Feb 13
JUN
15
AUG
2005
2007
FilesAnywhere.
Reliable Online File Storage Since 1999
welcome new users
Free Trial - Sign Up Here
New Account
More Information
FEATURES / PLANS AND PRICES
ABOUT US / NEWS AND UPDATES
FAQ's / ONLINE HELP
BROCHURE
CONTACT US
PARTNERS
VeriSign
SECURE SITE
VERISIGN, INC.
Free Technical Support. Mon-Fri
Toll-free: 1(866) 805-1991
FilesAnywhere online web file storage, FTP and Internet backup service provided by Officeware
High-Performance Login
UserName
Password
Enter
Plans and Prices
Compare Features
The Best Web File Storage Features!
New! Online Document Viewer: Open documents directly online, no need to download! View or Share popular Office file formats instantly, using any web browser. More...
WebAdvanced Plan with Automated PC Backup: Schedule Backups, Run as a Windows Service, Synch, FTP, WebDAV WebFolders, Open/Edit files online. More...
File Share: Send files or folders to anyone by emailing a web URL link. More...
File Dropbox: Allow authorized guests to upload files into your folders. More...
Version Control: Checkin/Checkout file editing/locking, History logging. More...
FileViews: "Virtual Folders" allow you group and share files in many ways. More...
Multi Upload/Download, Search, Drag-n-Drop, Right-Click menu, Multi-Select Basket.
MediaFolder: Image Viewer, Photo Albums, Sharing, Stream Video/Audio. More...
Secure Transfers: 128-bit, SSL-Encrypted Transfers, optional SFTP/SSH. More...
WorkTracker.com: the Ultimate Online Data Tracking Tool, with File Storage.
PC MAGAZINE
Four-Star Award
"Well designed and highly responsive"
PC Magazine
"FilesAnywhere is a well-designed, feature-rich, easy-to-use online backup service that may well be your answer to painless system backups."
-Nick Stam, Director, PC Magazine Labs

EXHIBIT 10
McCrory
KBB 7/07/16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078021

Schedule C-11

