# EXHIBIT 16



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078023

