# EXHIBIT 20





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DRBX078027



Schedule C-17