# EXHIBIT 22

https://www.filesanywhere.com/personal/online-file-storage-features.aspx

Gmail | AACU | FilesAnywhere | CPA Calculator | Ch... | Webmanics Web Co... | New FA Website | Beta Admin | Amazon Web Servic... | FA | Sites | FilesAnywhere.com ... | Personal | www.hdtvreview.co...

### FileShare™ Links

Send single or multiple files of any size. Share that whole folder of vacation photos without spending hours grouping them into a zip or email attachments.

### GroupShare™

Share access to your folders and collaborate with your circle of friends and family. Genealogy projects, guest lists to important events, and slide shows for weddings and family reunions were never simpler.

### Dropbox™ Links

Like to receive photos, videos, recipes, football pools and other useful and fun stuff from friends and family, but hate keeping up with all the emails? Use Dropbox Links to receive files of all types.

### Faxing

Free online file storage accounts are allowed 10 outbound faxes per month, and advanced accounts enjoy almost unlimited online faxing with up to 500 domestic or 100 international faxes per month. Multiuser advanced accounts can opt to enable an inbound fax number for both main and subaccounts [illegible] unlimited faxes. You can even fax from your mobile [illegible]

## Online File Management

Put all your eggs in one basket? We say yes! Using FilesAnywhere is much more convenient than both making a dozen sites, remember passwords, and then trying to keep track of what you've saved at various sites and where. Create your online library of photos, music, videos, eBooks, and documents in one single [illegible]

### Access Control

It's your data; you should be in the driver's seat. Every account has customizable permissions, password protection, even online signatures, to keep files safe—even when you choose to share it.

### Version Control

Advanced accounts come with the additional protection of version control. You can opt to keep versions, require documents be checked in and out, and disable delete functions. Great for GroupShare folders!

### Real-Time Notifications

Stay in the know. Each FileShare Link, Dropbox Link, and GroupShare comes with email notification options for guests, and for you when action is taken on your link.

Schedule C-20

EXHIBIT 19
McCrory
KBD 7/07/16

https www.filesanywhere.com/personal/online-file-storage-features.aspx

Gmail AACU FilesAnywhere CPA Calculator | Cl... Webmetrics Web Co... New FA Website Beta Admin Amazon Web Servic... FA Sites FilesAnywhere.com ... Personal www.hdtvreview.co...

### FileShare™ Links

Send single or multiple files of any size. Share that whole folder of vacation photos without spending hours grouping them into a zillion email attachments.

### GroupShare™

Share access to your folders and collaborate with your circle of friends and family. Genealogy projects, guest lists to important events, and slide shows for weddings and family reunions were never simpler.

### Dropbox™ Links

Like to receive photos, videos, recipes, football pools, and other useful and fun stuff from friends and family, but hate keeping up with all the emails? Use Dropbox Links to receive files of all types.

### Faxing

Free online file storage accounts are allowed 10 outbound faxes per month, and Advanced accounts enjoy almost unlimited online faxing with up to 500 domestic (or 100 international) faxes per month. Multiuser advanced accounts can opt to enable an inbound fax number for both main and subaccounts and receive unlimited faxes. You can even fax from your mobile device.

## Online File Management

[illegible] your eggs in one basket? We say yes! Using FilesAnywhere is much more convenient than bookmarking a dozen sites, remember passwords, and then trying to keep track of what you've saved or backed up and where. Create your online library of photos, music, videos, ebooks, and documents in one simple application.

### Access Control

It's your data, you should be in the driver's seat. Every account has customizable permissions, password protection, even online signatures, to keep files safe—even when you chose to share it.

### Version Control

Advanced accounts come with the additional protection of version control. You can opt to keep versions, require documents be checked in and out, and disable delete functions. Great for GroupShare folders!

### Real-Time Notifications

Stay in the know. Each FileShare Link, Dropbox Link, and GroupShare comes with email notification options for guests, and for you when action is taken on your link.

**Schedule C-20**