# EXHIBIT 30

```
                UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

DROPBOX, INC., a Delaware    )   Case No.
corporation                  )   3:15-CV-01741-EMC
        Plaintiff,           )
                             )
VS.                          )
                             )
THRU INC., a Delaware        )
corporation,                 )
        Defendant.           )
*****************************************************
```

ORAL AND VIDEOTAPED DEPOSITION OF

THOMAS SKYBAKMOEN

DECEMBER 22, 2015

*****************************************************

ORAL AND VIDEOTAPED DEPOSITION OF THOMAS SKYBAKMOEN, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 22nd day of December 2015, from 9:40 a.m. to 2:13 p.m., before Caroline Chapman, CSR in and for the State of Texas, reported by Computerized Stenotype Machine, Computer-Assisted Transcription, at the Law Offices of Wilson Sonsini Goodrich & Rosati, 900 South Capital of Texas Highway, Las Cimas IV, Fifth Floor, Austin, Texas, pursuant to the Federal Rules of Civil Procedure.    SF-067069

| | | |
|---|---|---|
| 1 | Q.  Okay.  And did you come up with any plan of | 11:45 |
| 2 | action with respect to the Dropbox trademark? | 11:45 |
| 3 | A.  No.  What do you mean? | 11:45 |
| 4 | Q.  Did you come up with any agenda for the company | 11:45 |
| 5 | as to what it should do or how it should do things with | 11:45 |
| 6 | respect to the Dropbox trademark? | 11:45 |
| 7 | A.  I mean, we had discussions around, obviously, | 11:45 |
| 8 | making sure that we marketed and we had, obviously, | 11:45 |
| 9 | AdWords, and so on, relating to this as well as other | 11:45 |
| 10 | features and functions within the company, such as | 11:45 |
| 11 | Secure File Transfer, Managed File Transfer, Thru | 11:45 |
| 12 | Dropbox, Secure Dropbox, these -- these things. | 11:45 |
| 13 | Q.  Okay.  And why was there a need to take all of | 11:45 |
| 14 | these steps with respect to the Dropbox trademark? | 11:46 |
| 15 | A.  Well, in general terms, you want to make sure | 11:46 |
| 16 | that every product and feature you have -- uhm -- | 11:46 |
| 17 | obviously, gets as much attraction as possible on Google | 11:46 |
| 18 | to attract as many customers as possible to ensure | 11:46 |
| 19 | higher sales.  Uhm.  So as part of the overall marketing | 11:46 |
| 20 | assignment that I had was to attract as many users as | 11:46 |
| 21 | well as prospects to Thru, and that was done through, as | 11:46 |
| 22 | I said, email campaigns, through search engine | 11:46 |
| 23 | optimization, through the AdWords, so it was a natural | 11:46 |
| 24 | place to, obviously, use the Dropbox name, too. | 11:46 |
| 25 | Q.  Okay.  And for Thru at the time, in 2011, did | 11:46 |

| | | |
|---|---|---|
| 1 | the Dropbox trademark have attraction? | 11:46 |
| 2 | A.   No, I wouldn't say so. | 11:46 |
| 3 | Q.   And why is that? | 11:46 |
| 4 | A.   As I said, it wasn't continuously applied | 11:46 |
| 5 | across all marketing material.  It was mentioned in | 11:47 |
| 6 | numerous places, but it wasn't highlighted, I guess, in | 11:47 |
| 7 | the same way as when -- when I started in fully | 11:47 |
| 8 | marketing this as part of the overall marketing agenda. | 11:47 |
| 9 | Q.   Okay.  And for Thru at the time, in 2011, did | 11:47 |
| 10 | the Dropbox name have traction? | 11:47 |
| 11 | A.   I wouldn't know. | 11:47 |
| 12 | Q.   Okay.  To the best of your knowledge and to the | 11:47 |
| 13 | best of your recollection at the time, was the Dropbox | 11:47 |
| 14 | name, as Thru was offering it, something that was | 11:47 |
| 15 | well-known in the marketplace? | 11:47 |
| 16 | A.   No. | 11:47 |
| 17 | Q.   Okay.  And why is that? | 11:47 |
| 18 | A.   Uhm.  Limited marketing funds availability | 11:47 |
| 19 | and -- yeah. | 11:47 |
| 20 | Q.   What do you mean by "limited marketing funds"? | 11:47 |
| 21 | A.   Obviously, with limited funds, you're not going | 11:48 |
| 22 | to be able to do a lot of outbound marketing effectively | 11:48 |
| 23 | across all channels to reach the larger audience. | 11:48 |
| 24 | Q.   Okay.  Before you came to work at Thru, was | 11:48 |
| 25 | there a lot of outbound marketing featuring Thru's | 11:48 |

| | | |
|---|---|---|
| 1 | Dropbox name? | 11:48 |
| 2 | A.   Not to my knowledge. | 11:48 |
| 3 | Q.   Okay.  You referred to not a lot of limited -- | 11:48 |
| 4 | excuse me -- you referred to limited marketing funds | 11:48 |
| 5 | availability.  So in other words, there wasn't a | 11:48 |
| 6 | sufficient budget, is that what you're saying? | 11:48 |
| 7 | A.   That was my perception. | 11:48 |
| 8 | Q.   Okay. | 11:48 |
| 9 | A.   I -- I don't know that for a fact. | 11:48 |
| 10 | Q.   Okay.  And do you have any recollection what | 11:48 |
| 11 | the budget was, approximately, for this type of -- | 11:48 |
| 12 | A.   No. | 11:48 |
| 13 | Q.   -- marketing? | 11:48 |
| 14 | A.   I was never given a budget. | 11:48 |
| 15 | Q.   Okay.  Do you recall approximately how much | 11:48 |
| 16 | money was being spent at the time on promoting names | 11:49 |
| 17 | like Dropbox? | 11:49 |
| 18 | A.   You mean, when I was there or before? | 11:49 |
| 19 | Q.   Before and when you were there. | 11:49 |
| 20 | A.   Before, I don't know.  When I was there, maybe | 11:49 |
| 21 | a few thousand a month -- | 11:49 |
| 22 | Q.   Okay. | 11:49 |
| 23 | A.   -- in terms of AdWords.  And then, obviously, | 11:49 |
| 24 | the rest was -- was us using our own tools and people to | 11:49 |
| 25 | create material, create awareness on websites, and so | 11:49 |

| | | |
|---|---|---|
| 1 | repertoire in making sure that it was marketed and | 12:29 |
| 2 | positioned to the best of its capability. | 12:29 |
| 3 | Q.   And had it been marketed and positioned to the | 12:29 |
| 4 | best of its capability beforehand? | 12:29 |
| 5 | A.   In my opinion, no. | 12:29 |
| 6 | Q.   Okay.  Why is that? | 12:29 |
| 7 | A.   Uhm.  Because the references in the webpage | 12:29 |
| 8 | wasn't necessarily that clear.  It was more buried in | 12:29 |
| 9 | bullet points rather than full highlighted feature. | 12:29 |
| 10 | Q.   What do you mean "more buried"? | 12:29 |
| 11 | A.   As like these documents would show, this was | 12:29 |
| 12 | under the send through for MS Outlook versus this is, | 12:29 |
| 13 | obviously, highlighting the feature as more of a | 12:30 |
| 14 | stand-alone. | 12:30 |
| 15 | Q.   Okay.  So one of the objectives then of this | 12:30 |
| 16 | document is to give the name more prominence; is that | 12:30 |
| 17 | fair? | 12:30 |
| 18 | A.   Yeah. | 12:30 |
| 19 | Q.   Okay.  Do you recall any other steps that Thru | 12:30 |
| 20 | took at the time to give the name more prominence? | 12:30 |
| 21 | A.   As I said, pictures like here, you will see | 12:30 |
| 22 | that the picture is broken. | 12:30 |
| 23 | Q.   Uh-huh. | 12:30 |
| 24 | A.   But it highlights, like on the website, you | 12:30 |
| 25 | have to ensure that everything you're talking about is | 12:30 |

| | | |
|---|---|---|
| 1 | about the same from a search engine optimization, and | 12:30 |
| 2 | then I don't recall in this particular instance or not | 12:31 |
| 3 | if we did anything AdWords related. | 12:31 |
| 4 | Q.  Okay.  And in the title it says, "Secure | 12:31 |
| 5 | Dropbox," is that a phrase that you came up with? | 12:31 |
| 6 | A.  That, I don't recall. | 12:31 |
| 7 | Q.  Okay.  And then there is a reference below to | 12:31 |
| 8 | "Thru Secure Dropbox"? | 12:31 |
| 9 | A.  Uh-huh. | 12:31 |
| 10 | Q.  Is that the same thing? | 12:31 |
| 11 | A.  Yes. | 12:31 |
| 12 | Q.  Okay.  Secure Dropbox then is a shorthand for | 12:31 |
| 13 | Thru Secure Dropbox? | 12:31 |
| 14 | A.  Yes.  Uhm.  I believe so.  I am -- I don't | 12:31 |
| 15 | actually know. | 12:31 |
| 16 | Q.  Okay.  Were there any other forms of the word | 12:31 |
| 17 | "Dropbox" that the company was presenting at the time to | 12:31 |
| 18 | the marketplace? | 12:31 |
| 19 | A.  I think Enterprise Dropbox. | 12:31 |
| 20 | Q.  Okay. | 12:31 |
| 21 | A.  Uhm.  The Thru Dropbox, as you mentioned, the | 12:31 |
| 22 | Thru Secure Dropbox.  There was -- there was a couple | 12:31 |
| 23 | used to describe. | 12:32 |
| 24 | Q.  Why did you use multiple variations of the same | 12:32 |
| 25 | name? | 12:32 |

| | | |
|---|---|---|
| 1 | A. That was, again, just to drive, obviously, the | 12:32 |
| 2 | visibility and the marketing for the Dropbox | 12:32 |
| 3 | functionality. | 12:32 |
| 4 | Q. Okay. And why was there a need to drive the | 12:32 |
| 5 | visibility of the name or the functionality? | 12:32 |
| 6 | A. Well, like in all the other things we marketed | 12:32 |
| 7 | as well, the same was done there. We -- to give you an | 12:32 |
| 8 | example, you would have Managed File Transfer, you would | 12:32 |
| 9 | have Secure File Transfer, and you would have FTP | 12:32 |
| 10 | replacement, technically describing or solving the same | 12:32 |
| 11 | thing under the same service. So it really comes down | 12:32 |
| 12 | to what people would be searching for, looking for is to | 12:32 |
| 13 | create multiple, let's say, marketing sales funnels to | 12:32 |
| 14 | come into your website to ensure what people are | 12:32 |
| 15 | searching for, what they are looking for hits the right | 12:32 |
| 16 | audience. | 12:33 |
| 17 | Q. Okay. And prior to 2011, when you started | 12:33 |
| 18 | working at Thru, had the company been driving the | 12:33 |
| 19 | visibility of the Dropbox name or functionality? | 12:33 |
| 20 | A. I wouldn't know. | 12:33 |
| 21 | Q. Okay. You did review earlier documents. | 12:33 |
| 22 | A. Correct. | 12:33 |
| 23 | Q. Okay. So you reviewed marketing materials. | 12:33 |
| 24 | A. Yeah. As I said, there were some references on | 12:33 |
| 25 | the website and various documents internally being used | 12:33 |

| | | |
|---|---|---|
| 1 | that webcast? | 12:47 |
| 2 | A.  Yes, to some degree.  Obviously, Michael | 12:47 |
| 3 | Osterman had his own slides and his own statistical | 12:47 |
| 4 | background that the marketing and outreach to our | 12:47 |
| 5 | customers, obviously, the placement on the website, and | 12:47 |
| 6 | so on.  I don't recall to what extent I would have | 12:47 |
| 7 | edited or provided information to him regarding the | 12:47 |
| 8 | actual webcast. | 12:47 |
| 9 | Q.  Okay.  And this webcast would have been | 12:47 |
| 10 | available to anyone or to Thru customers or -- | 12:47 |
| 11 | A.  To anyone that would register, so prospects, | 12:47 |
| 12 | existing customers, and so forth. | 12:47 |
| 13 | Q.  Okay.  Who else at Thru was involved in the | 12:47 |
| 14 | production or distribution of the webcast? | 12:47 |
| 15 | A.  Rosella Fernandez.  And then I believe, | 12:47 |
| 16 | obviously, again Denis Brotzel, as well as Mr. Harrison | 12:47 |
| 17 | might have had some involvement around, obviously, | 12:48 |
| 18 | setting all this up, discussions around having it, and | 12:48 |
| 19 | so forth. | 12:48 |
| 20 | Q.  Okay.  So you testified earlier, did you not, | 12:48 |
| 21 | that, historically Thru had not been consistent about | 12:48 |
| 22 | the manner in which it presented the name Dropbox; is | 12:48 |
| 23 | that correct? | 12:48 |
| 24 | A.  Uh-huh. | 12:48 |
| 25 | Q.  But then after you started working at Thru, you | 12:48 |

| | | |
|---|---|---|
| 1 | worked on improving that consistency? | 12:48 |
| 2 | A. Yeah. To use it more, to make sure it was | 12:48 |
| 3 | better -- more visibility driving customers to our | 12:48 |
| 4 | website. | 12:48 |
| 5 | Q. Okay. And after you started working at Thru, | 12:48 |
| 6 | Thru started presenting the term as Secure Dropbox, Thru | 12:48 |
| 7 | Secure Dropbox, Dropbox Enterprise File Transfer, | 12:48 |
| 8 | Dropbox Services, Consumer Dropbox; is that correct? | 12:49 |
| 9 | A. Well, the Consumer Dropbox was now referring to | 12:49 |
| 10 | the Thru, but, yes. | 12:49 |
| 11 | Q. Okay. So Thru, in parallel, was using the term | 12:49 |
| 12 | "Dropbox" to refer to its own functionality and also | 12:49 |
| 13 | using the term to refer to other companies functionality | 12:49 |
| 14 | as well. | 12:49 |
| 15 | A. Can you rephrase that? | 12:49 |
| 16 | Q. Can you repeat the question. | 12:49 |
| 17 | (Last question read back.) | 12:49 |
| 18 | MR. CONE: And I will object that it is a | 12:49 |
| 19 | leading question, so you can -- | 12:49 |
| 20 | A. Yes, I would say so. | 12:49 |
| 21 | Q. Okay. Did you have any concern at the time | 12:49 |
| 22 | that that was potentially confusing for people? | 12:50 |
| 23 | A. Well, it was -- it was part of driving -- | 12:50 |
| 24 | uhm -- driving, obviously, users to the website, making | 12:50 |
| 25 | sure -- again, we looked at, as I said, Google | 12:50 |

| | | |
|---|---|---|
| 1 | Analytics, where people would hit our website, how long | 12:50 |
| 2 | they would stay on the website to read these things, | 12:50 |
| 3 | which explains some of the changes that you saw all the | 12:50 |
| 4 | time where we would -- we would change some of the | 12:50 |
| 5 | messaging or home in -- uhm -- but I don't think it was | 12:50 |
| 6 | necessarily, in my opinion, confusing. | 12:50 |
| 7 | Q.   Okay.  But Dropbox at the time was just a name | 12:50 |
| 8 | that helped generate traffic for the website? | 12:50 |
| 9 | A.   No.  But that was my role -- uhm -- and | 12:50 |
| 10 | obviously what we are looking at here. | 12:51 |
| 11 | Q.   Okay.  And so generating traffic for the | 12:51 |
| 12 | website had some influence over the choice of | 12:51 |
| 13 | terminology on the Thru pages; is that fair? | 12:51 |
| 14 | A.   Yeah. | 12:51 |
| 15 | Q.   Was there ever a direction from Mr. Harrison or | 12:51 |
| 16 | anyone else at the company to increase the prominence of | 12:51 |
| 17 | the Dropbox word on the Thru website? | 12:51 |
| 18 | A.   Part of the overall discussions, yes. | 12:51 |
| 19 | Q.   Okay.  And did you ever issue a direction of | 12:51 |
| 20 | that kind to people working for you? | 12:51 |
| 21 | A.   I believe so. | 12:51 |
| 22 | Q.   Okay.  Did the frequency of the term "Dropbox" | 12:51 |
| 23 | on the website increase after the time that you started | 12:52 |
| 24 | working at the company? | 12:52 |
| 25 | A.   Yes. | 12:52 |

| | | |
|---|---|---|
| 1 | making sure that anything that, you know, could refer to | 13:17 |
| 2 | me as -- as a sum of my work. | 13:17 |
| 3 | Q.   Okay.  And who is -- do you have any | 13:17 |
| 4 | understanding of who Kim Garrett was? | 13:17 |
| 5 | A.   Yes.  She was one of the previous marketing | 13:17 |
| 6 | individuals that I mentioned -- | 13:18 |
| 7 | Q.   Okay. | 13:18 |
| 8 | A.   -- having worked there. | 13:18 |
| 9 | Q.   Is she one of the people who you said was | 13:18 |
| 10 | colorful? | 13:18 |
| 11 | A.   Yes. | 13:18 |
| 12 | Q.   Okay.  And again, you don't have an | 13:18 |
| 13 | understanding where she is presently or -- | 13:18 |
| 14 | A.   No. | 13:18 |
| 15 | Q.   -- where she went to work after she left Thru? | 13:18 |
| 16 | A.   No.  I only spoke to her a couple of times | 13:18 |
| 17 | after she was, I guess, made redundant or let go at | 13:18 |
| 18 | Thru. | 13:18 |
| 19 | Q.   All right. | 13:18 |
| 20 | A.   But we haven't had any ongoing contact. | 13:18 |
| 21 | Q.   Okay.  The next document appears to be a | 13:18 |
| 22 | multipage slide presentation, it says, "Prepared for | 13:18 |
| 23 | Gartner, March 8, 2011," has "Thru" in the upper | 13:18 |
| 24 | right-hand corner. | 13:18 |
| 25 | A.   Uh-huh. | 13:18 |

| | | |
|---|---|---|
| 1 | Q.  Can you tell me what this document is? | 13:18 |
| 2 | A.  This is part of a vendor briefing Thru would | 13:18 |
| 3 | have given me while at Gartner to talk about the | 13:18 |
| 4 | services, the features, the functionality, as we sort of | 13:18 |
| 5 | scratched the surface on the beginning, how a company | 13:19 |
| 6 | would present itself to the Gartner service. | 13:19 |
| 7 | Q.  And what was the objective of this document | 13:19 |
| 8 | that was prepared for Gartner? | 13:19 |
| 9 | A.  To make me more knowledgeable about the | 13:19 |
| 10 | company, Thru, and its services. | 13:19 |
| 11 | Q.  If you look at this slide deck about eight | 13:20 |
| 12 | pages in, there is a page that says, "Infrastructure" on | 13:20 |
| 13 | the top left-hand corner, says, "How fast is fast?" | 13:20 |
| 14 | A.  Is the globe -- there is a couple like that. | 13:20 |
| 15 | Q.  Let me see if I can find the exact.  One, | 13:20 |
| 16 | two -- | 13:20 |
| 17 | A.  Is it the pictures of the buildings or the | 13:20 |
| 18 | actual -- | 13:20 |
| 19 | Q.  I think it is the seventh page and it's got -- | 13:20 |
| 20 | A.  Oh, here, yes. | 13:20 |
| 21 | Q.  Okay.  And it refers to "SyncThru TM." | 13:20 |
| 22 | A.  Yes. | 13:20 |
| 23 | Q.  Was a plug-in? | 13:20 |
| 24 | A.  SyncThru was part of the backbone of Thru.  Uh. | 13:20 |
| 25 | So the Thru service as having multiple data centers | 13:20 |

| | | |
|---|---|---|
| 1 | would have -- uhm -- what is referred to as somewhat of | 13:20 |
| 2 | a content delivery network, meaning that if I uploaded | 13:21 |
| 3 | something to the nearest data center, the SyncThru would | 13:21 |
| 4 | push those files out to other data centers, closer than | 13:21 |
| 5 | to potential recipient of that file. | 13:21 |
| 6 |    Q.   And then a couple of pages later, there is a | 13:21 |
| 7 | reference to SellThru, and then the following page, | 13:21 |
| 8 | ConnectThru, are those also plug-ins? | 13:21 |
| 9 |    A.   The SendThru is a plug-in, yes.  Those were the | 13:21 |
| 10 | Microsoft, Outlook, Lotus Notes, and so on, that I | 13:21 |
| 11 | mentioned.  The SendThru -- uh. | 13:21 |
| 12 |    Q.   We are talking about SellThru now or -- | 13:21 |
| 13 |    A.   Oh, so SendThru.  Are you -- hang on.  My bad. | 13:21 |
| 14 |    Q.   I think we talked about SendThru. | 13:21 |
| 15 |    A.   SellThru.  Okay. | 13:21 |
| 16 |    Q.   No.  ShareThru and then SellThru. | 13:21 |
| 17 |    A.   So which one first? | 13:21 |
| 18 |    Q.   SellThru. | 13:21 |
| 19 |    A.   Okay. SellThru.  So this was the sales force | 13:21 |
| 20 | integration so, yes, a plug-in. | 13:21 |
| 21 |    Q.   And ConnectThru.  Can you just glance through | 13:21 |
| 22 | this document, page by page very generally. | 13:21 |
| 23 |    A.   (Witness complies.) | 13:22 |
| 24 |    Q.   Do you see any reference to Dropbox here? | 13:22 |
| 25 |    A.   Not that I could see, no. | 13:22 |

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4  DROPBOX, INC., a Delaware    )   Case No.
    corporation                  )   3:15-CV-01741-EMC
 5         Plaintiff,             )
                                  )
 6  VS.                           )
                                  )
 7  THRU INC., a Delaware         )
    corporation,                  )
 8         Defendant.             )
    ****************************************************
 9                  REPORTER'S CERTIFICATION
             VIDEOTAPED DEPOSITION OF THOMAS SKYBAKMOEN
10                     DECEMBER 22, 2015
    ****************************************************
11
12           I, CAROLINE CHAPMAN, Certified Shorthand
13  Reporter in and for the State of Texas, hereby certify
14  to the following:
15          That the witness, THOMAS SKYBAKMOEN was duly
16  sworn by the officer and that the transcript of the oral
17  deposition is a true record of the testimony given by
18  the witness;
19          That the deposition transcript was
20  submitted on December 28, 2015, to the witness or to the
21  attorney for the witness for examination, signature, and
22  return to me within 30 days;
23          That the amount of time used by each party
24  at the deposition is as follows:
25               Hon. John L. Slafsky -  Three hours and
```

```
 1  fifty-seven minutes.
 2              That pursuant to information given to the
 3  deposition officer at the time said testimony was taken,
 4  the following includes all parties of record:
 5
            Hon. John L. Slafsky, Counsel for the Plaintiff
 6          Hon. John M. Cone, Counsel for the Defendant.
 7              I further certify that I am neither
 8  counsel for, related to, nor employed by any of the
 9  parties or attorneys in the action in which this
10  proceeding was taken, and further that I am not
11  financially or otherwise interested in the outcome of
12  the action.
13              Certified to by me on December 28, 2015.
14
15          _____Caroline Chapman_____
            CAROLINE CHAPMAN, Texas CSR 467
16          Expiration Date:  12/31/2016
            DTI Court Reporting Solutions
17          27 Maiden Lane, Suite 300
            San Francisco, CA  94108
18          (415)  357-4300
19
20
21
22
23
24
25
```