# EXHIBIT 32



Featuring:

Exhibit 91
Skybakmoen
7/27/16
Reported by: Candice Andino
TX CSR  9332, CA CSR 13415, RMR

1



**Speakers today are Mike Osterman and I am Thomas Skybakmoen....**



**TALKING POINTS**

* Dropbox has done an excellent job of fulfilling growing consumer needs for storing and sharing digital media such as movies and photos etc.. which has resulted in a rapid growth and made them a household name. An analogy might be the widespread use of Hotmail, Gmail at home,  but these tools have not seen the same widespread adoption in the enterprise – IT has chosen IBM Lotus Notes/Microsoft Outlook for employees for a various reasons. Enterprises typically have not provided an enterprise equivalent for file transfer.  What is good for the consumer is not necessarily good for the enterprise in the key areas of –  security, governance, risk, compliance etc

**Agenda**

- About Thru
- About Osterman
- File sharing in the workplace
- Fundamental problems
- Dropbox
- Lack of compliance and governance
- Lack of IT control
- Mix of personal and corporate data
- No anti-virus or malware scanning
- Your options (other than doing nothing)
- What to look for and questions to ask



**Why we are hosting this webcast:**
Many clients ( existing and new) are confused about all the services in the market offering:

- secure file transfer
- managed file transfer
- online collaboration
- secure collaboration
- Dropbox
- Others

What these terms all have in common is the fact they often are all used to describe online file transfer/exchange of files and messages. Moreover there are a range of solutions in the marketplace, some focused on consumers, others on enterprises. This Webinar will highlight some of the key differences between consumer based and enterprise file transfer, furthermore what makes these solutions different, to clearly distinguish/ what to look for in a secure file transfer solution.

## About Thru

- The leader in enterprise cloud-based managed file transfer

- Celebrating 10 years in the Cloud

- Industry's only 99.99% application – 100% network SLA
  - 10 years no downtime

- 7/24/365 phone and email support – all users

- End-to-end global project file management with unlimited file transfer capacity

- A dedicated global network offers uploads and downloads of unlimited data and unparalleled network speed in any geography.

**Thru.**

5

## About Osterman Research

- Focused on the messaging, Web and collaboration industries
- Practice areas include archiving, security, encryption, content management, etc.
- Strong emphasis on primary research conducted with decision makers and influencers
- Founded in 2001
- Over 250 enterprise clients



**TALKING POINTS**

Michael Osterman is the principal of Osterman Research, Inc., founded in 2001. Since that time, the company has become one of the leading analyst firms in the messaging and collaboration space, providing research, analysis, white papers and other services to companies like Google, IBM, EMC, Symantec, McAfee, HP and many others. He is frequently quoted in the trade and other press, having recently been cited in *The Washington Post*, *Time* magazine, *CIO*, *Computerworld* and *Dark Reading*.



**I am now pleased to hand this over to Mike Osterman**

## File Sharing in the Workplace

- Email
  - Many email systems limit attachment sizes to (10-20) MB
  - Allows transfer of files, but does not address file sync issues
  - Useful because it can selectively block attachments

- FTP
  - IT must provision and manage FTP systems
  - Many FTP systems are not user friendly

- Personal Webmail
  - Able to circumvent file size limitations, but does not address file sync
  - Can present an unprofessional image

- Physical delivery (e.g., USB sticks or CD/DVD-ROMs)
  - Slow, cumbersome and potentially expensive
  - Content can be lost

©2013 Osterman Research, Inc.

**TALKING POINTS**
- Mention attachment types: .bat, .cmd, .com, .exe, etc.
- Focus on unprofessional image when using free, personal Webmail
- Discuss security problem associated with physical delivery, namely placing a FedEx or UPS package in an "Out" bin or in a common area for the package to be picked up

# Some Fundamental Problems

- The file-sharing methods noted on the previous slide are typically not subject to corporate retention policies
  - Only 48% of organizations have a written policy informing employees how long email should be retained
  - Only 56% of organizations have a written policy informing employees that possibly relevant information must be preserved

- Even fewer companies impose retention policies for other content delivery methods, such as SharePoint

- Almost no one manages retention of Webmail, USB sticks, etc.

- FTP systems can store content for years with no oversight

©2012 Osterman Research, Inc.

9



**TALKING POINTS**
- The overwhelming majority of users are free, consumers who can potentially bring Dropbox, possibly unsanctioned into the enterprise....
- Dropbox fulfills a significant file-sharing and file-syncing need as previously mentioned
- Its success is due primarily to limitations in corporate tools and policies

# Why?

- Dropbox eliminates file size limitations

- It's cheap
  - 2Gb (free)
  - 50Gb ($99/year)
  - 100Gb ($199/year)

- It enables the additional benefit of file syncing
  - Critical to support formal telework initiatives
  - Makes life easier for traveling employees
  - Enables employees to work at home on an ad hoc basis



©2012 Osterman Research, Inc.

# The Benefits of Dropbox

- It's cheap

- It's easy to use and works
  automatically in the background

- It solves the file transfer problem

- It adds file syncing



©2011 Osterman Research, Inc.

## However, There are Four Key Problems

1. Lack of compliance and governance capabilities

2. Dropbox can fly under the radar - lack of IT control

3. Mix of personal and corporate data

4. No anti-virus or malware scanning

**TALKING POINTS**
- Dropbox admits that "Checking will only be done on your own machine after it has downloaded"
- Mention the Dropbox forum (http://forums.dropbox.com/topic.php?id=52598)

13

# Lack of Compliance and Governance

- Dropbox  does not provide end to end security
  - On the server side Dropbox encrypts data, but not on the client side

- E-discovery and regulatory compliance not easily facilitated
  - IT or legal typically lack visibility of data stored in Dropbox
  - Data ownership in the hands of the employee vs. employer
  - Costs can be driven up dramatically

- Content can live in cloud data centers indefinitely

- Not all consumer-focused file-sharing solutions have a stellar record of maintaining strict access control over customer data
  - Examples

©2012 Osterman Research, Inc.

**TALKING POINTS**
- Elliott Greenleaf & Siedzikowski sued a former partner and his new employer for allegedly deleting backup tapes, stealing 78,000 files, and installing Dropbox to enable continued access to Elliott Greanleaf's files (http://www.law.com/jsp/lawtechnologynews/PubArticleLTN.jsp?id=120254202152 8&amp;Pa_Firm_Sues_ExPartner_for_Allegedly_Using_Dropbox_to_Access_Client_F iles&amp;slreturn=1&slreturn=1)
- Dropbox admits it is not compliant with PCI, HIPAA, FERPA, ISO 27001, SAS 70 or ISO 9001.
- Dropbox is compliant with US-EU and US Swiss Safe Harbor requirements, but this provides only limited compliance.
- Father's Day 2011 data breach

# Lack of IT Control

- Minimal policy-controlled file expiration

- Minimal policy-controlled encryption

- Minimal policy-controlled permissions or access rights

- Organizations are at greater risk because they cannot control their data



## Mix of Personal and Corporate Data



- Dropbox and other file-sharing tools are typically deployed by individuals

- Online content repositories often contain a mix of personal and corporate data

- This complicates e-discovery and regulatory compliance

- In many jurisdictions, privacy rights may prevent corporate access to data

- Sensitive data might be stored in countries where it is not legally permitted to be stored

©2012 Osterman Research, Inc.

**TALKING POINTS**
- Discuss EU requirements to store data only in the EU in certain circumstances
- PATRIOT Act can be an issue for some companies
- Potential for fines
- 46 US states have data breach notification laws, as well as one Canadian province
- Jurisdictions around the world are focused on data breaches

16

# No Anti-virus or Malware Scanning

- Symantec found that Dropbox has been used to distribute spam and malware
  - http://www.symantec.com/connect/blogs/dropbox-abused-spammers-0

- Dropbox Forum moderator quotes:
  - "Dropbox does no type of scanning"
  - In response to the question, 'Does Dropbox have internal virus and Trojan checks': "No it doesn't.  Checking will only be done on your own machine after it has downloaded".



©2013 Osterman Research, Inc.

17

# Your Options (other than doing nothing)

- Impose draconian policies that prevent employees from using Dropbox and other consumer-focused file-sharing tools (good luck with that!)

- Implement only policies about how Dropbox should and should not be used

- Deploy an enterprise-grade alternative to Dropbox

  

  

©2013 Osterman Research, Inc.

# What to Look For in a File Share Solution

- Eliminate file size limits
  - One of the key reasons users employ Dropbox

- Make it very easy to use
  - If it's hard to use, it won't be
  - Integrate it with email and other apps to
  - minimize friction
  - Seriously consider the cloud



- Allow IT to have control of content throughout its lifecycle

- Ensure that corporate data is highly secure

©2012 Osterman Research, Inc.

19

# Questions to Ask of a Cloud File Share Provider

- Can malware-infected data be stored by users?

- Is your content-sharing system proactively monitored?

- Is your data protected from DDoS attacks, malware, worms and other threats?

- Who has access to your data stored in the cloud?

- How can they access it?

- What certifications does the provider offer?

- How well would a provider perform during an external audit?

- What are the provider's BC/DR policies and procedures?

©2013 Osterman Research, Inc.

# Summary

- Dropbox is a great tool – for the consumer

- However, it has serious limitations that create compliance, governance and control problems for the enterprise

- This increases corporate risks and costs

- A Dropbox-like solution should be implemented that permits the same ease of use, but with IT control over corporate content

©2011 Osterman Research, Inc.



**Thru.**

**Thru, Inc.**
+1 214 496 0100
+1 800-871-9316
info@thruinc.com
www.thruinc.com
www.thruinc.com/blog/
ThruMFT

**Osterman Research, Inc.**
+1 253 630 5839
+1 206 905 1010
info@ostermanresearch.com
www.ostermanresearch.com
ostermanresearch.wordpress.com
mosterman

# Q/A

- **Can customer data be retained in one data center ( e.g Canada)**

Yes, Thru offers clients an option to contain all data in one geo or synchronize data to all or selected locations around the world.

- **What is the cost of your solution?**

Although Thru has a base price, we work with clients to understand workflow, issues they face and what workflows/enterprise applications that needs integration. Number of data center, geo locations, volume of data and private/ public cloud all would affect this pricing.

- **What make you different from the other solutions in the market place?**

Some points have been mentioned in the presentation, however to highlight some other:

- The longest running service in this space (understanding, tested and tried solution)
- Understanding and running a secure Cloud does not come over night- 10 years with no issues
- Dedicated Network
- Dedicated customizable solutions, because our customers are not like everyone else.

23