# EXHIBIT 36

ROSELLA FERNANDEZ – 8/9/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


DROPBOX, INC., a )
Delaware corporation, )
)
    Plaintiff, )
) CIVIL ACTION NO.
-vs- ) 3:15-CV-01741-EMC (MEJ)
)
THRU INC., a Delaware )
corporation, )
)
       Defendant. )
)
THRU INC., a Delaware )
corporation, )
)
    Counterclaimant. )
)
-vs- )
)
DROPBOX, INC., a )
Delaware corporation, )
)
    Counterdefendant. )



VIDEOTAPED DEPOSITION OF ROSELLA FERNANDEZ

PAGES 1 to 88

TUESDAY, AUGUST 9, 2016



Reported by:  Shelley M. Sailor, CSR No. 10254



DTI Global File No. SF-091744

ROSELLA FERNANDEZ - 8/9/2016

Page 29

```
 1        Q.  Are you aware of other instances in which      11:29:41
 2   the company engaged in illegitimate behavior to         11:29:43
 3   create a false impression in the marketplace?           11:29:48
 4           MR. STARNES:  Objection to form.                11:29:50
 5           THE WITNESS:  I am not.                          11:29:51
 6   BY MR. KRAMER:                                           11:29:52
 7        Q.  Are you aware that the company's CEO,           11:29:52
 8   Mr. Harrison, fabricated employee identities?           11:29:55
 9        A.  No.                                             11:29:58
10        Q.  Are you aware that Mr. Harrison posed as        11:29:58
11   salespeople that did not exist at the company in        11:30:01
12   order to make the sales force seem bigger than it       11:30:04
13   was?                                                    11:30:06
14        A.  I did hear that.                               11:30:06
15        Q.  Did it bother you when you heard that?         11:30:08
16        A.  I -- yes.                                       11:30:10
17        Q.  Would it surprise you to hear that             11:30:14
18   Mr. Harrison engaged in behavior like that?            11:30:18
19        A.  I was surprised.                               11:30:22
20        Q.  You're familiar with something called          11:30:23
21   search engine optimization.  Right?                     11:30:25
22        A.  Yes.                                           11:30:27
23        Q.  Can you describe it for me?                     11:30:28
24        A.  It is basically where you make your pages,      11:30:29
25   you put information in your pages so that more           11:30:35
```

ROSELLA FERNANDEZ - 8/9/2016

Page 30

```
 1    search engines will find you.                          11:30:38

 2        Q.  Right.  So if I understand it, and please      11:30:40

 3    correct me if I'm wrong, the idea is to include        11:30:43

 4    content on Web pages that contain specific terms so    11:30:45

 5    that search engines will think those pages are         11:30:50

 6    relevant to people conducting searches for those       11:30:53

 7    terms.                                                 11:30:55

 8        A.  That's correct.                                11:30:56

 9        Q.  That way when someone searches for say         11:30:56

10    "Thru," Thru's website would come up and the search    11:30:58

11    results presented to the user.                         11:31:01

12        A.  That's correct.                                11:31:01

13        Q.  SEO for Thru was one of your                   11:31:03

14    responsibilities.  Right?                              11:31:06

15        A.  That's correct.                                11:31:06

16        Q.  Here's a document that has been previously     11:31:21

17    marked as Exhibit 81 in this matter during the         11:31:24

18    Skybakmoen deposition.                                 11:31:30

19        A.  Okay.                                          11:31:32

20        Q.  It's another email exchange between you and    11:31:32

21    Mr. Skybakmoen in August of 2011 with the subject      11:31:36

22    line, quote, "Home page and search engine words."      11:31:40

23        A.  Um-hmm.                                        11:31:44

24        Q.  Do you recognize this?                         11:31:45

25        A.  No.                                            11:31:46
```

ROSELLA FERNANDEZ - 8/9/2016

Page 31

| | |
|---|---|
| 1 | Q.  In the first message in the chain on | 11:31:47 |
| 2 | August 16th on 1:46 p.m. -- at 1:46 p.m., there's an | 11:31:50 |
| 3 | email message that you sent to Mr. Skybakmoen with | 11:32:03 |
| 4 | an email signature at the bottom with your name.  Do | 11:32:06 |
| 5 | you see that? | 11:32:09 |
| 6 | A.  Okay. | 11:32:09 |
| 7 | Q.  Is that how you typically signed your | 11:32:10 |
| 8 | emails at Thru? | 11:32:13 |
| 9 | A.  I don't remember, but okay. | 11:32:14 |
| 10 | Q.  Do you have any reason to believe this | 11:32:15 |
| 11 | isn't an email exchange that you and Mr. Skybakmoen | 11:32:17 |
| 12 | had? | 11:32:20 |
| 13 | A.  No. | 11:32:21 |
| 14 | Q.  In the first message in the chain you | 11:32:21 |
| 15 | wrote, quote: | 11:32:24 |
| 16 | (As read):  "Per our discussion we are | 11:32:26 |
| 17 | going to have to get the search words we want to | 11:32:28 |
| 18 | capitalize on sprinkled in the main text of our Web | 11:32:32 |
| 19 | site."  Close quote. | 11:32:36 |
| 20 | Do you see that? | 11:32:37 |
| 21 | A.  Okay. | 11:32:37 |
| 22 | Q.  Yes, you see it? | 11:32:42 |
| 23 | A.  Yes. | 11:32:43 |
| 24 | Q.  Okay.  And then you went on to list a bunch | 11:32:44 |
| 25 | of words that Thru might want to capitalize on. | 11:32:47 |

ROSELLA FERNANDEZ - 8/9/2016

Page 32

| | | |
|---|---|---|
| 1 | Right? | 11:32:47 |
| 2 | A. Okay. | 11:32:51 |
| 3 | Q. Is that what you did there? | 11:32:52 |
| 4 | A. It looks like it. Yes. | 11:32:54 |
| 5 | Q. So this is an email about search engine | 11:32:55 |
| 6 | optimization for Thru. Right? | 11:32:57 |
| 7 | A. Right. | 11:32:59 |
| 8 | Q. Were you proposing Thru optimize its | 11:33:00 |
| 9 | website for search engines around the terms that you | 11:33:04 |
| 10 | listed in your message? | 11:33:07 |
| 11 | A. That is correct. | 11:33:08 |
| 12 | Q. That's what you were doing. Right? | 11:33:08 |
| 13 | A. Correct. | 11:33:10 |
| 14 | Q. How did you come up with these suggested | 11:33:10 |
| 15 | terms for Thru's SEO effort in August 2011? | 11:33:13 |
| 16 | A. I don't remember, but I'm sure it's what | 11:33:18 |
| 17 | other companies were using as well for secure file | 11:33:22 |
| 18 | transfer. | 11:33:24 |
| 19 | Q. Mr. Skybakmoen, who was then Thru's VP of | 11:33:25 |
| 20 | marketing, adds a bunch more words in his next | 11:33:29 |
| 21 | message in the thread. Do you see that? | 11:33:33 |
| 22 | A. Okay. | 11:33:35 |
| 23 | Q. Do you see that there? | 11:33:35 |
| 24 | A. I do. | 11:33:36 |
| 25 | Q. And then Mr. Brotzel weighs in with still | 11:33:37 |

ROSELLA FERNANDEZ - 8/9/2016

Page 33

| | | |
|---|---|---|
| 1 | more terms for Thru's SEO in the next message. | 11:33:41 |
| 2 | Right? | 11:33:45 |
| 3 | A.  Okay. | 11:33:46 |
| 4 | Q.  Yes? | 11:33:48 |
| 5 | A.  Yes. | 11:33:49 |
| 6 | Q.  Then Mr. Skybakmoen adds still more terms | 11:33:49 |
| 7 | for Thru's SEO in the next message.  Right? | 11:33:52 |
| 8 | A.  Okay. | 11:33:55 |
| 9 | Q.  Yes? | 11:33:55 |
| 10 | A.  Yep. | 11:33:56 |
| 11 | Q.  Then another group from Mr. Brotzel. | 11:33:57 |
| 12 | Right? | 11:33:59 |
| 13 | A.  I lost track.  Yeah.  Okay. | 11:33:59 |
| 14 | Q.  And then the final message in the thread, | 11:34:01 |
| 15 | another group for Mr. Skybakmoen.  Correct? | 11:34:03 |
| 16 | A.  Okay.  Yeah. | 11:34:06 |
| 17 | Q.  So the idea here, correct me if I'm wrong, | 11:34:07 |
| 18 | was to highlight the terms that Thru cared about in | 11:34:09 |
| 19 | August 2011.  Right? | 11:34:13 |
| 20 | A.  That's correct. | 11:34:14 |
| 21 | Q.  These are the terms, to use your language | 11:34:15 |
| 22 | in the first message in the thread, that Thru wanted | 11:34:17 |
| 23 | to capitalize at the time.  Right? | 11:34:21 |
| 24 | A.  Correct. | 11:34:23 |
| 25 | Q.  Thru wanted to make its website more | 11:34:24 |

ROSELLA FERNANDEZ - 8/9/2016

Page 34

| | | |
|---|---|---|
| 1 | prominent in search results for people searching on | 11:34:26 |
| 2 | these terms. | 11:34:30 |
| 3 | A.  Right. | 11:34:31 |
| 4 | Q.  There are six messages in this thread from | 11:34:34 |
| 5 | the two marketing people and the VP of sales at Thru | 11:34:37 |
| 6 | listing search terms that Thru thought might attract | 11:34:40 |
| 7 | people to its site.  Right? | 11:34:44 |
| 8 | A.  Okay. | 11:34:46 |
| 9 | Q.  Yes? | 11:34:47 |
| 10 | A.  Yeah. | 11:34:47 |
| 11 | Q.  Do you see the term "dropbox" in any of | 11:34:48 |
| 12 | these lists? | 11:34:50 |
| 13 | A.  No. | 11:34:51 |
| 14 | Q.  Why didn't you propose in August of 2011 | 11:34:59 |
| 15 | that Thru optimize its website for people searching | 11:35:02 |
| 16 | for the term "dropbox"? | 11:35:06 |
| 17 | A.  I do not know. | 11:35:07 |
| 18 | Q.  Is it possible because at the time you | 11:35:08 |
| 19 | didn't believe that people who were searching for | 11:35:10 |
| 20 | the term "dropbox" would be interested in finding | 11:35:12 |
| 21 | Thru's website? | 11:35:15 |
| 22 | MR. STARNES:  Objection to form. | 11:35:16 |
| 23 | THE WITNESS:  I do not know. | 11:35:17 |
| 24 | BY MR. KRAMER: | 11:35:21 |
| 25 | Q.  Thru wanted its website to show up in | 11:35:25 |

ROSELLA FERNANDEZ - 8/9/2016

Page 35

| | | |
|---|---|---|
| 1 | search results for the terms that Thru thought | 11:35:27 |
| 2 | potential customers would associate with Thru. | 11:35:30 |
| 3 | Right? | 11:35:33 |
| 4 | A.  Correct. | 11:35:33 |
| 5 | Q.  And that's why it was undertaking this SEO | 11:35:33 |
| 6 | effort in August 2011.  Right? | 11:35:38 |
| 7 | A.  Correct. | 11:35:40 |
| 8 | Q.  Are you aware that Thru later undertook | 11:35:45 |
| 9 | search engine optimization efforts around the term | 11:35:49 |
| 10 | "dropbox"? | 11:35:53 |
| 11 | A.  I don't remember. | 11:35:53 |
| 12 | Q.  You don't recall that in February 2012 Thru | 11:35:55 |
| 13 | started to engage in all sorts of SEO around the | 11:35:59 |
| 14 | term "dropbox"? | 11:36:02 |
| 15 | A.  I don't remember the exact stuff that | 11:36:03 |
| 16 | happened during that time. | 11:36:06 |
| 17 | Q.  But do you remember generally an effort to | 11:36:07 |
| 18 | optimize Thru's website around "dropbox" and related | 11:36:10 |
| 19 | terms? | 11:36:14 |
| 20 | A.  Around that term, yes. | 11:36:14 |
| 21 | Q.  And that started in roughly February 2012. | 11:36:15 |
| 22 | A.  I don't know.  That's fine. | 11:36:18 |
| 23 | MR. KRAMER:  Okay.  This one we need to | 11:36:35 |
| 24 | mark.  It's Exhibit 98. | 11:36:36 |
| 25 | (Exhibit 98 was marked for identification.) | 11:36:39 |

ROSELLA FERNANDEZ - 8/9/2016

Page 37

```
 1        Q.  Is Mr. Skybakmoen proposing here that Thru       11:37:46
 2   engage in SEO, search engine optimization, around         11:37:50
 3   every single dropbox use the company can find?            11:37:56
 4        A.  Yeah, it looks like it.                           11:37:59
 5             MR. STARNES:  Objection to form.                 11:38:00
 6   BY MR. KRAMER:                                             11:38:01
 7        Q.  Do you understand what he means by "we can        11:38:01
 8   create duplicate pages with these phrases"?               11:38:03
 9        A.  No, I don't.                                      11:38:05
10        Q.  Can you explain what he means when he says,       11:38:08
11   quote, (as read):  "Sorted by telling people it's         11:38:10
12   Canonical URLs"?                                           11:38:13
13        A.  No.                                               11:38:16
14        Q.  To the best of your recollection, was it          11:38:17
15   about this time, February 2012, that you first heard       11:38:19
16   someone at Thru propose search engine optimization         11:38:23
17   around the search term "dropbox"?                          11:38:27
18        A.  Umm, yes.  I believe so.                          11:38:29
19        Q.  So prior to this time, as far as you know,        11:38:31
20   had Thru tried to create an association between the        11:38:35
21   term "dropbox" and its website with search engines?        11:38:39
22        A.  Not that I know of.                               11:38:43
23        Q.  By this time in late February of 2012, did        11:38:44
24   people at Thru know who my client, Dropbox, Inc.           11:38:48
25   was?                                                       11:38:51
```

ROSELLA FERNANDEZ - 8/9/2016

Page 38

```
 1              MR. STARNES:  Objection.  Form.              11:38:52
 2              THE WITNESS:  Most likely.  I don't know.     11:38:53
 3   BY MR. KRAMER:                                          11:38:54
 4        Q.  Did you?                                       11:38:55
 5        A.  I -- yes.  At that point, I did know.          11:38:55
 6        Q.  Was the idea of engaging in search engine      11:39:01
 7   optimization around dropbox-related terms in            11:39:07
 8   February of 2012 an attempt to get people searching     11:39:09
 9   for my client to find Thru's website instead?           11:39:12
10        A.  I believe so.                                  11:39:16
11        Q.  Is it fair to say that Thru began search       11:39:20
12   engine optimization efforts around the term             11:39:27
13   "dropbox" in early 2012 because Thru wanted to trade    11:39:29
14   off my client's well-known brand and the term           11:39:32
15   "dropbox"?                                              11:39:36
16              MR. STARNES:  Objection.  Form.              11:39:36
17              THE WITNESS:  I do not believe so.           11:39:37
18   BY MR. KRAMER:                                          11:39:47
19        Q.  With respect to Thru's potential customers,    11:39:51
20   while you were a marketing director at Thru and         11:39:54
21   before Thru's search engine optimization efforts        11:39:58
22   began around the term "dropbox," did you believe an     11:40:02
23   appreciable number of Thru's potential customers        11:40:05
24   associated the term "dropbox" with Thru?                11:40:07
25              MR. STARNES:  Objection.  Form.              11:40:09
```

ROSELLA FERNANDEZ - 8/9/2016

Page 39

```
 1          THE WITNESS:  I do not know.                    11:40:10
 2   BY MR. KRAMER:                                         11:40:12
 3      Q.  Did anyone at Thru -- strike that.              11:40:12
 4          Did anyone at Thru ever suggest to you that     11:40:22
 5   the reason Thru wanted to begin search engine          11:40:25
 6   optimization efforts around the term "dropbox" in      11:40:29
 7   early 2012 was that it wanted to create the            11:40:31
 8   impression that it had trademark rights in the term    11:40:35
 9   "dropbox"?                                             11:40:38
10      A.  There was a belief that, yes, that they did     11:40:38
11   have the trademark rights for that.                    11:40:40
12      Q.  My question is a little different.  I           11:40:42
13   understand that people there were claiming that they   11:40:45
14   had those rights.                                      11:40:48
15      A.  That's correct.                                 11:40:48
16      Q.  My question is, did anyone ever tell you        11:40:49
17   that the reason that they wanted to engage in search   11:40:52
18   engine optimization around the term "dropbox" at       11:40:56
19   this time was to foster the notion that they had       11:41:01
20   trademark rights?                                      11:41:03
21      A.  No.                                             11:41:04
22      Q.  Why in early 2012 did Thru suddenly take an     11:41:09
23   interest in search engine optimization with respect    11:41:16
24   to dropbox-related terms?                              11:41:18
25      A.  I do not know.                                  11:41:20
```

ROSELLA FERNANDEZ - 8/9/2016

Page 61

1   try to lure people looking for my client to Thru's                    12:03:47

2   site instead?                                                         12:03:51

3        A.  Not that I'm aware of.                                       12:03:51

4            MR. STARNES:  Objection.  Form.                              12:03:52

5   BY MR. KRAMER:                                                        12:03:53

6        Q.  Were these new Web pages with "dropbox" in                   12:03:55

7   the title part of Thru's plan to use search engine                   12:03:56

8   optimization around what Mr. Skybakmoen said, quote,                 12:04:00

9   "every single dropbox use we can find"?                              12:04:04

10       A.  That is a possibility.                                       12:04:06

11       Q.  Do you know if -- actually, we've been                       12:04:09

12  going for almost an hour.  Do you want to take a                     12:04:12

13  break?                                                               12:04:14

14       A.  No.  I'm okay.                                               12:04:14

15       Q.  Okay.  Do you know if prior to your arrival                  12:04:16

16  at the company the company utilized keyword                          12:04:18

17  advertising?                                                         12:04:22

18       A.  I'm not aware of it.                                         12:04:22

19       Q.  You're familiar with that concept.  Right?                  12:04:23

20       A.  Keyword advertising, yeah.                                   12:04:27

21       Q.  It's the process of requesting that a                        12:04:29

22  search engine show an advertisement for your website                 12:04:31

23  or product when a user of the search engine conducts                 12:04:34

24  a query on specific terms.  Right?                                    12:04:37

25       A.  Yes.                                                         12:04:39

1        Q.  When you arrived at Thru in July 2011, Thru          12:04:39

2    was not running keyword advertising around the term          12:04:45

3    "dropbox."  Right?                                           12:04:48

4        A.  Not that I'm aware of.                               12:04:49

5        Q.  Do you know when Thru started running                12:04:50

6    keyword advertising around dropbox-related terms?            12:04:52

7        A.  I'm not sure.                                        12:04:55

8        Q.  Were you involved in Thru's decision to              12:04:56

9    begin running keyword advertising on dropbox-related         12:04:58

10   terms?                                                       12:05:02

11       A.  I might have been.  I don't remember.                12:05:02

12       Q.  Do you know who made the decision to do it?          12:05:04

13       A.  I don't remember.                                    12:05:06

14       Q.  At the time that Thru made the decision to           12:05:08

15   begin running keyword advertising around                     12:05:11

16   dropbox-related terms, it was well aware of my               12:05:14

17   client.  Right?                                              12:05:17

18           MR. STARNES:  Objection.  Form.                      12:05:18

19           THE WITNESS:  I don't know.  I don't know            12:05:18

20   when it started, so I do not know.                           12:05:21

21   BY MR. KRAMER:                                               12:05:23

22       Q.  Back on Exhibit 98, please, Ms. Fernandez.          12:05:39

23       A.  Which one was that?                                  12:05:43

24       Q.  It's an email exchange with your email at            12:05:45

25   the top.                                                     12:05:48

ROSELLA FERNANDEZ - 8/9/2016

Page 63

| | | |
|---|---|---|
| 1 | A. Okay. | 12:05:48 |
| 2 | Q. With the subject line: "Google AdWords: | 12:05:53 |
| 3 | Payment declined, your ads are in danger of going | 12:05:56 |
| 4 | offline." | 12:05:59 |
| 5 | A. Okay. | 12:06:00 |
| 6 | Q. Got it? | 12:06:01 |
| 7 | A. Yep. | 12:06:01 |
| 8 | Q. This is the exchange where Mr. Skybakmoen | 12:06:02 |
| 9 | wrote to you and Mr. Harrison on February 23rd, | 12:06:12 |
| 10 | quote, "Correct me if I'm wrong but we need to focus | 12:06:15 |
| 11 | on Dropbox in adwords." | 12:06:18 |
| 12 | A. I see that. | 12:06:19 |
| 13 | Q. He's proposing that Thru purchase AdWords | 12:06:20 |
| 14 | advertising for users searching on Google for | 12:06:24 |
| 15 | dropbox-related terms. Right? | 12:06:27 |
| 16 | A. That is correct. | 12:06:28 |
| 17 | Q. Why in February 2012 was Mr. Skybakmoen | 12:06:29 |
| 18 | suggesting that Thru focus on dropbox in AdWords? | 12:06:31 |
| 19 | MR. STARNES: Objection. Form. | 12:06:35 |
| 20 | THE WITNESS: Because basically that was | 12:06:36 |
| 21 | when they decided that they were going to start | 12:06:40 |
| 22 | focusing on dropbox. | 12:06:43 |
| 23 | BY MR. KRAMER: | 12:06:45 |
| 24 | Q. Do you know why that was when they, meaning | 12:06:45 |
| 25 | Skybakmoen and Harrison, decided they were going to | 12:06:49 |

ROSELLA FERNANDEZ - 8/9/2016

Page 64

1   focus on dropbox?                                          12:06:52

2        A.  I have no idea.                                   12:06:53

3        Q.  You have no idea why?                             12:06:54

4        A.  No.                                               12:06:55

5        Q.  Did they tell you that this is why we're          12:06:55

6   going to start focusing on dropbox?                        12:06:58

7        A.  Basically, so they were in the Texas              12:07:00

8   office, and they had come up that they were going to       12:07:01

9   start because they had been using dropbox forever          12:07:03

10  and they were going to start focusing on dropbox.          12:07:06

11       Q.  But they had not focused on dropbox before        12:07:09

12  that.  Correct?                                            12:07:12

13       A.  Not that I know of.                               12:07:12

14       Q.  Did you ask, hey, why are we focusing on          12:07:15

15  the term "dropbox"?                                        12:07:18

16       A.  I don't remember.                                 12:07:19

17       Q.  Did it occur to you to ask?  This is              12:07:20

18  something that you were responsible for.  Right?           12:07:22

19       A.  Yes and no.  I mean, basically the VP of          12:07:24

20  marketing was driving what he wanted.  And so I was        12:07:27

21  more of somebody that went through and did what they       12:07:30

22  had asked.                                                 12:07:34

23       Q.  At the top of the thread in Exhibit 98 you        12:07:45

24  wrote, "I agree with you on adding Dropbox verbiage        12:07:50

25  to the Google AdWords."                                    12:07:53

1      A.   Um-hmm.                                    12:07:55

2      Q.   Why did you agree with Mr. Skybakmoen on   12:07:55

3   adding dropbox verbiage to the Google AdWords?     12:07:59

4      A.   I don't remember.                          12:08:04

5      Q.   You then wrote, "I think we need to add     12:08:04

6   something more on the page so that we get their    12:08:07

7   names."  Do you understand what that's a reference 12:08:10

8   to?                                                12:08:12

9      A.   Yes.                                        12:08:12

10      Q.   Can you explain?                           12:08:12

11      A.   Make a form.                               12:08:14

12      Q.   Can you elaborate?                         12:08:14

13      A.   So basically when you have a landing page, 12:08:16

14   you want a form so that you can capture the        12:08:18

15   information so you get a lead.                      12:08:21

16      Q.   Did Thru adopt your suggestion to create -- 12:08:29

17      A.   I do not know.                             12:08:32

18      Q.   Let me get it out.                         12:08:33

19           Did Thru adopt your suggestion to create a 12:08:34

20   landing page with a form so that Thru could capture 12:08:37

21   peoples' names?                                    12:08:41

22      A.   I do not know.                             12:08:42

23      Q.   Do you know why in February -- did         12:08:52

24   Mr. Skybakmoen explain to you why in February 2012 12:08:56

25   Thru was proposing to target every single version of 12:09:01

ROSELLA FERNANDEZ - 8/9/2016

Page 66

```
 1    the term "dropbox" that it could find?           12:09:05

 2         A.  I don't recall.                          12:09:07

 3         Q.  Wasn't the point to have Thru's ads show up   12:09:10

 4    when people were searching for my client?        12:09:13

 5             MR. STARNES:  Objection.  Form.          12:09:15

 6             THE WITNESS:  That would be my guess.    12:09:16

 7    BY MR. KRAMER:                                    12:09:17

 8         Q.  In fact, you proposed doing exactly that.    12:09:19

 9    Right?                                            12:09:21

10         A.  I agreed, yep.                           12:09:21

11         Q.  You proposed using dropbox-related keyword   12:09:25

12    advertising so that people who were looking for my   12:09:30

13    client would find Thru instead.                   12:09:32

14             MR. STARNES:  Objection.  Form.          12:09:34

15             THE WITNESS:  Yes.                        12:09:35

16    BY MR. KRAMER:                                    12:09:44

17         Q.  To your knowledge, did Thru even consider   12:09:45

18    running keyword advertising around the term       12:09:47

19    "dropbox" prior to February 2012?                 12:09:50

20         A.  Not to my knowledge.                     12:09:51

21         Q.  I'm sorry.  Not to your knowledge?       12:09:51

22         A.  No.                                       12:09:54

23         Q.  Was there ever any discussion at Thru about   12:09:57

24    the possibility that Thru's keyword advertising    12:10:00

25    around dropbox-related terms would create consumer   12:10:03
```

ROSELLA FERNANDEZ - 8/9/2016

Page 67

1    confusion?                                                      12:10:07

2         A.  No.                                                    12:10:07

3         Q.  Did anyone at Thru raise the possibility to           12:10:10

4    you that people who were seeing Thru's                         12:10:13

5    advertisements after doing a search for "dropbox"              12:10:16

6    might be misled into believing that they were ads              12:10:18

7    for my client, Dropbox?                                        12:10:21

8         A.  No.                                                    12:10:22

9             (Exhibit 106 was marked for                           12:10:57

10   identification.)                                               12:11:05

11   BY MR. KRAMER:                                                 12:11:05

12        Q.  Exhibit 106, Ms. Fernandez, is an email              12:11:06

13   exchange between you and Mr. Skybakmoen dated                  12:11:09

14   June 8th, 2012, that is later forwarded by                     12:11:14

15   Mr. Skybakmoen to a Mr. Yu at Thru, but it's your              12:11:18

16   message to Mr. Skybakmoen I want to focus on.                  12:11:23

17        A.  Okay.                                                 12:11:26

18        Q.  You tell Mr. Skybakmoen, quote, "Attached            12:11:26

19   is my report on Google keywords (paid/organic)."               12:11:29

20   Close quote.                                                   12:11:35

21            Can you explain to me what you meant by               12:11:36

22   paid/organic?                                                  12:11:38

23        A.  So either paid or organic is search engine           12:11:40

24   optimization.                                                  12:11:44

25        Q.  Paid keywords would reflect keyword                   12:11:46

ROSELLA FERNANDEZ - 8/9/2016

Page 76

| 1 | Right? | 12:20:35 |
| 2 | A.  That we know, that is correct. | 12:20:35 |
| 3 | Q.  Let's go back to Exhibit 99, if you | 12:20:54 |
| 4 | wouldn't mind, please.  That draft press release. | 12:20:58 |
| 5 | A.  Okay.  All right. | 12:21:02 |
| 6 | Q.  In this press release that you drafted, you | 12:21:20 |
| 7 | quote Mr. Harrison in the second paragraph as | 12:21:22 |
| 8 | saying, quote, "It was in 2004 that we coined and | 12:21:29 |
| 9 | trademarked the name "dropbox" and still retain the | 12:21:32 |
| 10 | trademark today." | 12:21:36 |
| 11 | Do you see that? | 12:21:37 |
| 12 | A.  Yep. | 12:21:38 |
| 13 | Q.  Did you come up with that quote yourself? | 12:21:38 |
| 14 | A.  No.  No. | 12:21:41 |
| 15 | Q.  So what was the basis for it? | 12:21:41 |
| 16 | A.  What do you mean? | 12:21:43 |
| 17 | Q.  Where did it come from? | 12:21:45 |
| 18 | A.  Mr. Harrison. | 12:21:46 |
| 19 | Q.  So he gave you that quote. | 12:21:47 |
| 20 | A.  Yes, he did. | 12:21:49 |
| 21 | Q.  When did he give you that quote? | 12:21:50 |
| 22 | A.  I don't remember. | 12:21:51 |
| 23 | Q.  Right around the time you were drafting the | 12:21:52 |
| 24 | press release. | 12:21:54 |
| 25 | A.  Sure. | 12:21:54 |

1    Q.   Prior to this time, February 2012, had you    12:21:57

2    ever heard anyone at Thru claim that Thru had a    12:22:02

3    claim on the term "dropbox"?    12:22:05

4    A.   Prior to making the press release, yes.    12:22:07

5    Q.   Roughly this time, early 2012.    12:22:09

6    A.   Early 2012 is when I first heard it.    12:22:10

7    Q.   Did you ever have a conversation with    12:22:12

8    anyone at Thru regarding the prospect of Dropbox    12:22:21

9    filing for an initial public offering?  My client    12:22:29

10   filing for an initial public offering?    12:22:30

11   A.   No.    12:22:30

12   Q.   Almost done.    12:22:38

13   A.   Okay.    12:22:39

14        (Exhibit 107 was marked for    12:22:57

15   identification.)    12:23:23

16   BY MR. KRAMER:    12:23:23

17   Q.   Showing you what has been marked as Exhibit    12:23:24

18   107, Ms. Fernandez.    12:23:27

19   A.   Okay.    12:23:28

20   Q.   It's an email exchange between you,    12:23:28

21   Mr. Skybakmoen, and Mr. Harrison dated March 8th,    12:23:31

22   2012.    12:23:34

23   A.   Okay.    12:23:35

24   Q.   It concerns a Webcast that Thru put on in    12:23:35

25   conjunction with a Mr. Osterman.  Does that ring any    12:23:40

ROSELLA FERNANDEZ - 8/9/2016

Page 78

1   bells?                                                        12:23:43

2        A.  Well, not this one, but I know who                  12:23:43

3   Mr. Osterman is.                                             12:23:46

4        Q.  The subject line of the email exchange is,          12:23:47

5   quote, "Need Input - Webcast Registration Page               12:23:49

6   Text."                                                       12:23:54

7        A.  Okay.                                               12:23:54

8        Q.  Was this a discussion with you,                     12:23:54

9   Mr. Skybakmoen, and Mr. Harrison about language to           12:23:56

10  appear on Thru's website promoting a Webcast?                12:23:59

11       A.  It looks like it, yes.                              12:24:03

12       Q.  Yours is the first message in the thread,           12:24:04

13  Ms. Fernandez.  Some time lapsed in the document.            12:24:08

14  At 3:06 p.m. on March 7th.                                   12:24:12

15       Was that your draft language for the Thru               12:24:15

16  website that you were sending to Mr. Skybakmoen?             12:24:17

17       A.  Yes.                                                12:24:23

18       Q.  Okay.  Mr. Skybakmoen then responds                 12:24:25

19  proposing a title for the Webcast.                           12:24:28

20       A.  Okay.                                               12:24:31

21       Q.  Do you see that?  It's on the second page           12:24:38

22  of the document.                                             12:24:49

23       A.  Okay.  Where it says a few changes?                 12:24:53

24       Q.  No.  It's an 8:25 p.m. email to you --              12:24:55

25       A.  Okay.                                               12:24:59

```
 1          R E P O R T E R ' S   C E R T I F I C A T E
 2          I, SHELLEY M. SAILOR, duly authorized to
 3   administer oaths pursuant to Section 2093(b) of the
 4   California Code of Civil Procedure, do hereby
 5   certify that the witness in the foregoing deposition
 6   was by me duly sworn to testify the truth in the
 7   within-entitled cause; that said deposition was
 8   taken at the time and place therein cited; that
 9   testimony of said witness was reported by me and
10   thereafter transcribed under my direction into
11   typewriting; that the foregoing is a complete and
12   accurate record of said testimony; and that the
13   witness was given an opportunity to read and correct
14   said deposition and to subscribe the same.  Should
15   the signature of the witness not be affixed to the
16   deposition, the witness shall not have availed
17   herself of the opportunity to sign or the signature
18   has been waived.  I further certify that I am not of
19   counsel nor attorney for any of the parties in the
20   foregoing deposition and caption named nor in any
21   way interested in the outcome of the cause named in
22   said caption.
23   DATED:  August 17, 2016
24          _____
25          SHELLEY M. SAILOR, CSR NO. 10254
```

88