# EXHIBIT 37

**From:** Thomas Skybakmoen
**Sent:** Tuesday, August 16, 2011 5:58 PM
**To:** Denis Brotzel
**CC:** Rosella Fernandez; Lee Harrison
**Subject:** Re: Home page and search engine words

Private cloud
Private PaaS
PaaS


Sent from my iPhone

On Aug 16, 2011, at 7:40 PM, "Denis Brotzel" <denis.brotzel@thruinc.com> wrote:

>    FISMA
>
>    Collaboration
>
>    File-sharing
>
>
>    **From:** Thomas Skybakmoen
>    **Sent:** Tuesday, August 16, 2011 5:19 PM
>    **To:** Denis Brotzel; Rosella Fernandez
>    **Cc:** Lee Harrison
>    **Subject:** RE: Home page and search engine words
>
>
>    This is good- switched on my brain again....
>
>
>    FTP consolidation (just came to me)
>
>    Batch jobs
>
>    Scripting
>
>    Workflow
>
>    Monitoring
>
>    SLA
>
>    real-time tracking



Skybakmoen
7/27/16
Reported by: Candice Andino
TX CSR 9332, CA CSR 13415, RMR

20160310_028-000017664

SAS-70 II

**Thomas Skybakmoen**

VP Marketing & Product Strategy

www.thruinc.com

P: 214.496.0100 ext. 2121

Send Me Secure Email & Large File - click here

<image002.jpg>

---

**From:** Denis Brotzel
**Sent:** Tuesday, August 16, 2011 7:00 PM
**To:** Thomas Skybakmoen; Rosella Fernandez
**Cc:** Lee Harrison
**Subject:** RE: Home page and search engine words

BASEL II

SB1386

PCI DSS

File Transfer Consolidation, MFT Consolidation

GRC, Governance, Risk and Compliance

FRCP, Federal Rules of Civil Procedure

ESI, Electronically Stored Information

UK Data Protection Act

PIPEDA (Canada)

FINRA

**From:** Thomas Skybakmoen
**Sent:** Tuesday, August 16, 2011 1:43 PM
**To:** Rosella Fernandez
**Cc:** Denis Brotzel; Lee Harrison
**Subject:** RE: Home page and search engine words

Rosella,

I have added some key words to you list- I am just typing away, some might be on your list or overlap-

Denis and Lee- please join us when time to comment on the list ( Lee please confirm if we meet some of the compliance laws below!) and add key words we can use with google- we need to bounce this back and forth- as I know I don't remember all keywords on the top of my head.

MFT

Managed File Transfer

Secure File Transfer

File Transfer

Data Transfer

Big Data

FTP Replacement

File Delivery

Enhanced File Transfer

Hosted File Transfer

B2B

Ad-hoc file transfer

Outlook plug-in

Email offloading

Secure message ( we have this in the outlook plugin)

Secure email ( a stretch, but we want ppl to come to us)

DMZ Security

Visibility

Governance

Data losses and breaches

Regulatory violations and fines.

Missed business opportunities and unmet SLAs

ad hoc file exchange

secure, auditable

PCI, SEPA, GLBA, SOX, PSD, NACHA

HITECH, HIPAA, HL7

PRESTO, BAS, DoD 8500.1,

HSPD-12, HIPAA, FISMA, FIPS-201

**Thomas Skybakmoen**

VP Marketing & Product Strategy

www.thruinc.com

P: 214.496.0100 ext. 2121

Send Me Secure Email & Large File - click here

<image003.jpg>

---

**From:** Rosella Fernandez
**Sent:** Tuesday, August 16, 2011 1:46 PM
**To:** Thomas Skybakmoen
**Subject:** Home page and search engine words

Hi Thomas,

Per our discussion this morning, we are going to have to get the search words we want to capitalize on sprinkled in the main text of our Web site. I was looking on the home page, and we need to update the first two columns with that in mind—the third column looks pretty good. We need to think that anyone who comes to a page has no clue on what we do.

Some ideas of words we might want to highlight (not only on the front page but throughout the site) include:

- Global file transfer
- Assured data delivery
- Secure file transfer
- Large file transfer
- Transmit large digital files
- Secure file sharing
- Securely exchange sensitive information
- Transfer Intellectual Property

- Reduce IT costs

- Outlook and Lotus Notes

- Enterprise OR enterprise class MFT

- Business data exchange

- File tracking

- Advanced file transfer

- Secure email attachments

- Cloud-based managed file transfer (I added cloud-based to the third column already)


Thru has been designed from the ground up with the ability to meet ever changing capacity demands by deploying and releasing appropriate resources on-demand. What exactly has been designed from the ground up—Need to type it out?

Thru offers the ability to automatically expand or contract additional underlying resources, without interrupting operations.

Thru is offered to multiple user entities, or tenants, in such a way that each tenant operates logically isolated while using physically shared resources.

For more information, please visit the Thru Blog.


Thru is architected around a SOAP-based Web Services API, enabling customers to integrate Thru into their existing products and services. Examples of this would be to trigger transfer events programmatically or to publish files to corporate portals. How about:  Thru's enterprise-class secure file transfer solution is architected around a SOAP-based Web Services API, enabling customers to integrate the solution with their B2B processes.

By design, data workflow and security schema are just a few features that helps organizations achieve governance.

Modify deliveries and recipient lists in real time from the API, and quickly setup and securely share data with your partners and suppliers.

For more detail, see Thru Web Services API.


**Rosella Fernandez**

Director, Field Marketing

www.thruinc.com

P: 214.496.0100 ext. 2201

Send Me Secure Email & Large File - click here