IAN K. BOYD, State Bar No. 191434
SISKIND BOYD LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@siskindboyd.com

JOHN M. CONE (admitted *pro hac vice*)
RYAN A. STARNES (admitted *pro hac vice*)
FERGUSON, BRASWELL & FRASER, PC
2500 Dallas Parkway #600
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
jcone@dallasbusinesslaw.com
rstarnes@dallasbusinesslaw.com

Attorneys for Defendant
THRU INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, | Case No. C 15-01741 EMC |
| Plaintiff/Counterclaim Defendant, | |
| v. | **DECLARATION OF JOHN M. CONE IN SUPPORT OF THRU INC.'S OPPOSITION TO DROPBOX, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| THRU INC., a Delaware corporation, | |
| Defendant/Counterclaimant. | |

I, JOHN M. CONE, hereby declare as follows:

1.    I am one of the attorneys of record for Defendant and Counterclaimant Thru Inc.  I submit this affidavit in support of Thru Inc.'s Opposition to Dropbox, Inc.'s Motion for Summary Judgment.  The following facts are true of my personal knowledge and if called and sworn as a witness I could competently testify to them.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Dropbox's application S.N. 77/817716, which resulted in Registration No. 4,478,345.  I retrieved this from the PTO's online databases at www.uspto.gov.

3.      Attached hereto as Exhibit 2 is a true and correct copy of application S.N. 85/012206, filed by Officeware, Inc. d/b/a Filesanywhere and assigned to Dropbox, Inc., together with a copy of the recorded assignment.  I retrieved these from the PTO's online databases at www.uspto.gov.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Biotrue Inc.'s application S.N. 78/388605, which resulted in Registration No. 3,003,912.  I retrieved this from the PTO's online databases at www.uspto.gov.

5.      Attached hereto as Exhibit 4 is a true and correct copy of DG FastChannel, Inc.'s application S.N. 77/416541, which resulted in Registration No. 3,553,200.  I retrieved this from the PTO's online databases at www.uspto.gov.

6.      Attached hereto as Exhibit 5 is a true and correct copy of DG Fastchannel, Inc.'s application S.N. 77/136579.  I retrieved this from the PTO's online databases at www.uspto.gov.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Thru Inc.'s application S.N. 85/475272.  I retrieved this from the PTO's online database at www.uspto.gov.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Notice of Opposition to DBI's Application 77/817716 DROPBOX filed by Yousendit, Inc.  I retrieved this from the PTO's TTAB online database at www.uspto.gov.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the TTAB's Order of November 22, 2011 suspending Officeware's Opposition to DBI's Application 77/817716 DROPBOX pending resolution of the civil action *Officeware Corporation d/b/a Filesanywhere.com v. Dropbox, Inc.*, Case No. 3:11-cv-01448-L (N.D. Tex.).  I retrieved this from the PTO's TTAB online database at www.uspto.gov.

10.     Attached hereto as Exhibit 9 is a true and correct copy of a letter and its attachments that I sent to DBI's counsel John Slafsky on December 8, 2011 giving notice of Thru's claim to rights to the trademark DROPBOX.

11.     Attached hereto as Exhibit 10 is a true and correct copy of an email and its attachments that I sent to DBI's counsel John Slafsky on February 7, 2012, providing, at his request, additional information and materials regarding Thru's use of the trademark DROPBOX.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Interrogatory No. 7 of Thru's First Set of Interrogatories and DBI's First Supplemental Responses and Objections to that Interrogatory.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the cover page and excerpts from the deposition transcript of Officeware, Inc. d/b/a FilesAnywhere ("Officeware") taken on July 7, 2016.

   a.     Attached hereto as Exhibit 13 is a true and correct copy of Exhibit 5 to the deposition, an email message confirming delivery of Officeware's Dropbox feature to the City of Flower Mound, Texas.

   b.     Attached hereto as Exhibit 14 is a true and correct copy of Exhibit 6 to the deposition, a receipt reflecting the City of Flower Mound's payment for Officeware's service.

14.     Attached hereto as Exhibit 15 is a true and correct copy of the cover page and excerpts from the deposition transcript of Drew Houston ("Houston") taken on August 18, 2016.

   a.     Attached hereto as Exhibit 16 is a true and correct copy of Exhibit 3 to the Houston Deposition, Complaint, Evenflow v. Domains by Proxy, Bates DRBX054432 through 54453.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       b.      Attached hereto as Exhibit 17 is a true and correct copy of Exhibit 5 to the Houston Deposition, Settlement Agreement and Release, Bates DRBX054775 through 54782.

       c.      Attached hereto as Exhibit 18 is a true and correct copy of Exhibit 8 to the Houston Deposition, E-mail string, topmost dated 12/12/07, Bates DRBX094304.

       d.      Attached hereto as Exhibit 19 is a true and correct copy of Exhibit 9 to the Houston Deposition, E-mail string, topmost dated 12/23/07, Bates DRBX098906.

       e.      Attached hereto as Exhibit 20 is a true and correct copy of Exhibit 10 to the Houston Deposition, PowerPoint presentation, Catchword, Brand Name Development, DropBox Name Recommendations, December 22, 2007, Bates DRBX095204 through 95216.

       f.      Attached hereto as Exhibit 21 is a true and correct copy of Exhibit 11 to the Houston Deposition, E-mail dated 1/9/08 from Drew Houston to Nick Gonzalez, Bates DRBX094542.

       g.      Attached hereto as Exhibit 22 is a true and correct copy of Exhibit 12 to the Houston Deposition, E-mail string, topmost dated 2/8/08, Bates DRBX095307 and 95308.

       h.      Attached hereto as Exhibit 23 is a true and correct copy of Exhibit 14 to the Houston Deposition, E-mail string, topmost dated 2/3/10, Bates DRBX098521.

       i.      Attached hereto as Exhibit 26 is a true and correct copy of Exhibit 7 to the Houston Deposition, Settlement and assignment agreement, Bates DRBX078000 through 78039

15.     Attached hereto as Exhibit 24 is a true and correct copy of the cover page and excerpts from the deposition transcript of Thomas Skybakmoen taken on December 22, 2015.

16.     Attached hereto as Exhibit 25 is a true and correct copy of the cover page and excerpts from the deposition transcript of Rosella Fernandez taken on August 9, 2016.

1

2          I certify under penalty of perjury that the foregoing is true and correct.  Executed on

3    September 29, 2016 in Plano, Texas.

4

5                                                    _____

6                                                    John M. Cone

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28