# EXHIBIT 9
# TO DECLARATION OF JOHN M. CONE IN SUPPORT OF THRU INC.'S OPPOSITION TO DROPBOX, INC.'S MOTION FOR SUMMARY JUDGMENT



# Hitchcock · Evert

John M. Cone, Esq.
(214) 880-7002
jcone@hitchcockevert.com

December 8, 2011

John L. Slafsky, Esq.  **Via Email and First Class Mail**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Re:   Trademark DROPBOX and Dropbox, Inc.

Dear John:

I represent Thru LLC ("Thru"), formerly known as Rumble Group, in trademark matters. Thru is a Managed File Transfer as a Service company which has been in business since 2002.

In 2004, it introduced a new feature of its service under the mark DROPBOX. I am enclosing copies of web pages from April, May and June 2004 illustrating Thru's use of DROPBOX at that time. My client has used its mark DROPBOX continuously since 2004 in connection with file transfer and storage services. Thru's business is focused on providing MFTaaS services to business clients and it is the owner of proven technology for this purpose which it has used for more than seven years.

Thru is aware of the current trademark dispute regarding the mark DROPBOX involving your client Dropbox, Inc. and several other claimants, including Officeware Corporation d/b/a FilesAnywhere.com.

After reviewing the filings in the oppositions against your client's trademark application 77/817,716 DROPBOX, we consider that Thru has trademark rights in the mark DROPBOX and that its rights to DROPBOX take priority over the rights relied on by Yousendit, Inc., Box.net, Inc., and Officeware Corporation. In addition, they take priority over any rights that could be claimed by Dropbox, Inc.

Please contact me to discuss this situation and possible strategies for resolving this to the benefit of both of our clients.

Best Regards,

John M. Cone

Enclosure

# Features

## fth dBANK
### FILE TRANSACTION HUB

**① Administration Tools**
Access real-time data on storage utilization, users, logins, keyword search, category/folder/file count and file usage. Create categories, add descriptions and assign access. Create user groups (including read only, download, upload & download and administration), create/edit users and automatically send updated information. Send Messages to FTH users, user groups or the entire user base.

**② User Tools**
Create file collections; distribute secure access via integrated email. Full address book including distribution lists and private or shared contacts. Email notification and tracking of unlimited distributions. A user home directory which includes My Files, My DropBox™ & My Collect™ folders accessible only by the logged in user. Extensive search capabilities, the ability to change profile details, access to live Chat Support and Rumble Help Center 24/7.

**③ Categories**
Users can search for folders & files by navigating the category structure, as categories are selected detail information on the creator as well as a description. Folders contained in the category appear in the lower section of the file console.

**④ Folders**
Select folders to reveal contents, add folders and have the ability to cut, copy and paste folders into other categories. Use the select all feature to delete folders or download entire contents.

**⑤ Files**
Choose from Power Upload (drag & drop) or Browser Upload to copy files into selected folder. Use select all to delete download add to collection or distribute. Select single file download, click on spyglass icon to view thumbnail and highlight file to see detailed information.

**⑥ Detail View**
The detail view shows information on the selected folder or file including the name and date/time of the creator, last modified, last download with the ability to email directly by clicking on the user name. Also view descriptive information and folder or file expiry features.

**⑦ Clipboard**
Cut & paste folders and files to the clipboard. From there you can quickly move their location within the FTH dBank.

**⑧ Transaction Log**
By selecting the Transaction Log feature you can view all the transactions taken place on the folder or file selected. They include creation, modification, downloads, distributions and collections.

**⑨ DropBox™**
DropBox™ allows non-FTH users to upload files to a users private DropBox™ folder. All files are virus scanned, the person uploading the file is notified via email of successful delivery and the DropBox™ owner is emailed to notify of delivery. Perfect for replacing anonymous FTP, as it is much easier to use and manage.

**⑩ Distribution**
Rather than send large files as email attachments, that can be bounced, FTH allows you to collect files and distribute secure links. By utilizing the integrated contacts feature you can create lists, favorites and share with other users. Keep constant track of who has download which files you have distributed and be sent email notifications when downloads occur.

**⑪ User Home Directory**
Every new user is automatically set-up with a user home directory, which includes My Files, My DropBox™, and My Collect™. These folders can allow only be accessed by the logged in user.

**⑫ Help Center**
From anywhere within the FTH dBank you can access our 24/7 Help Center. Use Chat Support, our integrated email ticket system, link to live training sessions, choose from a selection of product tutorials or quiz our extension knowledge base.

**⑬ Email Notification**
FTH dBank includes an extensive email sub-system, which allows users to communicate with other users and have the FTH dBank notify them automatically based on events.

RUMBLEGROUP

4/27/04







5/11/04

6/19/06

# Thru. Web FTP Replacement

**FTP?**
"File Transfer Protocol" or FTP has been around for a very long time. It works and lots of engineering professionals use it everyday. But when the average computer user has never heard of it, or let alone used it, that creates problems. Face it, FTP is just hard to use sometimes even when you know how. This is why we invented the Thru Web Edition, just point and click via your browser. No more tech support calls from your clients trying to upload files and asking how Thru Web Edition is easy is much more secure than FTP and every file is virus scanned on upload.

**Project Management? You bet...**
Project management and collaboration is easy with Thru Web Edition. With our simple-to-use group and permission management, you can set up the project with all the players in minutes with complete confidence that the users will only access what you want them

**Send Thru files or folders of any size**
Since files are not encoded via a mail client nor do they hit the mail server, any size is acceptable to send. On the receiving end, since Thru allows the receiver to pull only want they want-when they want, even the largest email attachment won't plug up the system

**Send Thru complete folders with hierarchy intact**
Now when you are doing a project that requires you to distribute a complete folder hierarchy, you can. Thru allows you to point and attach a mixture of any number of complete folders and files

**Notification Systems**
Want to know who is uploading or downloading your files or folders? Just set up the notifications system in Thru and stay informed about any action taken on those files and folders

**Microsoft Outlook integration**
Want to work the same way you send email but with all the functionality of Thru Web Edition? Just download and install the New Thru Outlook Edition. Address the same files via this new and powerful tool.

**Virus checking on all files**
You can trust files that are passed Thru. Every file is virus checked with the latest updated virus scanner

**Enterprise level unlimited size storage system**
Need more space? The Thru file system expands to the size you need. In fact, keep all your files on Thru, and never worry about having to backup. We do it for you.

**External user access via the Thru Dropbox**
Need files sent to you but the sender hasn't signed up yet? Have them upload directly to you Thru Dropbox. This way they are virus checked and safe. Stay in control! You don't need to accept files that could take your company down

**Enterprise Group management tools**
Permission and identity management for a large company is complex and requires synchronizing with current products used by the enterprise. Thru AD (Active Directory) gets your users up and running without the hassles of additional software. Secure SSO and se

Please contact us to find out more. HERE

---

**PRODUCTS**
Thru Web Edition
Thru Outlook Edition
Thru Enterprise Edition
Thru Enterprise Server

**SOLUTIONS**
Certified Online File Delivery
Web FTP Replacement
Enterprise
Vertical

**CUSTOMER SUCCESSES**

**SERVICES**
Support Request
Information Request
Consulting
Training
Frequently Asked Questions
Downloads

**Thru.**
About Thru
News
Careers

**CONTACT**