# EXHIBIT 10
# TO DECLARATION OF JOHN M. CONE
# IN SUPPORT OF THRU INC.'S OPPOSITION
# TO DROPBOX, INC.'S MOTION FOR
# SUMMARY JUDGMENT

| From: | John Morant Cone |
|---|---|
| To: | "jslafsky@wsgr.com" |
| Bcc: | "Lee Harrison" |
| Subject: | FW: |
| Date: | Tuesday, February 7, 2012 9:32:38 AM |
| Attachments: | Attachment A.pdf |
| | Attachment B.pdf |
| | Attachment C.pdf |
| | Attachment D.pdf |
| | Attachment E.pdf |
| | Attachment F.pdf |
| | Attachment G.pdf |

Dear John:

In April 2002 Thru LLC, then known as Rumble International LLC, d/b/a Rumble Group, started operations providing digital file management services to its clients. During the first quarter of 2004 it introduced a new feature to its existing clients under the mark DROP BOX.  Attached as Exhibit A is a copy of the front page of the Rumble Group web site from May 2004, referencing the DROP BOX service. Attached  Exhibit B shows various content pieces, including internal documents created to support and promote the DROP BOX service in 2004-6.  The DROP BOX service was introduced to clients with release notes, calls and emails.

The first customers for the DROP BOX services are identified in attached Exhibit C. Attached Exhibit D is a copy of an exemplary invoice for the services in May 2004. There was no separate identified fee for the DROP BOX service.

Thru has continued to provide DROP BOX services to its clients without interruption since the first quarter of 2004.  Attached Exhibit E shows web pages from the early years mentioning DROP BOX.

Every client web site has, since 2004, displayed the DROP BOX mark and logo on its front page.  See examples at Exhibit F

Thru has promoted its DROP BOX service by web-based marketing efforts, email blast campaigns and in-person presentations by press notices, brochures and promotional materials.  Examples of the materials used in the presentations are at attached Exhibit G.

The DROP BOX services have, since 2004, been distributed to clients throughout the U.S.

Thru and its services are covered by analyst firms, such as Gartner, Forrester, IDC and Osterman.

Thru has promoted its DROP BOX services at trade shows, including at American Institute of Architects, Gartner-17 Expo, Application Architecture and Infrastructure, Healthcare Information and Management Systems Society.

Please contact me when you have reviewed this email and its attachments.

Regards,
John.

**John M. Cone, PC**
**Hitchcock Evert LLP**
750 North St. Paul Street
Suite 1110
Dallas, Texas  75201
+1-214-880-7002 (direct dial)
+1-214-953-1121 (facsimile)
jcone@hitchcockevert.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential.  If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

vv





FTH makes digital file distribution, sharing and management easy & secure

- Never have email bounce because the attachment was too large
- Get confirmation when the recipient has taken delivery of your files
- No software to load or need to reconfigure your computer
- Always have 128-bit SSL encrypted access to your files
- Never deal with FTP or IT issues again
- Ensure all files being sent or received are checked for viruses

Learn More   Reseller Program   Product Tutorials   Pricing/Purchase   Free 15-Day Trial

**FTH Overview v4.0**

- Customizable logon screen & url
- Intuitive and easy to use administration and user tools
- Create your own user groups to control access and functionality
- Power Upload – drag and drop file up-load
- Automated user home creation – Includes My Files, My DropBox and My Collect
- Transaction Log to track file usage, changes and ownership
- Distribution, create file collections, distribute access via secure links
- 24/7 Help Center for unlimited support & training
- Receive email download notifications

See Larger Screen

Phone Support 1 800 871 9316
Help Center is open 24/7

- Knowledge Base
- Support Ticket System
- Product Tutorials

| May 3, 2004 | Rumble Group establishes presence in Canada with Global Storm IT |
| April 26, 2004 | Value-Added Reseller Evigi Technologies signs on to resell FTH |
| April 14, 2004 | ServerMatrix bundles File Transaction Hub |
| April 6, 2004 | Epiphany signs on as FTH re-seller |
| March 24, 2004 | Rumble announces significant feature & interface upgrades in FTH v4.0 |
| March 10, 2004 | Rumble's Help Center goes 24/7 to support worldwide user base |

© 2004 Rumble International LLC
FTH dBank™ End User Agreement  /  FTH dBank™ Service Level Agreement



fth dBANK

# Features

**❶ Administration Tools**
Access real-time data on storage utilization, users, logins, keyword search, category/folder/file count and file usage. Create categories, add descriptions and assign access. Create user groups (including read only, download, upload & download and administration), created edit users and automatically send updated information and Send Messages to FTH users, user groups or the entire user base.

**❷ User Tools**
Create file collections, distribute secure access via integrated email. Full address book including distribution lists and private or shared contacts. Email notification and tracking of unlimited distributions. A user Home Directory which includes: My Files, My DropBox™ & My Collect™ folders accessible only by the logged in user. Extensive search capabilities, the ability to change profile details, access to Live Chat Support and Rumble Help Center 24/7.

**❸ Categories**
Users can search for folders & files by navigating the category structure, as categories are selected detail information on the creator as well as a description. Folders contained in the category appear in the lower section of the file console.

**❹ Folders**
Select folders to reveal contents, add folders and have the ability to cut, copy and paste folders into other categories. Use the select all feature to delete folders or download entire contents.

**❺ Files**
Choose from Power Upload (drag & drop) or Browser Upload to copy files into selected folder. Use select all to delete download and folder, or to collection or distribute. Select single-file download, click on spyglass icon to view thumbnail and highlight file to see detailed information.

**❻ Detail View**
The detail view shows information on the selected folder or file including the name and date/time of the creator, last modified, last download with the ability to email directly by clicking on the user name. Also view descriptive information and folder or file expiry features.

**❼ Clipboard**
Cut & paste folders and files to the clipboard, from there you can quickly move their location within the FTH dBank.

**❽ Transaction Log**
By selecting the Transaction Log feature you can view all the transactions taken place on the folder or file selected. They include creation, modification, downloads, distributions and collectors.

**❾ DropBox™**
DropBox™ allows non-FTH users to upload files to a users private DropBox™ folder. All files are virus scanned, the person uploading the file is notified via email (if successful delivery and the DropBox™ owner is emailed to notify of delivery. Perfect for replacing anonymous FTP as it is much easier to use and manage.

**❿ Distribution**
Rather than send large files as email attachments, that can be bounced, FTH allows you to collect files and distribute contacts feature you can create lists, favorites and share with other users. Keep constant track of who has download which files you have distributed and be sent email notifications when downloads occur.

**⓫ User Home Directory**
Every new user is automatically set-up with a user home directory which includes My Files, My DropBox™, and My Collect™. These folders can allow only be accessed by the logged in user.

**⓬ Help Center**
From anywhere within the FTH dBank you can access our 24/7 Help Center. Use Chat Support, our integrated email ticket system, link to live training sessions, choose from a selection of product tutorials or quiz our extension knowledge base.

**⓭ Email Notification**
FTH dBank includes an extensive email subsystem, which allows users to communicate with other users and have the FTH dBank notify them automatically based on events.

RUMBLEGROUP®

**Distribution**

The distribution system is a key component of FTH. Distribution allows users to distribute access to files to both registered and non-registered users.

To use Distribution select the distribution icon from the navigation bar, this will bring you to the New Distribution page. Step 1 is very similar to a standard email interface enter the addresses for the people you want to distribute the files to. You can either enter the email addresses directly or insert from your contacts or favourites. You can also enter a subject and message.

Step 2 Select the files you wish to distribute. There are 3 folders available - My Collect, files you have added from the system, My Files and My DropBox. Check box the files you wish to distribute.

Step 3 Choose when you wish the distribution to expire using the calendar. Then use the checkbox to be notified when users has collected the files. Then hit send distribution.

When you send a distribution an email is sent with the information you added in Step 1. When the recipient receives the email they click on the link this will open their browser and take them to a web page via an SSL secured connection. This page will reflect your corporate identity. The user can then choose from the files you have made available and either download them all using the multiple download just the files they want. They can go back to this page until the distribution expires. Each time a file is downloaded you will be emailed confirming the user and the specific file or files.

In the View Distributions page you will see all your live distribution, you can have an unlimited amount of distributions. A green tick will appear next to any distribution where one or more users have come in to download files. By selecting a distribution you will see the details including the message text the list of recipients and files. If the user has downloaded any files a green check will appear next to their name. Even after you have sent a distribution you can delete files and recipients from the lists.

By selecting the contacts tab you can see all the contacts available to you. Contacts are easily added by just including an email address. You have the option of keeping contacts private and therefore not shared or you can share with members of your user group or the entire FTH dBank. By selecting the Add Lists button you have the ability to choose from existing contacts to create a list which maybe project or user group specific. Once again you have the ability to either keep the list private or shared.

For contacts you use on a regular basis use the favourites feature to enable your preferred contacts to appear in the new distribution page.

My Collect is your folder which lists the files you have selected. From this page you can download the files to your own computer by check boxing the files you want and choosing Multiple Download this zips the files and allows you to download a single executable file. You can also select to delete files from your My Collect folder from here. By deleting files form My Collect you do NOT delete them from your FTH dBank.





**DropBox**

DropBox allows non-registered users (i.e. people who do not have a username or password for your FTH dBank) to upload files to registered users. In this way DropBox is similar to anonymous FTP. But with DropBox all files uploaded are virus scanned and are secured via SSL 128-bit encryption.

To use DropBox a user goes to the logon page of your FTH dBank where they will see the DropBox icon this will open a new window.

Step 1 You must enter the email address of the intended recipient. This email address must correspond to that of a registered user. A from address must also be entered.

Step 2 You then click the browse button to select files on their computer that they wish to upload. Each file has a description filed which can be filled out. A total of five files can be uploaded at a time.

Step 3 The upload now button copies the files to the intended recipients' DropBox. The system automatically sends an email to the registered user to notify that files have been uploaded to their DropBox. The user uploading the files is also sent an email confirming the successful up load of files.

Once the registered user receives the email notification they can log into their FTH dBank and select their My DropBox folder from their user home category. Here they will be able to see the file or files including the description entered by the sender. From here the user can download the file or cut the file to the clipboard and move it to a folder that can be accessed by other users. The email address of the sender is logged into the transaction log.





dropbox    1

DropBox™ allows non-FTH users to upload files to a users private DropBox™ folder. All files are virus scanned, the person uploading the file is notified via email of successful delivery and the DropBox™ owner is emailed to notify of delivery. Perfect for replacing anonymous FTP, as it is much easier to use and manage.

By clicking the RIGHT ARROW next to any subject, you can view more detail.

USERS/GROUPS - Here you can see how many users and user groups currently have permission to use your dBank.

LOGINS - How many times did your client login successfully and unsuccessfully? When did they last login? It's right here!

SIMPLE SEARCH - How many searches for folders and what words were
used to search by? Look no farther!

CATEGORIES / FILE GROUPS - View the category/folder structure and
how many times each category and/or folder was viewed.

DOWNLOAD FILES - See files, their sizes and also how many times each
was downloaded.

ADVANCE SEARCH - View how many times the advance search was used and
how it was used.

## DropBox

DropBox allows non-registered users (i.e. people who do not have a username or password for your FTH dBank) to upload files to registered users. In this way, DropBox is similar to anonymous FTP. But with DropBox, all files uploaded are virus scanned and are secured via SSL 128-bit encryption.

To use DropBox, a user goes to the logon page of your FTH dBank where they will see the DropBox icon. This will open a new window.

Step 1 They must enter the email address of the intended recipient. This email address must correspond to that of a registered user. A From address must also be entered.

Step 2 They then click the browse button to select files on their computer that they wish to upload. Each file has a description field which can be filled out. A total of five files can be uploaded at a time.

Step 3 The upload now button copies the files to the intended recipients' DropBox. The system automatically sends an email to the registered user to notify that files have been uploaded to their DropBox. The user uploading the files is also sent an email confirming the successful up load of files.**********************************

Once the registered user receives the email notification they can log into their FTH dBank and select their My DropBox folder from their user home category. Here they will be able to see the file or files including the description entered by the sender. From here the user can download the file or cut the file to the clipboard and move it to a folder that can be accessed by other users. The email address of the sender is logged into the transaction log.



**RUMBLE**GROUP

Last Updated: **October 4, 2004**

**INDUSTRY SPOTLIGHT**

**Architectural, Construction & Engineering**

This industry is based on the sharing and management of documentation. FTH is used by a number of leading Architectural, Construction and Engineering firms to simply and securely distribute, manage and track project documentation. FTH is quicker than burning files to a CD and using FedEx to get them across town, the state, the country or the world , which is a method often used. In addition FTH offers accountability, being able to <u>track</u> who accessed which file and when has become a key element of project management.

**Advertising & Design**

Advertising and design often involves an iterative process in a very short time frame. FTH is being used in this industry to make files available without the need for additional software or technical support. We have found a number of these customers have tried FTP and email attachments in the past but experienced technical problems as well as the lack of confirmation of delivery/receipt. FTH is simple to implement and use, the <u>Distribution</u> feature allows users to send files with the highest level of security without the person receiving the files having to go through any learning curve in order to receive and use.

**Print & Post-production**

Moving files and keeping track on them is essential in the print and post-production market. The use of an incorrect file can result in the waste of time and money. FTH is being used by companies in this field to ensure people have access to the right files at the right time. The simplicity of FTH coupled with features like, <u>Expiry</u> enables users to keep their files up to date and clean without spending hours reviewing and deleting.

**Software Development**

So much of the software industry is distributed across the world. Our customers in this industry have found FTH invaluable in allowing multiple programmers in multiple locations share both files and information about those files in a secure virus free environment. Unlike FTP, FTH features the ability for users to leave notes and descriptions about files and folders so that other people using the system can quickly find what they are looking for quickly. This feature is imperative in the software industry as going through the process of downloading a file and then trying to work out if it is the correct one can be a lengthy process.

**Healthcare**

Compliance is a major issue in the healthcare industry. We have a number of companies in different areas of the healthcare industry who use FTH to manage the access to important medical records. FTH has proven itself as a solid tool to manage the





distribution of files between doctors, insurance companies and other healthcare professionals. The ability of FTH to generate custom reports allows for full HIPPA compliance while being easy to use.

## Legal

Every lawyer has to deal with the acquisition and management of large amounts documentation in digital form. FTH has been deployed in law offices to aid lawyers to collect, manage, distribute and track valuable files. In particular the DropBox feature of FTH makes it very easy for clients to upload files directly to their lawyer, it is completely security, includes time/date stamp and email notifications.



 RUMBLEGROUP

FTH 3.6.2 to 4.0.2b2 Upgrade

1) Prior to upgrading, determine how much storage the site has purchased. This can be found in the Master Table in TBL_FTH_SITES

2) Look for oem_logo.gif files in images and images/login. These are most likely to be custom logos for some. Save these.
> Service_provider_logo.gif
> Customer_logo.gif
> Oem_logo.gif

3) Be mindful of the global.asa and default.asp files for each site.

4) Perform a power upload, browser upload and download to make sure all works. Then send a distribution or broadcast message to yourself to make sure it works.

5) If you are moving a site from fth.rumblegroup.com/sitename, there are some issues with security. See the configuration manual section 3 page 12 & 13 to set the proper permissions for IWAM, IUSR, WEB Anonymous and WEB User.

IIS pre-upgrade preparation
- Open Internet Services Manager on the server that contains the site to be upgraded. I.e. fth.rumblegroup.com
- Determine if this is a hosted site, I.E fth.rumblegroup.com/cut or if it is a regular site, I.e. fth.gideontoal.com
- If it is hosted, it will be in the "default web site" directory. If it is a regular site, it is listed by its name, ie GideonToal FTH.
- Right Click and choose "properties" and change the site properties "local path" to f:\InetPub\fthmaintenance. This is the location of the upgrade banner that users will see while the upgrade process is underway.

Site database (SQL) pre-upgrade preparation
- Open SQL Server Enterprise Manager
- Navigate the SQL Server tree until your get to the Database for the site you are upgrading. The database name should resemble the name of the site. Ie gideontoal
- Backup the customer database
  o Right-Click on the customer database icon and select ALL TASK > BACKUP
  o Remove any files that may be listed in the Destination section
  o Add a new file and create it (choose the browse option) in F:\database_bk\dbname\dbname_db_PRE402.BAK
  o Hit OK button and navigate back to the main window
  o Keep all defaults and click on OK button to create the backup.
- Make sure the customer dbname is still selected and then select menu options TOOL > SQL Query Analyzer
- Double check that the dbname appears in the selected db box in the QA menu

- Click on the Open Folder icon in the top menu to open the upgrade sql script that needs to be run to upgrade the db to 402.
  - o There are 2 upgrade scripts that can be opened;
    - ▪ Upgrade362db_to402db_05142004.sql
    - ▪ Upgrade401db_To402db_05182004.sql

(These scripts (SP) are stored in f:\fth_upgradescripts)

- Run the appropriate script by clicking on the Green Arrow Head icon.
- A message should display "The command completed successfully" after the script is finished running.
- If you are upgrading from 3.6.2 a second script must be run to create the user home category objects.
  - o f:\fthscripts\fth_upgradescripts\configure_userhomes_from362_05132004.sql.


- Go to the folder F:\Inetpub directory and open the folder for the customer FTH site being upgraded.
- Make a copy of the images folder and the files default.asp and global.asa. They can be renamed with the suffix 362 such as global362.asa.
- Copy the 402 version of these files and the images folder from the generic402b2 folder in F:\Inetpub
- DO NOT COPY THE CONFIG, UPLOAD AND DOWNLOAD DIRECTORIES FROM THE GENERIC402B2 DIRECTORY!!!
- For a 401 upgrade you can simply copy lines 51 to 54 from the generic402b2 global.asa file into the existing customer global.asa file.
- For 3.6.2 upgrade, the global.asa changes significantly and it better to copy the generic file and replace the occurrences of the string generic in the file.
- Copy the appropriate images from the images362 folder to the images\custom folder.
- Modify IIS
  - o If you are upgrading a site from 3.6.2, change the local path for the virtual directory "codebase" to F:\Inetpub\codebase402b2
  - o If you are upgrading a site from 4.0.1, rename the virtual directory from "codebase40x" to "codebase", then change the local path to F:\Inetpub\codebase402b2

Change the Home Directory of the Virtual Directory or the Website back to f:\inetpub\sitename

- For 3.6.2 upgrades, you can remove the folders supportcontent, usergroups, visualbasic
- That's it! Check that the login page appears in a browser.

4.0.2 Upgrades that get the 4.0.3 default.asp. The new dropboxpromoanim.gif file is located in f:/inetpub/generic403/images/login.

Fth version 4 release notes

Raw release notes are named "4_0_mmddyy_rev "
4_0 Major-Minor release level
mmddyy date the codebase was released. The developers decides the date.
_rev starts with 2. There is no such rev as 1, refresh or update.

The release notes begin with Build mmddyy

Build 040804

1) 1/2/3/4 buttons removed from category pages,
2) State of 'All' icon reversed in cat pages,
3) Commas excluded from the allowed chars in files/folders
4) N/A instead of unknown,
5) Validation added to Edit Folder Name

QA installation: please watch overwriting of setvariables.asp, local path settings need to
be transferred to a new setvariables.asp.

Build 040604:
1) Background image for top navigation is moved from setvariables.asp to global.asa,

2) Names for home folders come from DB both in main gui and New Distro, requires SP
update.

3) Fix for long usernames and passwords on the back-end

Application directory 040604:
1) Fix for long usernames and passwords in front page default.asp,
2) Background for menus is moved to global.asa (change in provisioning may be
required!)

Build 040504_2

A few fixees added, archive refreshed

1) New icons in New Distribution,

2) Named for MyFiles, MY Drop Box and My Collect are parametrized and come from
setvariables.asp,

3) Files sent to Distribution from main GUI are pre-selected

4)(added) My Collect is converted to striped list now (we missed that!)

5)(added) MAC fixes for My Collect (select all was not working) and distro pages

Build 040504

Here is update for 4.0, GUI fixes mainly.
To install, please drop the files into the 'codebase' directory

040504:
1) New icons in New Distribution,  removed the white gaps between sections

2) Names for MyFiles, My Drop Box and My Collect are parametrised and come from
setvariables.asp now, DropBox is changed to My DropBox

3) Files sent to Distribution from main GUI are pre-selected


Build 032904

Build is on fth/dev, 'codebase40', please note that you need both appdir\images and
codebase since new graphics was added

Not Complete:
- Drop Box still has 2 errors, hopefully Jrani will fix that tomorrow, I have sent out email
with description on Friday
- some admin screens need new html headers - will fix Monday
- new 'New Distribution' page needs to be fixed on Mac, does not work now - will fix
Monday
- new front page - Jrani

New:
- new Distribution GUI with My Collect, My Files, DropBox visible in
  New Distro page, works on PC
- My Files, DropBox folders in main file GUI do not allow Collect and
  Distribute functions to avoid creation of duplicate records in distribution
- Storage Quota Increase Request implemented, Reporting page header changed
- notifications and Quota management email addresses are parameters in setvariables.asp

Fixes:
- small and large icons for My Files, DropBox work correctly now
- dashboard is changed according to SMD's requests
- viewcollect empty collection and malformed pass errors are fixed
- collect and distro SP fixes (Daniel)
- User Add/Edit allows empty phone number according to Daniel's request, error returns
fixed.

Build 03-21-04

1) Category-level permissions are implemented,

2) Search interface is in progress (see first cut of keyword search)
3) bam_com is removed
4) Drop Box is not integrated, requires reworking

Please note that the new IP address of dev server is: 67.120.103.30

Build 031904

Home cat and folder are implemented except for 'Pending' use case, multiple fixes of logic. Home locations can not be removed till the owner user is removed. Category and Folder(to use with icons) types are introduced

Build 031704

Implemented multiple group support in broadcast and Permissions, new top navigation with icons, requires update of the 'images' subdir of the application dir.

Build 031604

Multiple groups are implemented in user and group management, in category tree (what user sees is OR of his memberships) and level1-4 permissions, quotas and My Profile are integrated.

FTH Release notes
These notes are based on what state the QA machine, RNIDBANK, is in.
Version 4.01 Start 04-13-2004

NOTE: internal – this is rumble internal stuff. External – Stuff that can go public.
NOTE 05042004 Forked Release Notes Stuff that is more operational material is in the
Operation Notes. Internal fth materials will continue here.  Steve

Fth 4.01 05102004
There is a file type fix available for the thumb nail process. This file should/need to be
tested on a migrated database. QA doesn't have one
file_types_fix_051004.zip

NOTE: FTH 3.6.2 to 4.01 upgrade information
Beginning the week of 5-3 efforts were underway to upgrade 3.6.2 sites to 4.01 code.
Rumble Group's corporate and developers site has been upgraded, but, there is some
issues that need to be resolved.
Here is a short list
    Migrated users '--Users Homes--' category disappears after editing users profile.
    This does not happen with users created after the migration is complete
    File Types not implemented. This causes the ThumbNail process to fail.
    Distributions created before migration are not valid after the migration. User will
    get a page not found error.
Here are some thoughts from Daniel and Sergey on some migration issues:
--------------------------------------------------------------------------------------------------------

Here is prob #1 discovered on the 'migrated' DBs:

general bug in category listing and editing, sp_get_cat_info, im_catedit.asp

if a category does not have a description, first recordset returns empty, and cat edit page does
not receive cattype parameter and deletion of the home cats is not blocked. The suggestion is to
return a cat description in a separate recordset from dates and cattype, I will change the ASP
code accordingly, please tell me what recordset will have a cat description.

There is also another  problem  - text descriptions in migrated home cats can not be saved, new
home cats are ok, I am looking into this,  will send next email when found

-Sergey

--------------------------------------------------------------------------------------------------------

Daniel,

looks like these 2 problems reside in DB layer:

#2. after sp_modify_user is called on 'migrated' user, sp_get_cat does not return the '--homes..--'
cat and user home category, can't understand why

That sequence works ok on the newly created user.

#3 migration script does not create rows in the TBL_CAT_DESC1 and it looks like sp_modify_cat can not create them either, so it is not possible to edit the text in cat edit page. The suggestion is for migration script to create rows in TBL_CAT_DESC1

-S

------------------------------------------------------------------------------------------------------

Fth 4.01 050804-internal
New Codebase installed
      800x600 windows size enabled
      Search results now include a link to the source folder
      Faster selection in large file folders
      Mac drop box works
      Collections file save fix for Mozilla 1.6 users
      Multi browser collect feature

Files effected: dev_codebase_050704.zip


Fth 4.01 05072004-internal
Fix for 800x600 scrolling. 800x600_fix_050704.zip
Files affected
cut_container.asp
ffmain_container.asp
im_menu.asp

Fth 4.01 05062004-internal
Two minor fixes for Netscape/Mozilla users
file_download_050404.zip Made the "hand" appear for Netscape and Mozilla users
Saveasdialog_050504.zip Allowed Windows Mozilla 1.6 users to download files with spaces in them. This problem did not appear in Mozilla 1.4 .

Files affected:
file_download.asp
saveas_dialog.asp

Fth 4.01 05052004-internal
New code to allow collection pickup using browsers other than IE. Safari 1.0, 1.2.1 and Netscape 7.1 for the Mac. Netscape 7.1, Mozilla 1.6 and 1.4.1 on Windows 2K. Mozilla 1.4 on Linux tested.

Files effected: This was rolled into Codebase_05042004.zip.

Fth 4.01 05042004-internal
Added email address notifications at rumblegroup dot com. Even though this is a "Do Not Reply" address, someone will. The server will auto-reply with a message pointing to helpcenter@rumblegroup.com.

Fth 4.01 05032004
Various timeout values
I believe the problem is in the setVariables.asp "SessionTimeout" variable setting. It was set at 30 minutes by default so I changed it to 120 minutes.

I also checked all of the timeout settings in IIS.

The timeout settings for demo40 (....and all other FTH accounts):

Connections Timeout = 10,800 seconds (3 hours)
Session Timeout = 240 minutes (4 hours)
ASP Script Timeout = 7,200 seconds (2 hours)

Fth 4.01 05032004-Internal
Sergey provided the following:
I posted a fix into codebase401 on FTH/dev, file check_logout_functions_030504.zip, it looks like a rare situation when Session("guid") expired after half of the page was interpreted, I added additional checks around clipboard cleaning calls. Was not able to reproduce. Please validate on the large files.
Files Changed check_logout_functions.asp

Fth 4.01 04292004_1 internal
Installed updated Stylesheet to fix Browse Buttton issue. Mac Drop Box now works and looks right.

Files added style40.css in codebase directory

Fth 4.01 04292004 internal
Drop Box for Mac is working. Files changed or added:
Drop_box_mac.asp
Drop_box_win.asp
Drop_box_db.asp
Drop_box.asp
EmailCheck_mac.asp

Note: The mac version of the drop box page needs some work. The browse button is clipping the file input window.

Fth 4.01 04282004 – internal
"Message of the Day" or motd for the unix gurus out there
New versions of setvariables.asp and dashboard.asp to display messages in the dashboard for promotional or information needs. This release focuses mainly on Servermatrix users to get them to upgrade storage space.

E-Mail issues 4/28/2004 – external
We currently use the local e-mail system to send distribution and other system related mail. Sometimes the server we use can't keep up. You'll see a message that a distribution was built but not sent. For now, just wait a bit and try again. It will usually work.

Fth 4.01 Build 041904: internal

Help Center Training, Tutorials and Knowledge Base links point to the new pages. All open in new windows.

File help_center.asp replaced


Fth 4.01 Build 041804: internal
Password bug found and terminated. If verify new password field is blank and update pressed nothing would happen. You will now get a dialog box telling you the error of your ways. File im_userprofile_db.asp was changed.

Power Upload is now Rumble branded. SAXfile.cab was installed

Clipboard Icon is smaller
Clipboard_icon_small.gif installed along with file_structure.asp and folder_structure.asp.


Fth 4.01 Build 041604: - internal

1)home cats are level 2 now, requires new DB create or upgrade script from Daniel. Level 1 home category name is set in setvariables.asp

2)clipboard mark for files/folders is implemented,

3)reversed to previous Clear Clipboard one icon gui

4) removed colon from forbidden chars in setvariables.asp, otherwise it blocks keyword update for My Files, DropBox that contain the colon
Editors Note:

Stored Procedures needed
FTH40_StoredProcs_Build04-16-2004.sql

db Create File needed
FTHDB40_Create_04-16-2004.sql


Fth 4.01 - internal
codebse released 4-13-04

here is the codebase with implemented clipboards, please update your DB accordingly, Daniel is the source of knowledge. Please not that clicking on clipboard icon empties relevant clipboard, this icon will change the state to 'erase' icon if clipboard is not empty as soon as I get the widget from Rob, supposedly tomorrow

Stored Procedure needed
FTH401_StoredProcs_Build04-13-2004.sql

**Release Notes**

| | |
|---|---|
| Application: | FTH |
| Version: | 5.3.0 |
| Created By: | Brent Yager |

Date: September 20, 2005

## 1) WHAT'S NEW

1) Passwords are now case-sensitive due to stronger encryption methods.

2) DropBox now has Power Upload!

3) Administration tree added. The administration tree contains administrative functions accessible by Managers and Administrators. To get to the administration tree click on the administration button at the button of the current tree.

4) The TOOLS section has moved. All the administrative tools have been moved into the administration tree. The user profile page has moved to the "My Profile" node in the default tree.

5) New user and group management interface.

6) The Request User Account feature has been permanently removed.

7) New user accounts now require activation. When an account is created, the user will receive an email with instruction how to activate his account.

8) Administrators and Managers can no longer change a user's password.

9) Forgot password is now fully automated. Users can request an email that will contain instructions about how they can change their password.

10) Forgot Username feature added. Users can request an email sent to them that will include their username.

11) Email addresses must now be unique.

12) The News feature has been permanently removed.

13) Permission assignment interface has changed.

14) A disclaimer has been added to the DropBox, configurable via the Options section in the administration tree.

15) Thumbnails tab added to folder/file views. This tab allows a user to upload/manage thumbnails of any file.



909 Lake Carolyn Parkway Suite 1950 Irving, TX 75039 USA
Telephone 214 496 0100 Facsimile 214 496 0102
www.rumblegroup.com

R219.01TUS

**2) THINGS TO NOTE**

1) When an administrator checkmarks a user to activate him/her and then clicks ACTIVATE, there is no visual feedback given to the administrator. The action does take place, but with no visual feedback. The NO in the status field does not change until the user completes the activation process.

2) Some customers that have migrated from older versions and utilized the hyperlink feature in their email signatures, may have an issue where the hyperlink no longer works properly. Verify your hyperlink reads like so: https://fth.COMPANYNAME.com/drop_box.asp?toemail=xxxx@xxxx.com INSTEAD OF https://fth.COMPANYNAME.com/DROPBOXCOMMON.asp?toemail=xxxx@xxxx.com.

As always we look forward to your comments and feedback. If you would like a demonstration of v5.3.0 please contact the Help Center helpcenter@rumblegroup.com or call 1800 871 9316. You will be notified when your FTH dBank is scheduled for upgrade. This upgrade will not involve any downtime of the service.

**Brent Yager (brent@rumblegroup.com)**
Help Center Specialist

**RUMBLE**GROUP

2

**Release Notes**



| Application: | FTH |
|---|---|
| Version: | 5.4.0 |
| Created By: | Brent Yager | Date: | November 2, 2005 |

## 1) RELEASE NOTES FROM 5.3

1) Passwords are now case-sensitive due to stronger encryption methods.

2) DropBox now has Power Upload!

3) Administration tree added. The administration tree contains administrative functions accessible by Managers and Administrators. To get to the administration tree click on the administration button at the button of the current tree.

4) The TOOLS section has moved. All the administrative tools have been moved into the administration tree. The user profile page has moved to the "My Profile" node in the default tree.

5) New user and group management interface.

6) The Request User Account feature has been permanently removed.

7) New user accounts now require activation. When an account is created, the user will receive an email with instruction how to activate his account.

8) Administrators and Managers can no longer change a user's password.

9) Forgot password is now fully automated. Users can request an email that will contain instructions about how they can change their password.

10) Forgot Username feature added. Users can request an email sent to them that will include their username.

11) Email addresses must now be unique.

12) The News feature has been permanently removed.

13) Permission assignment interface has changed.

14) A disclaimer has been added to the DropBox, configurable via the Options section in the administration tree.

15) Thumbnails tab added to folder/file views. This tab allows a user to upload/manage thumbnails of any file.



909 Lake Carolyn Parkway Suite 350 Irving, TX 75039 USA
Telephone 214 496 0100 Facsimile 214 496 0102
www.rumblegroup.com

R216.01TUS

**2)  THINGS TO NOTE FROM 5.3**

    1) When an administrator checkmarks a user to activate him/her and then clicks ACTIVATE, there is no visual feedback given to the administrator. The action does take place, but with no visual feedback. The NO in the status field does not change until the user completes the activation process. This will be addressed in the next version.

    2) Some customers that have migrated from older versions and utilized the hyperlink feature in their email signatures, may have an issue where the hyperlink no longer works properly. Verify your hyperlink reads like so: https://fth.COMPANYNAME.com/drop_box.asp?toemail=xxxx@xxxx.com.

**3)  RELEASE NOTES FOR 5.4**

    1) For new or existing groups, a user with Administrator role can define what user role can modify that group. Current choices are Managers +  Administrators or Administrators only. This allows users with Administrator role to limit access to sensitive groups like the 'Administrators' group that have access to the root of the file system and prevent these groups from being edited by project managers which circumvents the permission system.

    2) FTH now supports 2 new permissions instead of Write permission: Create and Modify. Together, they are equal to Write permission if both are set. Create permission turns folder into append-only mode so existing documents can not be overwritten and file name is always versioned if name conflict occurs. Modify permission allows overwriting of existing files only, new files can not be created in the folder. Both permissions allow metadata modification.

    3) Users with the Manager role do not have access to Options editing to modify application-wide parameters, Administrator role is required.

    4) Broadcast message is sent using BCC

    5) Multiple download saves zipped files as FTH-XXXXX.zip where XXXX is a random number.

    6) List of distributed files and folders is added to a body of distribution email for audit purposes.

    7) The contacts shared by a user are not available after the user is deleted.

    8) Improved visual feedback on password activation and password reset by user, input fields disappear after the action.

    9) Popup windows with tips are added in Search and Access screens

    10) User search screen layout is changed in Modify group membership and access pop-ups to provide better usability

    11) Tabs are removed from Distribution screen since New Distribution is accessible from Send button only

    12) Folder tree loads much faster which helps Administrators who can see home folders for all users.

    13) Dropbox screen now fits in 1024x768 with email correction section



As always, we look forward to your comments and feedback. If you would like a demonstration of v5.4.0 please contact the Help Center helpcenter@rumblegroup.com or call 1 800 871 9316. You will be notified when your FTH site is scheduled for upgrade. This upgrade will not involve any downtime of the service.

**Brent Yager (brent@rumblegroup.com)**
Help Center Specialist



# Release Notes for Thru server and web application 6.0.X

## _External Information for customers_

### _1. Thumbnail view_

- GUI switches between Thumbnail view and List view by dropdown at the top of the page

- Each item in TN view has the following properties inside the page view:

  for the files:
  - thumbnail: 200x200 pixels, a click selects the item and brings up the tabs
  - filename: a click selects the item and brings up the tabs
  - green arrow for download, same download action as in the list view

  for the folders:
  - thumbnail: 200x200 pixels folder icon, a click navigates inside the folder
  - folder name: a click selects the item and brings up the tabs
  - green arrow for download, same download action as in the list view

  For both: same file/folder widget is displayed as in Detailed view with ability to show state
  in Favorites and in clipboard. Selection checkbox is available.
  Layout : Thumbnail or large icon on top, below is the row with checkbox, green arrow,
  status widget and name, left to right. The name wraps to its beginning if it does not fit.

- Thumbnails are generated at the time of upload, both internal and through the dropbox
- No state is preserved while switching between Thumbnail and List views, like checkboxes
  and selection

### _2. Inquiry link and link to original image_

- In the Summary tab below the Date deleted and deleted by section that replaces Expiry
  fields in the right column, there is a link with the customizable text.
  The link opens popup email window with preset text and preset TO email address.
  TO address and link text are set in the Administration/Options/Email Messages tab,
  mandatory fields are as follows:

  Inquiry link text: _____
  Inquiry is sent to:_____
  Inquiry subject: _____

  Inquiry link can be enabled/disabled  by Activate checkbox below the fields. When
  disabled, Inquiry link disappears from the Summary pane. By default the Inquiry link is
  disabled.

- Inquiry email message popup, form fields:

From: First and last name of current user, read-only
To: comes from "Inquiry is sent to" global parameter from Options section, read-only
Subject: comes from "Inquiry subject" global parameter from Options section, read-only

Message, read-write:
message text is preset with the following 3 text sections at the top of email:

**File/folder (the term is selected according to the type of the object) name:<___>**

**File/folder (the term is selected according to the type of the object) description:
<___>**

**Path to the parent folder: /___/___/___**

A user types the message below the preset text

One of the purposes of Inquiry link feature is to support 'Order' function for Stack Design

- A link to original image exists at the top of Thumbnails tab provided that 2 conditions are met:
  - file type is GIF, JPEG or PNG
  - user has 'download' permission in the parent folder
  additional row with the link appears in the Views tab above "FTH Generated" row, named **Original Image**.
  Click on that link opens browser popup window with the full image.

## 3. Enhancements  in  Advanced Search page

- at the top of adv search page there is search location information tagged **Search In**  that displays either All Folders with **Recursive** checkbox checked and disabled, or displays a path to specific folder and **Recursive** checkbox is available for selection by user. **Search In** is set to a specific folder path if Adv search screen is called from the spyglass icon next to breadcrumb, see item below.
- To search inside specific folder and its subfolders, navigate to this folder and click the spyglass icon displayed to the right of the breadcrumb, see section 6
- Below the Description field there are 2 checkboxes tagged **Include**: One for folders, the other for files, that allow search files and folders separately or together
- **Created By** section is replaces by a similar **Modified By**  section, since the main search by date  workflow uses modified date.
- **Date Created** search fields are replaced by **Date Modified** search fields

## 4. Summary Tab

- **Modified By** and Modified Date section is added below Created secion, in a similar way the name is clickable and produces an email popup
- Expiration section is removed, will be replaced by Deleted By and Deleted Date in the future, currently Deleted lines are hidden and Inquiry link takes its place. In the future Inquiry link will be on top of Deleted section.

### 5. View toolbar and paging

- 3rd toolbar row is created below the breadcrumb toolbar to modify view options, currently contains 2 dropdowns: a)page navigation dropdown based on a dictionary on the right that works for the pages that exceed 50 rows in Details view and 5 rows in Thumbnails view; b)Thumbnail/List view dropdown on the left that always defaults to the List view when a user logs in. Once user selected a type of a view, it is persistent across this user session.

## 6. Search in this (current) folder

A spyglass widget located on the right edge of a breadcrumb row leads to Advanced Search page with the search path set to the current breadcrumb value.

## 7. Download Transaction Log for a file or folder as a CSV file to save into Microsoft Excel.

The 'Export' button is added to Transaction Log tab, click on that button saves transaction log in a CSV format that can be opened by MS Excel.

## 8. Custom login page that can be hosted on the customer's server

6.0.7 Introduces a new feature which allows a customer to host a custom login page on there web server. Their custom login page will allow to login to FTH. Once users are logged in through a custom login page, they are redirected back to that page when clicking logout, or in certain error scenarios outlined in the feature spec.

There is no configuration necessary on the server side to use this feature. When a user logs in from a page other than our default login page, the application will remember that url until the user logs in again.

When a redirection happens some values are passed in the query string to inform the custom login page of error conditions etc. The **type** parameter is a value 1- 3 that indicates why the redirection happened. Using these redirection type codes, customers can display a message on their login page to inform the user about why he was redirected

The values are as follows:

1 Timeout
2 Access Denied or forced logout
3 User logged out

The second parameter in the query string is **error,** which contains our error code. A complete list of error codes can be found in development documentation in Source Safe. This code can be used to provide further information about why the user was redirected. This list is rather large, and is constantly being updated as errors are added to the system. It is not advisable that customers use these codes unless absolutely necessary.

Note: User session may also be deleted as a result of concurrent logon under the same user on a different machine/browser instance, or site migration, which is treated internally as Access Denied error but is not an error situation in terms of a workflow.

If designers of custom logon pages want to display a special message in this case, the url parameters are: type=2, error=101

6.0 release folder contains custom login page which can be used as a template for our customers to build their custom login pages. The template is pretty self explanatory, but here are some guidelines for custom login pages:

1) Form must submit to the page named **Login.aspx** on the customer's site via **POST**
2) User name field must be named **UserName**
3) Password field must be named **Password**
4) UTC Offset field must be named **UTCOffset**. This field submits the user's UTC (universal time) offset to FTH. The template includes code which shows how to get this value. The value could be hard coded if the customer whishes to use a static a UTC Offset.
5) Page must be capable of "busting" out of frames. The template includes code which shows how to do this.

## 9. Thumbnails

Starting in version 6.0.8 thumbnails are generated as jpg file type instead of gif.

## 10. Large email message size

v6.0.14 and later: Limit for email body text in Thru email messages is increased from 7KB to 2GB

## 11. Power Upload ActiveX

v6.0.14 and later

ActiveX is activated automatically and does not require additional click with the latest security updates for Internet Explorer. Power Upload ActiveX is signed by Thru LLC certificate and contains newer version of upload libraries. Version 6.0.14 will push new build of Power Upload ActiveX to any user on the first page hit.

## Change Log: Internal information for operation and QA engineers.

## Build 6.0.11

## 1. Multiple root sites are allowed in the same DB.

In order to support wildcard certificate based hosting with the customer url naming convention '*.thruinc.com ', we have changed the deployment requirements. Name of the site in IIS site Properties/Description field should be the same FQDN as Name field in TBL_SITE which is set by the line

**SELECT @Name = 'fth.rumblegroup.com'**          **-- Unique name for the site**

in SiteSetup.sql script.

This name is retrieved by WMI call in the code, the permission problem is resolved by using .NET code to retrieve the values both for ASP and ASPX pages.

## 2. Migration Tools

DB Migration scripts and thumbnail generation command-line tool that populates existing Thru sites with thumbnails for appropriate file types, will be supplied after the first phase of QA. After

application passes the tests and it becomes clear what changes in code/DB are required, if any, migration tools will be shipped to QA as well. Testing of migration scripts should happen at the end of QA cycle.

### 3. Filesystem logging system was completely re-implemented

It is a brand new subsystem an requires a full QA cycle

### 4. Build 6.0.7 and later of the Thru server does not use Imagemagik.

.NET API to GDI+ functions is used instead to generate thumbnails for the following file types: BMP/GIF/JPG/PNG.

### 5. In the build 6.0.9 and later of Thru server internal Power Upload does not use FileUp.

Please QA uploads of the large files and large folder hierarchies.

### 6. Deployment .NET  cache configuration for version 6.x

The location can be changed in the web.config, setting the tempDirectory in the following element
<compilation defaultLanguage="c#" debug="false" tempDirectory="f:\Temporary ASP.NET Files">
The suggestion is to keep the name of the folder "Temporary ASP.NET Files" so that we know what the is the purpose of the folder. The purpose is to move .NET cache off C: drive to F: RAID drive in the production environment, bug record 1041

### 7. Known upload issues:

Dropbox power upload ASP page can cause the bug "007~ASP 0101~Unexpected error~The function returned |." on the large folder tree uploads,  bug #1045. The solution is to reimplement the page in .NET in the future versions.

XFile has a bug that can cause large tree upload to hang when spaces are present in the folder names, bug #1047. ActiveX will be rebuilt and replaced when Software Artisans fix the problem. Application code starting with 6.0.9 supports upgrade of ActiveX when newer .CAB file is placed at the 'components' location, please QA.

### Build 6.0.14

### 8. Email body storage

Email body is stored in the column of type TEXT now, that allows email body text up to 2GB size. Note for QA: Please verify sending and browsing of large emails both in web and Outlook client. Cases # 1076, #1065

### 9. Uninstallation of Power Upload ActiveX

Uninstallation of ActiveX component is a void operation to avoid breaking of Thru Outlook client, see cases 1086, 1059

# Release Notes for v6.0 Thru.Web Edition

(April 10, 2006)

## 1. Thumbnail view

- GUI switches between Thumbnail view and List view by dropdown at the top of the page

- Each item in TN view has the following properties inside the page view:

  for the files:
  - thumbnail: 200x200 pixels, a click selects the item and brings up the tabs
  - filename: a click selects the item and brings up the tabs
  - green arrow for download, same download action as in the list view

  for the folders:
  - thumbnail: 200x200 pixels folder icon, a click navigates inside the folder
  - folder name: a click selects the item and brings up the tabs
  - green arrow for download, same download action as in the list view

  For both: same file/folder widget is displayed as in Detailed view with ability to show state in Favorites and in clipboard. Selection checkbox is available.
  Layout: Thumbnail or large icon on top, below is the row with checkbox, green arrow, status widget and name, left to right. The name wraps to its beginning if it does not fit.

- Thumbnails are generated at the time of upload, both internal and through the DropBox
- No state is preserved while switching between Thumbnail and List views, like checkboxes and selection

## 2. Inquiry link and link to original image

- In the Summary tab below the Date deleted and deleted by section that replaces Expiry fields in the right column, there is a link with customizable text.
  The link opens popup email window with preset text and preset TO email address.
  TO address and link text are set in the Administration/Options/Email Messages tab, mandatory fields are as follows:

  Inquiry link text: _____
  Inquiry is sent to: _____
  Inquiry subject: _____

  Inquiry link can be enabled/disabled by Activate checkbox below the fields. When disabled, Inquiry link disappears from the Summary pane. By default the Inquiry link is disabled.

- Inquiry email message popup, form fields:

  From: First and last name of current user, read-only
  To: comes from "Inquiry is sent to" global parameter from Options section, read-only
  Subject: comes from "Inquiry subject" global parameter from Options section, read-only

  Message, read-write:
  message text is preset with the following 3 text sections at the top of email:

  **File/folder (the term is selected according to the type of the object) name: <___>**

  **File/folder (the term is selected according to the type of the object) description: <___>**

  **Path to the parent folder: /___/___/___**

  A user types the message below the preset text


- A link to original image exists at the top of Thumbnails tab provided that 2 conditions are met:
  - file type is GIF, JPEG or PNG
  - user has 'download' permission in the parent folder
  additional row with the link appears in the Views tab above "Auto Generated" row, named
  **Original Image**.
  Click on that link opens browser popup window with the full image.


## 3. Enhancements in Advanced Search page

- At the top of Advanced Search page there is search location information tagged **Search In** that displays either All Folders with **Recursive** checkbox checked and disabled, or displays a path to specific folder and **Recursive** checkbox is available for selection by user. **Search In** is set to a specific folder path if Adv search screen is called from the spyglass icon next to breadcrumb, see item below.
- To search inside specific folder and its subfolders, navigate to this folder and click the spyglass icon displayed to the right of the breadcrumb, see section 6
- Below the Description field there are 2 checkboxes tagged **Include**: One for folders, the other for files, that allow search files and folders separately or together
- **Created By** section is replaces by a similar **Modified By** section, since the main search by date workflow uses modified date.
- **Date Created** search fields are replaced by **Date Modified** search fields


## 4. Summary Tab

- **Modified By** and Modified Date section is added below Created section, in a similar way the name is clickable and produces an email popup
- Expiration section is removed, will be replaced by Deleted By and Deleted Date in the future, currently Deleted lines are hidden and Inquiry link takes its place. In the future Inquiry link will be on top of Deleted section.

## 5. View toolbar and paging

3rd toolbar row is created below the breadcrumb toolbar to modify view options, currently contains 2 dropdowns: a)page navigation dropdown based on a dictionary on the right that works for the pages that exceed 50 rows in Details view and 5 rows in Thumbnails view; b)Thumbnail/List view dropdown on the left that always defaults to the List view when a user logs in. Once user selected a type of a view, it is persistent across this user session.

## 6. Search in this (current) folder

A spyglass widget located on the right edge of a breadcrumb row leads to Advanced Search page with the search path set to the current breadcrumb value.

## 7. Download Transaction Log for a file or folder as a CSV file to save into Microsoft Excel.

The 'Export' button is added to Transaction Log tab, click on that button saves transaction log in a CSV format that can be opened by MS Excel.

## 8. Custom login page that can be hosted on the customer's server

V6.0 introduces a new feature which allows a customer to host a custom login page on their web server. Their custom login page will allow login to Thru. Once users are logged in through a custom login page, they are redirected back to that page when clicking logout, or in certain error scenarios outlined in the feature spec.

## 9. Thumbnails

Starting in version 6.0 thumbnails are generated as jpg file type instead of gif.

## 10. Large email message size

Limit for email body text in Thru email messages is increased from 7KB to 2GB

## 11. Power Upload ActiveX

ActiveX is activated automatically and does not require additional click with the latest security updates for Internet Explorer.


As always, we look forward to your comments and feedback. If you would like a demonstration of v6.0 please contact the Help Center helpcenter@thruinc.net or call 1 800 871 9316. You will be notified when your Thru. site is scheduled for upgrade.

**Regards,**
**Brent Yager (brent@thruinc.com)**

## 1st DROPBOX Customer List

| # | Name | # | Name | # | Name |
|---|------|---|------|---|------|
| 1 | Adams Management Services, Inc. | 11 | Ericsson | 31 | Schylling Assoc., Inc. |
| 2 | Austin & Associates | 12 | Evigi Technologies | 32 | ServerMatrix |
| 3 | Buildtrax.NET | 13 | Farpoint Group, Inc. | 33 | Stak Design |
| 4 | Charlie Uniform Tango | 14 | Fusix | 34 | Strategic Employee Benefit Services |
| 5 | CPC Hosting | 15 | Gary R. Traylor & Associates | 35 | Superior Graphics |
| 6 | Daystar Television Network | 16 | Gideon Toal | 36 | T.S. Orendain Associates, Inc. |
| 7 | Digital 7 Studio | 17 | Global Storm IT Corporation | 37 | Terminal C |
| 8 | Digital Clouds Limited | 18 | Greenbriar Mortgage | 38 | The Planet(Cust) |
| 9 | Easy Internet Solutions | 19 | Homestead Group, Inc. | 39 | Thomas Graphic House |
| 10 | Epiphany | 20 | Icon Strategies, Inc. | 40 | TV Man |
| | | 21 | Lighted Path | | |
| | | 22 | Mad River Post | | |
| | | 23 | Mississippi Ethanol | | |
| | | 24 | Moving Pictures | | |
| | | 25 | N|form Interactive | | |
| | | 26 | Nudell | | |
| | | 27 | Performance Matters | | |
| | | 28 | PerlDrops Webhosting | | |
| | | 29 | Powserve | | |
| | | 30 | Rep It Up | | |



**Thru, LLC**
909 Lake Carolyn Parkway
Suite 750
Irving, Texas 75039

**invoice**

Austin & Associates
Jean S. Austin
P. O. Box 954
Stafford, TX 77497
USA

| FTN 000 10 | 2018944 | FTN Standard Bill-to, FTN License, ESC-ADD (Bill F) w/ package bundle, SSL d Value Base Value Tax | 3.44 | 1 | 9.997 |
| | | | 9.35% | | 6.76 |

| | | | | Balance Due | $0.00 |

Wire Information
Comerica Bank - Texas
ABA# 111000753
Account# 1890006574
Swift# MNBDUS33
FTN - Trusted File Distribution Technology
A Rumble Group Product

Remit to:
Rumble International LLC
909 Lake Carolyn Pky, STE 1950
Irving, TX 75039

T-214-496-0100
F-214-496-0102
T-800-571-3316
www.thruinc.com

Taxes

Credit Card Payment

Amazon    eBay    Yahoo!    News ▾    Surfing ▾



**RUMBLE**GROUP

Contact Us | Site Map

| PRODUCTS | ORDER | HELP CENTER | RESELLERS | PARTNERS | ABOUT US |
|----------|-------|-------------|-----------|----------|----------|



fth™



**FTH – File Transaction Hub**
Fast, secure upload and download file delivery

### FREE 15 Day Trial

Try a fully featured FTH demo for 15 days -- free of charge. More Info ▸

### Product Tutorials

This weeks featured tutorial:
▸ **Dropbox** | 2:00mins





**FTH DropBox™**
Your files always get to their destination.

### Our Customers

**global**
storm

## FTH makes sending large files quick easy and secure

- With FTH, you'll never again have bounced emails due to large attachment file sizes

- Confirmation of all FTH delivered files

- Never deal with FTP, VPN or IT issues again

- Global, 128-bit SSL encrypted, virus free access to your files

  More Info ▸

### FTH Case Studies:

Find out how FTH can be applied to your business:

Architectural, Construction & Engineering ▸

Advertising, Design, Print and Post Production ▸

Software Development ▸

### FTH Help Center:

 Got a question? The answer can be found here ▸


**FTH for the Enterprise**  More Info ▸


**FTH for the small to medium business**  More Info ▸


**FTH for the virtual business**  More Info ▸

 LIVE TRAINING    SUPPORT TICKET SYSTEM

 1 800 871 9316    TUTORIALS    KNOWLEDGE BASE



INTERNET ARCHIVE    http://www.rumblegroupusa.com/fth_tutorials.aspx         Go         MAR   APR   JUN   Close

3 captures                                                                        ◄    30   ►
0 - pr 04 - 9 Nov 05                                                              2003  2004  2006   Help

## RUMBLEGROUP

ABOUT US

Product Tutorials

- ☐ Learn More
- ☐ Pricing/Purchase
- ☐ Free 15-Day Trial
- ☐ Reseller Program
- ☐ Product Tutorials
- ☐ FTH Spotlight

fth

**Benefits of Using FTH**

- ☐ Cost totally predictable as each FTH dBank has unlimited users and bandwidth included
- ☐ FTH is scalable; you can start with a small work group and expand to the entire enterprise
- ☐ New features are automatically installed on your FTH dBank
- ☐ 24/7 monitoring and support
- ☐ Unlimited live web-based training for all users
- ☐ No software to install; FTH dBank runs over http, secured by SSL 128-bit encryption.
- ☐ All files are scanned for viruses as they are up-loaded
- ☐ Easy to use intuitive interface making FTH dBank immediately usable.

Duration: 3:00 mins
PLAY ☐

**FTH Overview v4.0**

- ☐ Customizable logon screen & url
- ☐ Intuitive and easy to use administration and user tools
- ☐ Create your own user groups to control access and functionality
- ☐ Power Upload – drag and drop file up-load
- ☐ Automated user home creation – Includes My Files, My DropBox and My Collect
- ☐ Transaction Log to track file usage, changes and ownership
- ☐ Distribution, create file collections, distribute access via secure links
- ☐ 24/7 Help Center for unlimited support & training
- ☐ Receive email download notifications

See Larger Screen

Duration: 3:00 mins
PLAY ☐

**Drop Box v4.0**

- ☐ Allow non-registered users to upload files to your DropBox
- ☐ Automatic confirmation emails of successful upload and notification to DropBox owner of new file(s)
- ☐ File(s) scanned for viruses
- ☐ No password or user account required



**Administration Tools v4.0**
- Broadcast: Email to all of your users or specific user groups
- Reporting: Check storage utilization, the amount of files and users in the system
- Categories: Create categories/sub-categories and assign access
- Users: Add/modify users and create/modify user groups
- Settings: Edit your FTH dBank name and add your company logos

Duration: 3:00 mins
**PLAY**

**Using Folders & Files v4.0**
- Create folders: Edit folder name, description & keywords
- Upload Files: Power Upload & Browser Upload, edit description and set file expiry options
- Detail View: See owner and creation date, modified by and date, downloaded by and date
- Transaction Log: A complete history of every transaction for each folder and file
- Download single or multiple files, collect and distribute
- Use clipboard to cut and paste to move folders and files

Duration: 3:00 mins
**PLAY**

**Distribution v4.0**
- Create file collections to distribute to registered and non-registered users
- Set distribution expiry date
- Receive email notification as each recipient downloads files including which files have been accessed
- Import contacts from your Outlook or other database
- Create lists to manage distribution
- Set contacts to be private, shared with your user group(s) or share with all registered users of your FTH dBank
- Create favourites for easy access

Duration: 3:00 mins
**PLAY**

**User Home v4.0**

☐ Every user has their own private home category

☐ Each home category includes My Files, My DropBox and My Collect

☐ All folders in home category are available in the distribution interface

Duration: 3:00 mins

PLAY ☐

See Larger Screen

**Help Center v4.0**

☐ The Rumble Help Center is open 24/7 365 days a years

☐ No limit to the number of support calls or training sessions

☐ Integrate Chat Support

☐ Ticket system to lodge and track support issues

☐ Phone support

☐ Unlimited live web training 8am to 6pm (CST) Monday to Friday

☐ Product tutorials for all product features

☐ Interactive knowledge base with direct access to chat support

Duration: 3:00 mins

PLAY ☐

See Larger Screen

© 2004 Rumble International LLC
FTH dBank™ End User Agreement   /   FTH dBank™ Service Level Agreement





Case 3:15-cv-01741-EMC   Document 108-10   Filed 09/29/16   Page 43 of 69

FTH | Send large files with FTH quickly, securely, and easily!                    Page 1 of 1





fth™
dBANK




RUMBLE GROUP

## 1 Administration Tools

Access real-time data on storage utilization, users, logins, keyword search, categories/folder file count and file usage. Create delegates, add descriptions and assign access. Create user groups (including read only, download, upload & download and administration), created users and automatically send updated information. Send Messages to FTH users, user groups or the entire user base.

## 2 User Tools

Create file collections, distribute secure access via integrated email. Full address book including distribution lists and private or shared contacts. Email notification and tracking of unlimited distributions. A user home directory which includes My Files, My DropBox™ & My Collect™ folders accessible only to the logged-in user. Extensive search capabilities, the ability to change profile details, access to live Chat Support and Rumble Help Center 24/7.

## 3 Categories

Users can search for folders & files by navigating the category structure, as categories are selected that detail information on the creator as well as a description. Folders contained in the category appear in the lower section of the file console.

## 4 Folders

Select folders to reveal contents, add folders and have the ability to cut, copy and paste folders into other categories. Use the select all feature to delete folders or download entire contents.

## 5 Files

Choose from Power Upload using a drag, or Browser Upload to copy files into selected folder. Use select all to delete download and to collaborate, distribute. Select single file to download, click on toggles icon to view thumbnail and highlight file to see details information.

## 6 Detail View

The detail view shows information on the selected folder or file including the name and date/time of the creator, last modified, last download with the ability to email directly by clicking on the user name. Also view descriptions information and folder or file expiry features.

## 7 Clipboard

Cut & paste folders and files to the clipboard. From there you can quickly move files/ folders within the FTH dBank.

## 8 Transaction Log

By selecting the transaction log feature you can view all the transactions taken place in the folder or file selected. They include creation, modification, downloads, distributions and collections.

## 9 DropBox™

DropBox™ allows non-FTH users to upload files to a users private DropBox™ folder. All files are virus scanned, the person uploading the file is notified via email of successful delivery and the DropBox™ owner is emailed to notify of delivery. Perfect for replacing anonymous FTP as it is much easier to use and manage.

## 10 Distribution

Rather than send large files as email attachments, that can be too large, FTH allows you to collect files and distribute secure links. By utilizing the integrated contacts feature you can create lists, favorites and share with other users. Keep constant track of who has downloaded which files you have distributed and be sent email notifications when downloads occur.

## 11 User Home Directory

Every new user is automatically set-up with a user home directory, which includes My Files, My DropBox™ and My Collect™. These

folders can allow only be accessed by the logged in user.

## 12 Help Center

From anywhere within the FTH dBank you can access our 24/7 Help Center. Use Chat Support, our integrated email ticket system, link to live training sessions, choose from a selection of useful tutorials or our text extension knowledge base.

## 13 Email Notification

FTH dBank includes an extensive email sub-system, which allows users to communicate with other users and PowerPlus™ FTH dBank notify them automatically based on events.

Example of login page of every site since 2004 using Dropbox

**HKS China Site**

Thru is a secure and safe application you can use to organize and distribute your files. Your username determines your ability to view, download and upload files.

Please note this is a file transfer site only. Any files older than 30 days old, will be removed.

Username

Password

Forgot Password?
Forgot Username?

☐ Remember my Username

SIGN IN

getThru.

safeguarded with SSL and Virus Scanning

www.thruinc.com



Current logo — Thru DropBox — Use DropBox to upload files to a member.

Original logo — FTH DropBox™ — Use DropBox™ to upload files to a member of this FTH dBank.

List of sites

| Account Name | Billing State/Province | Billing Country | Site: Site Name | Date Started |
|---|---|---|---|---|
| The Planet Internet Services, Inc. | TX | United States | theplanet.thruinc.net | 4/1/2004 |
| Charlie Uniform Tango | - | - | charlietango.thruinc.net | 4/26/2004 |
| Austin & Associates | - | - | austinassociates.thruinc.net | 5/11/2004 |
| The Farpoint Group | - | - | farpoint.thruinc.net | 5/21/2004 |
| TV Man, Inc. | - | - | tvmanonline.thruinc.net | 5/29/2004 |
| Schylling Associates Inc. | MA | - | schylling.thruinc.net | 6/28/2004 |
| Aurora Healthcare | WI | USA | aurora.thruinc.net | 8/2/2004 |
| GARY R. TRAYLOR & ASSOCIATES, INC. | - | - | grtraylor.thruinc.net | 10/4/2004 |
| Lighted Path | - | - | lightedpath.thruinc.net | 10/13/2004 |
| Terminal C | - | - | terminalc.thruinc.net | 10/13/2004 |
| Adams Management Services, Corp. | GA | USA | adamspmc.thruinc.net | 10/21/2004 |
| Meko Ltd. | Surrey | Surrey | meko.thruinc.net | 11/22/2004 |
| Latimark | - | - | latimark.thruinc.net | 12/7/2004 |
| Archidata | NY | USA | archidata.thruinc.net | 1/4/2005 |
| Parking Planners | - | - | parkingplanners.thruinc.net | 1/25/2005 |
| Gideon Toal | - | - | onecityplace.thruinc.net | 3/30/2005 |
| ACS | TX | USA | acs.thruinc.net | 3/30/2005 |
| DMR Architecture | NC | USA | dmra.thruinc.net | 4/20/2005 |
| The North Hills School | TX | USA | tnhs.thruinc.net | 4/27/2005 |
| Manuel Law Firm | IL | USA | manuellaw.thruinc.net | 5/1/2005 |
| Sapukay | TX | USA | sapukay.thruinc.net | 6/1/2005 |

| Account Name | Billing State/Province | Billing Country | Site: Site Name | Date Started |
|---|---|---|---|---|
| The Planet Internet Services, Inc. | TX | United States | theplanet.thruinc.net | 4/1/2004 |
| Charlie Uniform Tango | - | - | charlietango.thruinc.net | 4/26/2004 |
| Austin & Associates | - | - | austinassociates.thruinc.net | 5/11/2004 |
| The Farpoint Group | - | - | farpoint.thruinc.net | 5/21/2004 |
| TV Man, Inc. | - | - | tvmanonline.thruinc.net | 5/29/2004 |
| Schylling Associates Inc. | MA | - | schylling.thruinc.net | 6/28/2004 |
| Aurora Healthcare | WI | USA | aurora.thruinc.net | 8/2/2004 |
| GARY R. TRAYLOR & ASSOCIATES, INC. | - | - | grtraylor.thruinc.net | 10/4/2004 |
| Lighted Path | - | - | lightedpath.thruinc.net | 10/13/2004 |
| Terminal C | - | - | terminalc.thruinc.net | 10/13/2004 |
| Adams Management Services, Corp. | GA | USA | adamspmc.thruinc.net | 10/21/2004 |
| Meko Ltd. | Surrey | - | meko.thruinc.net | 11/22/2004 |
| Latimark | - | - | latimark.thruinc.net | 12/7/2004 |
| Archidata | NY | USA | archidata.thruinc.net | 1/4/2005 |
| Parking Planners | - | - | parkingplanners.thruinc.net | 1/25/2005 |
| Gideon Toal | - | - | onecityplace.thruinc.net | 3/30/2005 |
| ACS | TX | USA | acs.thruinc.net | 3/30/2005 |
| DMR Architecture | NC | USA | dmra.thruinc.net | 4/20/2005 |
| The North Hills School | TX | USA | tnhs.thruinc.net | 4/27/2005 |
| Manuel Law Firm | IL | USA | manuellaw.thruinc.net | 5/1/2005 |
| Sapukay | TX | USA | sapukay.thruinc.net | 6/1/2005 |
| Servcorp(Reseller) | NSW | Australia | servcorp.thruinc.net | 6/7/2005 |
| Johnson & Johnson | NJ | USA | jnjfile.thruinc.net | 6/9/2005 |
| Sage Software | CA | USA | sagesoftware.thruinc.net | 7/1/2005 |
| Gizmogear Associates | NC | USA | gizmogear.thruinc.net | 7/15/2005 |
| Meridian Shelton Partners, LLC | FL | USA | ldc.thruinc.net | 7/15/2005 |
| Sage UK | - | - | sage.thruinc.net | 7/19/2005 |
| Post-Op | TX | USA | post-op.thruinc.net | 8/22/2005 |
| JNT Digital Studios, LLC. | GA | USA | jntdigital.thruinc.net | 9/16/2005 |
| Oakleaf Environmental Services, Inc. | ON | CAN | oakleaf.thruinc.net | 9/22/2005 |
| Wellez Information Mgmt., LLC. | TX | USA | wellez.thruinc.net | 9/28/2005 |
| Inner Wireless, Inc. | Tx | USA | innerwireless.thruinc.net | 9/28/2005 |
| Thru | TX | USA | satestdrive.thruinc.net | 10/8/2005 |
| Cadtek Building Technologies | TX | - | cadtek.thruinc.net | 10/19/2005 |
| Webcor Builders | CA | USA | webcor.thruinc.net | 10/24/2005 |
| Color Impressions | MD | USA | colorimpressions.thruinc.net | 10/27/2005 |
| TFCG Architects, Inc. | Arkansas | USA | taggarch.thruinc.net | 10/28/2005 |
| Thru | TX | USA | web03.thruinc.net | 11/28/2005 |
| Strategic Community Solutions | TX | USA | scs.thruinc.net | 12/2/2005 |
| Thru | TX | USA | yonge.thruinc.net | 12/4/2005 |
| Thru | TX | USA | mckay.thruinc.net | 12/13/2005 |
| Michael O & A | TX | USA | janao.thruinc.net | 12/21/2005 |
| The Power of One | NJ | USA | tpo1.thruinc.net | 1/10/2006 |
| Museum of New Zealand | - | NZ | tepapa.thruinc.net | 1/18/2006 |
| The Situs Companies | TX | USA | situsco.thruinc.net | 2/15/2006 |
| SOS of Atlanta | GA | USA | soscanhelp.thruinc.net | 2/24/2006 |
| Pixellogo | Quebec | CA | pixellogo.thruinc.net | 3/24/2006 |
| Buxton | TX | USA | buxton.thruinc.net | 3/30/2006 |
| Don Bevilacqua Consulting | CA | USA | donbevi.thruinc.net | 4/17/2006 |
| RTKL Associates Inc. | IL | USA | rtkl.thruinc.net | 4/26/2006 |
| EQUATion Technologies, Inc. | CA | USA | equationtech.thruinc.net | 4/28/2006 |
| Duncan + Miller Design | TX | USA | dmd.thruinc.net | 5/5/2006 |

| Account Name | Billing State/Province | Billing Country | Site: Site Name | Date Started |
|---|---|---|---|---|
| Brazosport Regional Health System | TX | - | brhstx.thruinc.net | 7/30/2008 |
| The Ross Group | - | - | trgcc.thruinc.net | 7/31/2008 |
| Duke Realty Corporation | Virginia | - | dukerealty.thruinc.net | 8/5/2008 |
| VCFO | - | - | vcfo.thruinc.net | 8/15/2008 |
| Architectural Lighting Associates | TX | USA | ala-inc.thruinc.net | 8/19/2008 |
| DLR Group | NE | USA | dlrgroup.thruinc.net | 8/21/2008 |
| Thru | TX | USA | lab-mobile.thruinc.com | 9/8/2008 |
| Walter P Moore | TX | USA | walterpmoore.thruinc.net | 9/12/2008 |
| Thru | TX | USA | shiner.thruinc.com | 9/12/2008 |
| Park IP Translations | NY | USA | parkipt.thruinc.net | 9/17/2008 |
| BSA LifeStructures | IN | USA | ltp.thruinc.net | 9/17/2008 |
| Thru | TX | USA | demo.thruinc.net | 9/19/2008 |
| Master Graphics | - | - | mastergraphics.thruinc.net | 9/26/2008 |
| Avocent | Alabama | - | avocentpos.thruinc.net | 9/30/2008 |
| Integris Health | OK | - | integrishealth.thruinc.net | 9/30/2008 |
| Thru | TX | USA | thruirm.thruinc.com | 10/21/2008 |
| Johnson/McKibben Architects, Inc. | - | - | jma.thruinc.net | 10/24/2008 |
| USA Consulting(Reseller) | TX | - | usaci-au.thruinc.net | 11/20/2008 |
| USA Consulting(Reseller) | TX | - | usaci-us.thruinc.net | 11/20/2008 |
| MPEL Services Ltd | Hong Kong | China | mpel.thruinc.net | 11/22/2008 |
| Pennoni Associates Inc. | PA | - | pennoni.thruinc.net | 12/23/2008 |
| Thru | TX | USA | fasoo.thruinc.com | 1/8/2009 |
| Business Services of Alabama,LLC | AL | - | bsa.thruinc.net | 1/13/2009 |
| Webcor Builders | CA | USA | sfgh.thruinc.net | 1/22/2009 |
| Johnson & Johnson | NJ | USA | WWCommercialPharmaIT.thruinc.net | 1/29/2009 |
| Adams Management Services, Corp. | GA | USA | wmhsbc.thruinc.net | 2/14/2009 |
| Sherwood Design Engineers | ca | - | sherwoodengineers.thruinc.net | 2/18/2009 |
| Ardent Residential | TX | USA | ardent-residential.thruinc.net | 3/2/2009 |
| Milliman BRC | TX | USA | milliman.thruinc.net | 3/4/2009 |
| Lynn Imaging | - | - | lynnimaging.thruinc.net | 3/11/2009 |
| Form Studios Architecture | TX | USA | formstudios.thruinc.net | 3/13/2009 |
| Technicon | CA | USA | technicon.thruinc.net | 3/14/2009 |
| Serino Coyne Inc | NY | - | serinocoyne.thruinc.net | 3/23/2009 |
| Serramenti Group | CA | USA | serramentiwindows.thruinc.net | 3/24/2009 |
| Gettry Marcus Stern & Lehrer, CPA, P.C. | NY | USA | gmslny.thruinc.net | 3/27/2009 |
| Hexagon Metrology | CA | USA | hexagon.thruinc.net | 3/27/2009 |
| SHW Group Inc | TX | USA | shwgroup.thruinc.net | 3/31/2009 |
| Watershape Consulting, Inc. | - | - | watershapeconsulting.thruinc.net | 4/1/2009 |
| GCCSA | TX | - | gccsa.thruinc.net | 4/7/2009 |
| Charleston Blueprint | WV | USA | chasblue.thruinc.net | 4/10/2009 |
| Pryme Energy Limited | TX | USA | oil.thruinc.net | 5/1/2009 |
| Con-Tec Management Systems, In. | CA | USA | con-tec.thruinc.net | 5/2/2009 |
| Regency Commercial Construction, LLC. | TX | USA | regencytx.thruinc.net | 5/29/2009 |
| Empower Software Solutions | CO | USA | empowersoftware.thruinc.net | 6/4/2009 |
| Buch Construction | MD | - | buchconstruction.thruinc.net | 6/15/2009 |
| Pro-Bel | Ontario | Canada | pro-bel.thruinc.net | 6/18/2009 |
| Maregatti Interiors | IN | USA | maregattiinteriors.thruinc.net | 6/29/2009 |
| Pharmacy OneSource | WI | USA | pharmacyonesource.thruinc.net | 6/30/2009 |
| Thru | TX | USA | thrusfc.thruinc.net | 7/9/2009 |
| L&M Petroleum | New Zealand | New Zealand | lmpetroleum.thruinc.net | 7/15/2009 |
| Alcon Laboratories, Inc. | TX | - | alconlabs.thruinc.net | 7/29/2009 |

| Account Name | Billing State/Province | Billing Country | Site: Site Name | Date Started |
|---|---|---|---|---|
| Mercator Risk | New York | USA | sharebridgepec.thruinc.net | 8/4/2009 |
| The Irvine Company | CA | - | irvinecompany.thruinc.net | 8/19/2009 |
| SpinSix Strategic Marketing Design | AZ | - | spinsix.thruinc.net | 8/19/2009 |
| U.S. SMOKE & FIRE CURTAIN LLC | - | - | ussmokeandfire.thruinc.net | 8/25/2009 |
| Victor Bimrose Accountancy Pty Ltd | Queensland | Australia | vbatax.thruinc.net | 9/1/2009 |
| Thru | TX | USA | coppellsolar.thruinc.net | 9/2/2009 |
| Independent Bank | TX | - | independent-bank.thruinc.net | 9/3/2009 |
| Maison Post | - | USA | maisonpost.thruinc.net | 9/4/2009 |
| Check2Protect Pty Ltd | - | - | check2protect.thruinc.net | 9/10/2009 |
| James E. Roberts-Obayashi | CA | - | jero.thruinc.net | 9/16/2009 |
| Perkins Eastman Architects, Pc | NY | USA | perkinseastman.thruinc.net | 10/1/2009 |
| Hawthorne Machinery Co | CA | USA | hawthornecat.thruinc.net | 10/8/2009 |
| VM Ware | - | - | vmware.thruinc.net | 10/14/2009 |
| Patient Printing | AK | - | patientprinting.thruinc.net | 10/16/2009 |
| Ikon5 Architects | New Jersey | - | ikon5.thruinc.net | 10/24/2009 |
| Jenux Technologies | MN | - | jenux.thruinc.net | 11/2/2009 |
| Hokanson, Gunderson & Co., Ltd | MN | - | hgcpas.thruinc.net | 11/2/2009 |
| McManus, Babcock & Company, Ltd. | MN | USA | mcmanus-babcock.thruinc.net | 11/2/2009 |
| Automated Logic - BTG, Inc. | NJ | USA | alcnynj.thruinc.net | 11/6/2009 |
| One Source Financial | Texas | - | oneworld.thruinc.net | 11/24/2009 |
| Thru Lab | TX | - | demo.thruinc.com | 11/24/2009 |
| Richard L. Fields CPA | MN | - | rfieldscpa.thruinc.net | 12/22/2009 |
| ALI Industries (Gatorgrit) | OH | - | gatorgrit.thruinc.net | 1/6/2010 |
| Servcorp(Reseller) | NSW | Australia | servcorp-us.thruinc.net | 2/16/2010 |
| Encore Partners 321 LLC | - | - | fharefi.thruinc.net | 2/19/2010 |
| FMG Design | Texas | USA | fmgdesign.thruinc.net | 3/11/2010 |
| Sasaki Associates | MA | USA | sasakiasia.thruinc.net | 3/22/2010 |
| Sasaki Associates | MA | USA | sasakieurope.thruinc.net | 3/22/2010 |
| Sasaki Associates | MA | USA | sasaki.thruinc.net | 3/22/2010 |
| Soft Trac, LLC | ME | - | softtrac.thruinc.net | 3/24/2010 |
| Bible Study Time, Inc. | SC | USA | selectbroadcasting.thruinc.net | 3/25/2010 |
| HKS Inc. | TX | USA | hks-marketing.thruinc.net | 4/18/2010 |
| J. ROBERT HILLIER | NJ | - | jrh.thruinc.net | 4/23/2010 |
| HKS Inc. | TX | USA | hks-china.thruinc.net | 4/26/2010 |
| Thru | TX | USA | krml.thruinc.net | 5/2/2010 |
| Synopsys | CA | USA | ora-asia.thruinc.net | 5/7/2010 |
| Synopsys | CA | USA | ora-eu.thruinc.net | 5/10/2010 |
| NCC Services Limited trading as NCC Group | - | UK | nccdev.thruinc.net | 5/10/2010 |
| NCC Services Limited trading as NCC Group | - | UK | nccdevuk.thruinc.net | 5/27/2010 |
| Cencor Capital, LLC | - | - | cencorcapital.thruinc.net | 6/3/2010 |
| NCC Services Limited trading as NCC Group | - | UK | sj-thru.nccgroup.com | 6/3/2010 |
| NCC Services Limited trading as NCC Group | - | UK | au-thru.nccgroup.com | 6/7/2010 |
| Burton Landscape Architecture | CA | - | burton-studio.thruinc.net | 6/16/2010 |
| TBG Partners | - | - | tbgpartners.thruinc.net | 6/30/2010 |
| Johnson & Johnson | NJ | USA | jjmmsea.thruinc.net | 8/2/2010 |
| Computer Solutions US LLC | GA | USA | csusllc.thruinc.net | 9/1/2010 |
| SSI, Inc. | GA | USA | ssi.thruinc.net | 9/1/2010 |
| Uni-Systems, LLC | MN | USA | uni-systems.thruinc.net | 9/16/2010 |
| J R FILANC CONSTRUCTION | CA | USA | filanc.thruinc.net | 9/21/2010 |
| SHI(Reseller) | - | - | shi.thruinc.net | 9/24/2010 |

| Account Name | Billing State/Province | Billing Country | Site: Site Name | Date Started |
|---|---|---|---|---|
| Uni-Systems, LLC | MN | USA | uni-systems.thruinc.net | 9/16/2010 |
| J R FILANC CONSTRUCTION | CA | USA | filanc.thruinc.net | 9/21/2010 |
| SHI(Reseller) | - | - | shi.thruinc.net | 9/24/2010 |
| EDSA | Florida | USA | edsaplan-us.thruinc.net | 9/28/2010 |
| Science Museum of Minnesota | MN | USA | smm.thruinc.net | 9/30/2010 |
| Hathaway Dinwiddie Construction Co. | CA | - | 50unplaza.thruinc.net | 10/1/2010 |
| Success Bid Management, LLC | Texas | USA | successbidmanagement.thruinc.net | 12/10/2010 |
| J&A Engineering | GA | USA | jae.thruinc.net | 12/22/2010 |
| DudaPaine Architects | NC | USA | dudapaine.thruinc.net | 12/29/2010 |
| Corbet Group, Inc. | Texas | USA | corbetgroup.thruinc.net | 12/29/2010 |
| Capstone Investment | CO | USA | capstone.thruinc.net | 1/3/2011 |
| Millinocket Regional Hospital | ME | United States | mrhme.thruinc.net | 1/12/2011 |
| Plus Consulting / Plus Fusion | PA | USA | plusconsulting.thruinc.net | 1/31/2011 |
| Sage Software | CA | USA | sbs.thruinc.net | 2/1/2011 |
| Sage Software | CA | USA | handisoft.thruinc.net | 2/1/2011 |
| Talley Asscociates | TX | USA | talleyassociates.thruinc.net | 2/2/2011 |
| Wischmeyer Benefit Partners | TX | - | wischmeyer.thruinc.net | 2/17/2011 |
| Paul Anthony and Assoc. | Texas | USA | paulanthonyassoc.thruinc.net | 2/25/2011 |
| Knott and Doyle | TX | USA | knottdoyle.thruinc.net | 3/1/2011 |
| Heffner Architects PC | Virginia | United States | heffnerarchitects.thruinc.net | 3/18/2011 |
| Pharmaceutical Review Service, LLC | NJ | USA | selfpay.thruinc.net | 3/21/2011 |
| Pharmaceutical Review Service, LLC | NJ | USA | rxreviewllc.thruinc.net | 3/24/2011 |
| Strategic Media Inc | ME | USA | strategic.thruinc.net | 5/1/2011 |
| Pactolus Private Wealth Management llc | VA | United States | pactoluspwm.thruinc.net | 5/6/2011 |
| Baylaan | Ontario | USA | baylaan.thruinc.net | 6/1/2011 |
| Qualified Plan Administrators, Inc. | Tennessee | United States | qualifiedplanadmin.thruinc.net/ | 6/1/2011 |
| RJ Burnside | Ontario | Canada | files.rjburnside.com | 6/1/2011 |
| John E. Kelly & Sons | MD | United States | kellyelectric.thruinc.net | 6/6/2011 |
| MWH Global | CO | USA | ft.mwhglobal.com | 6/16/2011 |
| Scott & White Healthcare Systems | Texas | United States | scottandwhite.thruinc.net | 6/30/2011 |
| BAR Architects | CA | USA | bararch.thruinc.net | 7/1/2011 |
| RiotGames | - | - | riotgames.thruinc.net | 7/6/2011 |
| Det Norske Veritas | - | - | dnv.thruinc.net | 8/3/2011 |
| Terramesa Resorts | TX | USA | terramesa.thruinc.net | 8/16/2011 |
| DePuy | Indiana | United States | depuyshoulders.thruinc.net | 8/16/2011 |
| Turner and Townsend | - | United Kingdom | tt.thruinc,net | 8/16/2011 |
| Synopsys | CA | USA | synopsys.thruinc.net | 8/16/2011 |
| John E Lindner Law Offices | MD | USA | johnlindner.thruinc.net | 8/19/2011 |
| Duncan Miller Design (Shanghai) | Texas | USA | designdmu.thruinc.net | 8/31/2011 |
| Thru | TX | USA | sjcsellthru2.thruinc.net | 9/3/2011 |
| Thru | TX | USA | sjcsellthru1.thruinc.net | 9/3/2011 |
| Thru | TX | USA | sjcsellthru.thruinc.net | 9/3/2011 |
| Manhattan Associates | GA | USA | manh-us.thruinc.net | 9/7/2011 |
| Manhattan Associates | GA | USA | manh-syd.thruinc.net | 11/8/2011 |
| Manhattan Associates | GA | USA | manh-eu.thruinc.net | 11/8/2011 |
| Manhattan Associates | GA | USA | manh-sea.thruinc.net | 11/8/2011 |
| **Grand Totals (333 records)** | | | | |





















































For More Information:

Ken Revell
Rumble Group
909 Lake Carolyn Pkwy suite 1950
Irving, Texas 75039 USA
1-800-871-9316
ken@rumblegroup.com













**Evolution Of The Challenge**

**Thru.**



**IT Infrastructure Becomes Complex**



**As business drivers intensify and IT complexity increases, costs go up significantly.**



**Businesses Need Message Governance!**



Thru provides secure content delivery and archiving software plus services to help businesses achieve message governance with a lower total cost of ownership (TCO).

*Tangible Value*
- Accelerates compliance regulations and internal governance policies
- Improves productivity and efficiency of global collaboration
- Reduces risk of information loss, leak or theft



















































## Email Delivery and Tracking
**Easy To Use For Every-Day Business Users**

- Attach large files and folders; maintain hierarchy
- Link files and folders from Thru sites; offload large files from email server
- Add password-protection, expiration period, guaranteed read receipt
- Perform full-text search of sent messages
- Send private messages over SSL; apply DRM



## Email Delivery and Tracking
**Easy To Use For Every-Day Business Users**

- Each user can check status of messages
- Notification is also sent upon download by recipient
- Transaction log is immediately available
- Sent and received emails can be imported into repositories



## Thru Portal Web Access
**Customized to Your Brand**

- Create, organize and browse folders
- Subscribe to folder changes to receive email notifications
- Accept in-bound file transfers with DropBox
- Grant user and group permissions to limit access



## Thru Portal Web Access
**Integrated Into Your Website**

- Publish files to web pages for secure external download
- Allow designers to publish files and architects to approve them
- Track which files website visitors search for and download



## Audit and Reporting
**Real-Time Tracking & Dashboards**

- Audit logs shows IP address of senders and receivers
- Logs are easily readable and available in real-time
- Analyze historical activity and storage utilization
- Chargeback usage to projects or departments



## Retention and Disposition
**Automated Storage Clean-Up**

- Define customized retention rules
- Activate warning and activity alerts
- Enforce file deletion policies automatically
- Restore deleted files to original state



















**What is Thru?**

**Scalable and secure, global data delivery platform Managed File Transfer as a Service (MFTaaS)**

- Scalable for high transaction volume
- Secure, multiple layers of protection.
- Mission critical: high availability, disaster recovery, real-time monitoring.
- Global network (WAN) acceleration for large data sets delivery
- Open service-oriented architecture (SOA).
- Flexible deployment options

**Thru.**



**Key Features**

- Global Delivery Network
- Thru Tracking - Logging, Audit, Notifications
- Security Model
- Application Scalability
- Web Services API

**Thru.**



Global Delivery Network

Feature

**Thru.**





**Global Delivery Network: Features**

- Synchronize data between Thru nodes.
- LAN speeds on global high-latency WAN
- Unlimited data size
- Delivers data from one-to-one or one-to-many Thru nodes.
- Encrypted transfer with authentication
- Scalability: balanced across multiple servers
- Fault Tolerance: Checkpoint restart from last data chunk sequence, DB driven

**Thru.**















**Thru Infrastructure Security**

- SAS-70 Type II and/or ISO 27001 Audited Data
  - Centers all managed by MSA with NTT America
  - Enterprise class Firewalls and Intrusion Protection
    - Partnership with IBM ISS and NTT Communication
  - 24 / 7 Monitoring and Alerts
  - Biometrics access, 24 hour video surveillance and guarded entrance points

*Thru.*



**Thru Security Model: Multi-Layer**

- Database Security
- Storage Security
- Core Business Objects Authentication
- Application security
  - Transport encryption
  - Web Portal
  - Web Services
  - Active Directory Integration via Single Sign-On
  - Protection of delivered data
  - Geography-based policies
- Data Center Security

*Thru.*



**Scalability**

Feature

*Thru.*



**Thru Application Scalability: Dynamic resource sizing in Thru Node**

*Thru.*



**API and Integration**

Feature

*Thru.*



**Architecture and APIs**

*Thru.*





























## Thru Application Scalability

- Application Virtualization Architecture.

- Scalability in Tiered Architecture

  - Web Farm deployment

  - Thru site isolation and balancing across databases

  - Storage virtualization

  - Email notifications virtualization

- Multiple Thru Nodes/Datacenters per region

**Thru.**