**EXHIBIT 14
TO DECLARATION OF JOHN M. CONE
IN SUPPORT OF THRU INC.'S OPPOSITION
TO DROPBOX, INC.'S MOTION FOR
SUMMARY JUDGMENT**

**ENTIRE EXHIBIT SOUGHT TO BE SEALED**