# EXHIBIT 24
# TO DECLARATION OF JOHN M. CONE IN SUPPORT OF THRU INC.'S OPPOSITION TO DROPBOX, INC.'S MOTION FOR SUMMARY JUDGMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DROPBOX, INC., a Delaware corporation | ) ) | Case No. 3:15-CV-01741-EMC |
| Plaintiff, | ) ) | |
| VS. | ) ) | |
| THRU INC., a Delaware corporation, | ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

THOMAS SKYBAKMOEN

DECEMBER 22, 2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF THOMAS SKYBAKMOEN, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 22nd day of December 2015, from 9:40 a.m. to 2:13 p.m., before Caroline Chapman, CSR in and for the State of Texas, reported by Computerized Stenotype Machine, Computer-Assisted Transcription, at the Law Offices of Wilson Sonsini Goodrich & Rosati, 900 South Capital of Texas Highway, Las Cimas IV, Fifth Floor, Austin, Texas, pursuant to the Federal Rules of Civil Procedure.     SF-067069

| | | |
|---|---|---|
| 1 | Gallup company.  So I worked for two months in more of a | 09:55 |
| 2 | changing tires, brakes type job -- uhm -- until I got a | 09:55 |
| 3 | sales job in the company called TalktoMe, we were | 09:56 |
| 4 | selling and marketing various products relating to | 09:56 |
| 5 | Internet computers -- uhm -- as well as anything that | 09:56 |
| 6 | they would run as a campaign on the day or the week. | 09:56 |
| 7 | From there, I got recruited internally to go and work on | 09:56 |
| 8 | a project for a company called Visma, which is a | 09:56 |
| 9 | software company doing ERP and CRM tools.  Uhm.  And | 09:56 |
| 10 | from there I was able to sort of move up the ranks, get | 09:56 |
| 11 | certified on their tools and software.  Uhm.  So I was | 09:56 |
| 12 | working as -- still in TalkToMe but as a consultant into | 09:56 |
| 13 | the company Visma. | 09:56 |
| 14 | Q.   Okay.  What was the time period when you were | 09:56 |
| 15 | at TalkToMe? | 09:56 |
| 16 | A.   I believe that was 2004 to -- so summer 2004 | 09:56 |
| 17 | to, roughly, fall 2005. | 09:57 |
| 18 | Q.   Okay.  And subsequent to that company, where | 09:57 |
| 19 | did you go to work? | 09:57 |
| 20 | A.   Then I -- me and my wife, due to her having a | 09:57 |
| 21 | lot of family in England, we decided we wanted to move | 09:57 |
| 22 | abroad -- uhm -- so we actually packed up all our bags, | 09:57 |
| 23 | sold the apartment and decided to do a big leap and move | 09:57 |
| 24 | to England and started looking for work.  And then in | 09:57 |
| 25 | ==the -- December 2005, I started working for Gartner== | 09:57 |

```
 1    as -- in UK.                                                    09:57
 2        Q.   Okay.  And what is Gartner?                             09:57
 3        A.   Gartner is a consultancy, IT consultancy group          09:57
 4    that specializes in covering different technologies such         09:57
 5    as Thru, Inc., Dropbox, as well as SAP, IBM, Oracle, so          09:57
 6    it is an IT consultancy firm that specializes in being a         09:57
 7    layer between these companies and its customers, so              09:57
 8    there are subscribers into Gartner and we -- the                 09:58
 9    analysts will provide information as to which of these           09:58
10    vendors the customers should select, deploy in various           09:58
11    situations.                                                      09:58
12                To give an example, we might tell one                09:58
13    customer in one part of the world, based on their                09:58
14    requirements, to go with IBM or Oracle.  It depends on           09:58
15    the Oracle, let's say, they have people on the ground in         09:58
16    application and IBM doesn't, depends if Oracle has more          09:58
17    deployments, more successful deployments, and so on.  So         09:58
18    we -- we cut out the FUD, let's say, between the                 09:58
19    marketing team, the sales guys over at these vendors and         09:58
20    advise our clients as to what the best practices,                09:58
21    software, and so on, to select is.                               09:58
22        Q.   You referred to "FUD."  Is that fear,                   09:58
23    uncertainty and doubt?                                           09:58
24        A.   Yes.  Correct.  Sorry.                                  09:58
25        Q.   And you referred to the fact that Gartner               09:58
```

| | | |
|---|---|---|
| 1 | analyst, so I would take -- uhm -- provide some internal | 10:03 |
| 2 | research we had or provide written answers back to | 10:03 |
| 3 | customers, the enterprise customers. | 10:03 |
| 4 | And you could say that, in that position, | 10:03 |
| 5 | I was already an analyst.  And within about six months | 10:03 |
| 6 | from there on, I was then promoted to the Senior | 10:03 |
| 7 | Research Analyst role.  So I went from an initial | 10:03 |
| 8 | position to the Senior Research Analyst that -- | 10:03 |
| 9 | Q.   Okay. And again, the time period for these | 10:03 |
| 10 | positions that you held at Gartner was what? | 10:03 |
| 11 | A.   I haven't looked at my CV for probably three | 10:03 |
| 12 | years.  Uhm.  So the first was, I believe, around six | 10:03 |
| 13 | months.  And then the second, when I was the Tier 3, I | 10:03 |
| 14 | believe was about a year, year and a half.  And then | 10:03 |
| 15 | from there, I was then promoted internally.  So I | 10:04 |
| 16 | believe it was after about three years that I got the | 10:04 |
| 17 | internal promotion. | 10:04 |
| 18 | Q.   Okay.  And you left Gartner at what time? | 10:04 |
| 19 | A.   I left Gartner -- uhm -- around the 20th of | 10:04 |
| 20 | July 2011. | 10:04 |
| 21 | Q.   Okay.  And again, which specific industries did | 10:04 |
| 22 | you cover when you were employed by Gartner? | 10:04 |
| 23 | A.   Middleware, which is all file and message | 10:04 |
| 24 | related communication in an enterprise as well as the | 10:04 |
| 25 | secure and managed file transfer space.  And within that | 10:04 |

| | | |
|---|---|---|
| 1 | sector, the secure collaboration also fell which can | 10:04 |
| 2 | included then Dropbox, Box.net, YouSendIt, Thru, and | 10:04 |
| 3 | several other parties that would be considered | 10:04 |
| 4 | competitors to -- to both parties here today. | 10:04 |
| 5 | Q.  Okay.  And did you develop expertise analyzing | 10:04 |
| 6 | the companies in these spaces? | 10:05 |
| 7 | A.  Yes.  I was recognized as the -- the only one | 10:05 |
| 8 | actually covering this then in any large analyst firm | 10:05 |
| 9 | worldwide.  So I spoke to virtually all the vendors in | 10:05 |
| 10 | this space -- uhm -- and I believe I had something in | 10:05 |
| 11 | the range of four to 500 inquiries a year, meaning | 10:05 |
| 12 | speaking to enterprise customers about this topic. | 10:05 |
| 13 | Q.  Okay.  Did you have interaction with Thru or | 10:05 |
| 14 | Dropbox while you were working at Gartner? | 10:05 |
| 15 | A.  I do remember distinctively having several | 10:05 |
| 16 | conversations with Thru.  I believe at one time I did | 10:05 |
| 17 | actually get a vendor briefing, I speak to Dropbox.  I | 10:05 |
| 18 | know that some of my colleagues did.  But it wasn't a | 10:05 |
| 19 | company, at the time, that was too forthcoming or too | 10:05 |
| 20 | eager to be covered by Gartner, that was my perception | 10:05 |
| 21 | at least.  And again, we are not one that would reach | 10:06 |
| 22 | out and push.  We send out a request.  If that request | 10:06 |
| 23 | isn't answered, we don't go there and, you know, hammer | 10:06 |
| 24 | on the door.  It's typically the vendors would come to | 10:06 |
| 25 | us.  And at the time, Dropbox wasn't something that the | 10:06 |

1  typical enterprise customer would deploy within their          10:06
2  enterprise network.  It was still, at the time, being          10:06
3  seen as a more disruptive consumer technology which was        10:06
4  also, I believe, the marketing built a message for             10:06
5  Dropbox at the time, so it wasn't as natural for me to         10:06
6  cover them as Thru which had a different -- different          10:06
7  approach or marketing message at the time.                     10:06
8       Q.   Okay.  And can you walk me through your              10:06
9  interactions with Thru while you were employed by              10:06
10 Gartner?                                                       10:06
11      A.   Uhm.  Thru was both a vendor that would              10:06
12 approach us with vendor briefings which the documents          10:07
13 here today will show as well as some general inquiries.        10:07
14 The inquiries -- so the vendor briefings as, again, Thru       10:07
15 then to -- let's say position as well as give me an            10:07
16 overview of their company, where they are going, what          10:07
17 they are doing, what the marketing folk, its go to             10:07
18 message is, and so forth.                                      10:07
19           The inquiries which is a subscription                10:07
20 service, which a vendor can do in the same sense as an         10:07
21 enterprise customer, allows them to ask more specific          10:07
22 questions around how they should position themselves,          10:07
23 what go-to-marketing messages they should use, who they        10:07
24 should target, what industries to go after, and so on,         10:07
25 so they are then relying on my expertise to provide that       10:07

| | | |
|---|---|---|
| 1 | topics, vendors.  And also, when he was leaving Gartner | 10:18 |
| 2 | to go somewhere else and I was stepping into the space, | 10:18 |
| 3 | I was given sort of a debrief, handed over notes, handed | 10:19 |
| 4 | over, obviously, previous research notes that he had | 10:19 |
| 5 | authored to then review and start covering this space. | 10:19 |
| 6 |     Q.   Okay.  Do you recall when you first became | 10:19 |
| 7 | aware of Dropbox, the company? | 10:19 |
| 8 |     A.   Probably even before Thru, because it was more | 10:19 |
| 9 | of a consumer service that, I guess, had more exposure | 10:19 |
| 10 | in the general media versus Gartner which is very | 10:19 |
| 11 | specific and targeted towards the enterprises and the | 10:19 |
| 12 | enterprises that subscribe to Gartner. | 10:19 |
| 13 |     Q.   And do you recall approximately what year that | 10:19 |
| 14 | was that you first heard of Dropbox? | 10:19 |
| 15 |     A.   No. | 10:19 |
| 16 |     Q.   Okay.  Was it your time -- was it during the | 10:19 |
| 17 | time when you were an employee at Gartner? | 10:20 |
| 18 |     A.   Yes, it would have been, that was likely. | 10:20 |
| 19 |     Q.   Okay.  Was Dropbox a company of interest to | 10:20 |
| 20 | people at Gartner? | 10:20 |
| 21 |     A.   It was of an interest but not from a coverage | 10:20 |
| 22 | perspective, as it was seen to focus more on the | 10:20 |
| 23 | consumer space than the enterprise space at the time. | 10:20 |
| 24 |     Q.   Okay.  And did people at Gartner write about | 10:20 |
| 25 | Dropbox at the time? | 10:20 |

| | | |
|---|---|---|
| 1 | A.  I think there was one or two mentions.  I | 10:20 |
| 2 | know -- I believe Monica Basso, and I don't remember the | 10:20 |
| 3 | spelling -- uhm -- and the -- or Jeffrey Mann, I had | 10:20 |
| 4 | some discussions with that did some coverage of Dropbox | 10:20 |
| 5 | at the time and had some questions being field by | 10:20 |
| 6 | enterprise customers. | 10:20 |
| 7 | The typical answer was that, it is a | 10:21 |
| 8 | consumer product at this time and they don't have what | 10:21 |
| 9 | Gartner is considered to be a real enterprise platform | 10:21 |
| 10 | in which you can deploy this, it was more of an ad hoc | 10:21 |
| 11 | type solution. | 10:21 |
| 12 | Q.  And was Dropbox well-known in the marketplace | 10:21 |
| 13 | at the time? | 10:21 |
| 14 | A.  I would think so, yes. | 10:21 |
| 15 | Q.  Again, when did you leave Dropbox -- can you | 10:21 |
| 16 | tell me again -- excuse me, when did you leave Gartner? | 10:21 |
| 17 | A.  I mean, I would have to look at the exact date. | 10:21 |
| 18 | But I believe it was, as I said, July 2011. | 10:21 |
| 19 | Q.  Okay.  And what was your next position after | 10:21 |
| 20 | you left Gartner? | 10:21 |
| 21 | A.  The VP of Product -- uhm -- Product Marketing | 10:21 |
| 22 | and Product -- I can't remember, to be honest, my title | 10:21 |
| 23 | at Thru, but it was a VP position at Thru. | 10:22 |
| 24 | Q.  And how was it that you came to work at Thru? | 10:22 |
| 25 | A.  It was during one of the conversations at | 10:22 |

| | | |
|---|---|---|
| 1 | Q. Okay. So do you cover either Thru or Dropbox | 10:25 |
| 2 | in the course of your work? | 10:25 |
| 3 | A. No. | 10:25 |
| 4 | Q. In addition to NSS, are you either an employee | 10:25 |
| 5 | or an officer of any other company today? | 10:25 |
| 6 | A. No. | 10:25 |
| 7 | Q. Okay. And in addition to NSS, do you provide | 10:25 |
| 8 | consulting services as a contractor for any other | 10:25 |
| 9 | businesses today? | 10:25 |
| 10 | A. No, not today. | 10:25 |
| 11 | Q. Okay. Have you ever been a customer of Thru? | 10:25 |
| 12 | A. No. | 10:25 |
| 13 | Q. Have you ever been a customer or user of | 10:25 |
| 14 | Dropbox? | 10:25 |
| 15 | A. Yes. | 10:25 |
| 16 | Q. Okay. Are you a user of Dropbox today? | 10:25 |
| 17 | A. I think I still have an account. | 10:25 |
| 18 | Q. Okay. | 10:25 |
| 19 | A. But it hasn't been used for, I think, four or | 10:25 |
| 20 | five years. | 10:26 |
| 21 | Q. Okay. So you testified, did you not, that you | 10:26 |
| 22 | started your work at Thru in -- at the end of July 2011? | 10:26 |
| 23 | A. Yes. | 10:26 |
| 24 | Q. Okay. And again, what was your position that | 10:26 |
| 25 | you took there? | 10:26 |

| | | |
|---|---|---|
| 1 | A. As I said, I don't recall the actual full on | 10:26 |
| 2 | but it's -- it actually would be in the here. Vice | 10:26 |
| 3 | President of Marketing and Product Strategy is the going | 10:26 |
| 4 | title, so that's why -- so. | 10:26 |
| 5 | Q. And what were your responsibilities as Vice | 10:26 |
| 6 | President of Marketing and Product Strategy at Thru? | 10:26 |
| 7 | A. To give an overall, obviously, assessment of | 10:26 |
| 8 | roadmap and make sure that our development with -- would | 10:26 |
| 9 | match that of the marketplace, meaning what, obviously, | 10:26 |
| 10 | I had learned at Gartner, what the enterprise customers | 10:27 |
| 11 | were asking for in terms of product features and sets, | 10:27 |
| 12 | to what their key focus was, let's say, as part of | 10:27 |
| 13 | request for proposals, engaging with vendors. | 10:27 |
| 14 | From a marketing perspective it was | 10:27 |
| 15 | clearly then to position and market through to the best | 10:27 |
| 16 | of my capability and understanding of the marketplace. | 10:27 |
| 17 | (Deposition Exhibit No. 4 marked.) | 10:27 |
| 18 | Q. Okay. I would like to mark as Dropbox Exhibit | 10:27 |
| 19 | No. 4 a document with the Bates No. Thru 011936 through | 10:27 |
| 20 | Thru 011940. | 10:27 |
| 21 | A. Is this for me? | 10:27 |
| 22 | Q. Can you just take a look at that document, sir, | 10:28 |
| 23 | and just spend a minute. | 10:28 |
| 24 | Sir, do you recognize this document? | 10:30 |
| 25 | A. No. | 10:30 |

| | | |
|---|---|---|
| 1 | Q. And did you have any discussions with | 12:59 |
| 2 | Mr. Harrison, or anyone else at Thru, with regard to the | 12:59 |
| 3 | claim to the Dropbox trademark as it related to any | 12:59 |
| 4 | other companies? | 12:59 |
| 5 | A. Yeah. I mean we did, obviously, look at | 12:59 |
| 6 | Dropbox, Inc., and see. Uhm. We looked at the USPTO. | 13:00 |
| 7 | And we looked at when they had filed and how long they | 13:00 |
| 8 | had been in business. And then there were some | 13:00 |
| 9 | discussions regarding how long Thru it had this versus | 13:00 |
| 10 | Dropbox. | 13:00 |
| 11 | Q. And do you remember what the substance of those | 13:00 |
| 12 | discussions was? | 13:00 |
| 13 | A. Uhm. Well, I remember Lee Harrison presented | 13:00 |
| 14 | some documents and actual screenshots of this being in | 13:00 |
| 15 | the source code as well as marketing and/or | 13:00 |
| 16 | documentation, I don't remember the nature of the | 13:00 |
| 17 | documents. I believe the year was -- earliest was 2003 | 13:00 |
| 18 | and some from 2004 as part of, like, showing me what | 13:00 |
| 19 | was -- what was there as part of his involvement. | 13:00 |
| 20 | Q. How is it that you recall the specific years | 13:01 |
| 21 | from those documents? | 13:01 |
| 22 | A. Because that was part of, obviously, the USPTO | 13:01 |
| 23 | filing whether or not the Thru had had Dropbox longer or | 13:01 |
| 24 | shorter than others in the field. | 13:01 |
| 25 | Q. But how is it that you remember the years 2003 | 13:01 |

```
 1   and 2004?                                                    13:01
 2       A.   Because it was on the documents that I saw.         13:01
 3       Q.   Okay, okay.  And that was years ago.                13:01
 4       A.   Yeah.                                               13:01
 5       Q.   Okay.  And you referred to Mr. Harrison             13:01
 6   presenting these documents.  Did he present these            13:01
 7   documents just to you or to other people?                    13:01
 8       A.   It was only me in the room at the time.  This       13:01
 9   was in the early stages when there were the discussions      13:01
10   of going forward and filing the USPTO, so he was --          13:01
11   because me bringing this to his attention that it wasn't     13:01
12   necessarily old.  Back to, I don't know which exhibit,       13:01
13   that I presented this to Mr. Harrison in July 2011, and      13:01
14   then he wanted obviously to go back and make sure that       13:02
15   there was, let's say, material to support any USPTO          13:02
16   filing.                                                      13:02
17       Q.   Okay.  And are there -- were there any notes        13:02
18   reflecting these discussions that you were having about      13:02
19   the Dropbox trademark?                                       13:02
20       A.   No.                                                 13:02
21       Q.   Okay.  Were there any emails reflecting these       13:02
22   discussions?                                                 13:02
23       A.   No, not that I can recall.                          13:02
24       Q.   Okay.  So you don't recall ever emailing            13:02
25   Mr. Harrison about the Dropbox trademark?                    13:02
```

| | | |
|---|---|---|
| 1 | A. We would have had some emails probably around | 13:02 |
| 2 | this, but what the nature of, or how many, or what was | 13:02 |
| 3 | in those emails, I don't recall. | 13:02 |
| 4 | Q. Okay. I am not asking you to recall what the | 13:02 |
| 5 | substance of those emails were? | 13:02 |
| 6 | A. No, no, no. | 13:02 |
| 7 | Q. But you're confident there would have been | 13:02 |
| 8 | emails between the two of you. | 13:02 |
| 9 | A. I would presume there would be some reference | 13:02 |
| 10 | as Melissa is working on the filing with the USPTO, or | 13:02 |
| 11 | something to that effect. But not, as I said, any | 13:02 |
| 12 | tactical or directional conversation was typically a | 13:03 |
| 13 | face-to-face. | 13:03 |
| 14 | Q. Okay. | 13:03 |
| 15 | A. It wasn't an email type discussion. | 13:03 |
| 16 | Q. Okay. And you testified earlier that there | 13:03 |
| 17 | were other companies using the term "Dropbox" at the | 13:03 |
| 18 | time, and I believe you identified at least a couple of | 13:03 |
| 19 | them. Can you tell me, again, who those other companies | 13:03 |
| 20 | were to the best of your recollection? | 13:03 |
| 21 | A. Yeah. As far as I recall, the FilesAnywhere, | 13:03 |
| 22 | and I believe they were mentioned in the case here | 13:03 |
| 23 | somewhere. And then -- and I know -- uhm -- as I recall | 13:03 |
| 24 | at least that both, I think, YouSendIt and Box.net | 13:03 |
| 25 | either had, it might have been just objections or they | 13:03 |

```
 1    had some usage of this as well.  But I remember at least      13:03
 2    that discussion or that was part of it.                       13:03
 3        Q.   And how did those companies come to your             13:04
 4    attention?                                                    13:04
 5        A.   I believe I found them looking at the USPTO          13:04
 6    filing.                                                       13:04
 7        Q.   Okay.  So you actually did some of the research      13:04
 8    at the USPTO website for Dropbox.                             13:04
 9        A.   No.  It was more out of curiosity at my end.         13:04
10        Q.   Okay.  But you did spend some time looking at        13:04
11    it.                                                           13:04
12        A.   Yeah.                                                13:04
13        Q.   Okay.  And did you ever have any interaction         13:04
14    with any of those other companies about the Dropbox           13:04
15    trademark?                                                    13:04
16        A.   No, not that I recall.                               13:04
17        Q.   Okay.  Did anybody else at Thru have any             13:04
18    interaction with any of those other companies about the      13:04
19    Dropbox trademark?                                            13:04
20        A.   Again, I was removed from most of those              13:04
21    decisions and the -- and the legal findings.  But I do        13:04
22    recall there were at least some discussions on reaching       13:04
23    out to FilesAnywhere but I don't know if that happened        13:04
24    or not.                                                       13:04
25        Q.   Okay.  And you said you were removed from those     13:04
```

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4  DROPBOX, INC., a Delaware    )   Case No.
    corporation                  )   3:15-CV-01741-EMC
 5         Plaintiff,            )
                                 )
 6  VS.                          )
                                 )
 7  THRU INC., a Delaware        )
    corporation,                 )
 8         Defendant.            )
    *********************************************************
 9                   REPORTER'S CERTIFICATION
           VIDEOTAPED DEPOSITION OF THOMAS SKYBAKMOEN
10                      DECEMBER 22, 2015
    *********************************************************
11
12              I, CAROLINE CHAPMAN, Certified Shorthand
13  Reporter in and for the State of Texas, hereby certify
14  to the following:
15         That the witness, THOMAS SKYBAKMOEN was duly
16  sworn by the officer and that the transcript of the oral
17  deposition is a true record of the testimony given by
18  the witness;
19              That the deposition transcript was
20  submitted on December 28, 2015, to the witness or to the
21  attorney for the witness for examination, signature, and
22  return to me within 30 days;
23              That the amount of time used by each party
24  at the deposition is as follows:
25              Hon. John L. Slafsky -  Three hours and
```

```
 1  fifty-seven minutes.
 2              That pursuant to information given to the
 3  deposition officer at the time said testimony was taken,
 4  the following includes all parties of record:
 5
            Hon. John L. Slafsky, Counsel for the Plaintiff
 6          Hon. John M. Cone, Counsel for the Defendant.
 7              I further certify that I am neither
 8  counsel for, related to, nor employed by any of the
 9  parties or attorneys in the action in which this
10  proceeding was taken, and further that I am not
11  financially or otherwise interested in the outcome of
12  the action.
13              Certified to by me on December 28, 2015.
14
15          _____Caroline Chapman_____
            CAROLINE CHAPMAN, Texas CSR 467
16          Expiration Date:  12/31/2016
            DTI Court Reporting Solutions
17          27 Maiden Lane, Suite 300
            San Francisco, CA  94108
18          (415)  357-4300
19
20
21
22
23
24
25
```