# EXHIBIT 26
# TO DECLARATION OF JOHN M. CONE
# IN SUPPORT OF THRU INC.'S OPPOSITION
# TO DROPBOX, INC.'S MOTION FOR
# SUMMARY JUDGMENT

# ENTIRE EXHIBIT SOUGHT TO BE SEALED