# EXHIBIT 1
# TO DECLARATION OF LEE HARRISON IN SUPPORT OF THRU INC.'S OPPOSITION TO DROPBOX, INC.'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| **From:** | Rob Sherington |
| **To:** | Sean-Michael Daley |
| **Cc:** | Lee Harrison |
| **Subject:** | Re: Trademark Functionality |
| **Date:** | Monday, April 21, 2003 5:18:24 PM |

I guess Collect and DropBox are pieces of functionality of the
trademark RNI dBank and FTH and as such, we might want to think about a
patent or copyright -- that is if they are both pieces of functionality
that are unique.

That's not to say that we can't come up with some unique icons that
represent and sit alongside Collect and DropBox.

--Rob

On Friday, April 18, 2003, at 08:44  AM, Sean-Michael Daley wrote:

> I believe their are certain features in RNI dBank and FTH which should
> be
> considered Trademark Functionality. This would include COLLECT and
> another
> feature Daniel and I have been working on call Drop Box. These should
> be
> considered as our Trademark features and therefore should have a unique
> treatment in the interface.
>
> What do you think?
>
> SMD
>

**CONFIDENTIAL**                                                                                             **THRU-1785513**