# EXHIBIT 2
# TO DECLARATION OF LEE HARRISON IN SUPPORT OF THRU INC.'S OPPOSITION TO DROPBOX, INC.'S MOTION FOR SUMMARY JUDGMENT



# FTH Quick Start User Guide

| | |
|---|---|
| **Login Page** | 2 |
| **DropBox™** | 3 |
| **User Tools** | 4 |
| **Distribution** | 5 |
| **File Console** | 6 |
| **Detail View** | 7 |







# Login Page



**LOGIN PAGE**

(All transactions encrypted by 128-bit SSL and all files scanned for viruses)

**A Username/password**

(used to gain access)

– Type in the USERNAME that you received in your start-up email

– Type in the PASSWORD that you received in your start-up email then click SIGN IN

**B Forgot Password**

– Click FORGOT PASSWORD

– Enter your USERNAME then click SUBMIT and the ADMINISTRATOR will be emailed to reset your details

**C Request Account**

(an easy way to deploy FTH, send future users to your login page)

– Click REQUEST ACCOUNT

– Fill out the form

– Click SUBMIT and the request will be sent to the admin of the FTH dBank to assign USER GROUP(S) and activate the account

**D Dropbox**

DropBox™ allows non-FTH users to upload files to a users private DropBox™ folder. All files are virus scanned, the person uploading the file is notified via email of successful delivery and the DropBox™ owner is emailed to notify of delivery. Perfect for replacing anonymous FTP, as it is much easier to use and manage.

**E URL**

Each FTH dBank has its own URL. This can be either issued by the hosting company https://fth.hostname.com/yourname or have your own https://fth.yourname.com

**F Your Company Logo**

You can have your company logo appear on the login page as well as the navigation bar.



2

V4.0



# DropBox™



### DROPBOX™

A safe, secure easy-to-use answer to anonymous FTP.DropBox. Instead of having to grant them access to your dBank, just have them "drop" their files into your DropBox.

**For any files or email attachments that someone wishes to send TO YOU:**
– Direct them to your LOGIN PAGE (See LOGIN PAGE)
– Have them click the DROPBOX icon
– Fill in TO with a valid FTH user email address
– Fill in FROM with the sender's email address

– Click BROWSE to find the file(s) & optionally fill in the description field
– Click UPLOAD NOW (the files will now be in the user's MY DROPBOX folder)
– The sender will receive email notification of their upload to the user immediately. The filename, date and to whom the file(s) were sent to are included
– The user receives an email notifying him/her that someone has uploaded files to their DropBox. The filename, date and from whom are included along with a link to their dBank.

**To download the file that was sent to you:**
– Go to your LOGIN PAGE and enter your username and password
– Click on My DropBox in the Folders area of the File Console.
  See Folders, see File Console
– Checkmark the file(s) that were uploaded to you and Click DOWNLOAD
– Select where you'd like the file(s) to be placed and click SAVE when finished

**RUMBLE**GROUP® 3

V4.0



# User Tools





### A Distribution
Click DISTRIBUTION to access the 3-step process for distributing files.

See DISTRIBUTION page for more details

### B Home
Click HOME when you'd like to return to your Home Category

### C Search
(searches the keyword field of folders)

Type in any KEYWORDS then click SEARCH

### D Adv. Search
(only searches categories the user has access to)

Click ADV. SEARCH then select criteria and fill out the field then click SUBMIT

### E My Profile
(you can change your details and view what user groups you belong to)

– Click MY PROFILE
– Edit your details, Change your password, View USER GROUP(S) you belong to
– Click UPDATE

You can also EMAIL the administrator if needed by clicking EMAIL ADMINISTRATOR

### F Help Center

**CHAT ONLINE**
Click CHAT ONLINE to chat with a Help Center Specialist

**TICKET SUPPORT SYSTEM**
Click TICKET SUPPORT SYSTEM to use our SECURE email system for support issues

**PHONE**
Dial 1.800.871.9316 to talk to a Help Center Specialist

**LIVE TRAINING**
Click LIVE TRAINING to join a live session Monday - Friday 8am to 6pm CST
(GMT -06:00)

**TUTORIALS**
Click TUTORIALS to view a list of playable tutorials

**KNOWLEDGE BASE**
Click KNOWLEDGE BASE to search for answers to your questions

### G Current State
Click the CATEGORY NAME in the NAVIGATION BAR on the far left to take you back to the last category/folder/file state

### H User Name
Used to see whom you are logged in as or view your profile

### I Message Area
We reserve this area to send important messages to users

### J Distributions
Used to quickly view how many live DISTRIBUTIONS

### K My Collect
Used to quickly view how many files are in your MY COLLECT folder (Virtutal Folder)



# Distribution







### A New Distribution

**STEP 1**

– Fill out the fields

– You can click INSERT FROM CONTACTS and CHECKMARK the people you wish to send the files to

or

– simply type in the email addresses

or

– CHECKMARK the people you'd like to receive your file(s) from your FAVORITES list

– Click INSERT SELECTED

**STEP 2**

– CHECKMARK which file(s) you'd like to make available

NOTE: Your My Files, My Collect and My DropBox are always available here

**STEP 3**

– Select an EXPIRY date for the distribution

– CHECKMARK if you want to be notified via email that someone has collected the files you made available then click SEND DISTRIBUTION when finished

### B View Distributions

– Click on the VIEW DISTRIBUTIONS tab

– Click on the desired distribution you'd like to view more details about

– Scroll down to view details such as:

  – Date distribution was sent
  – Date of distribution expiry
  – Subject
  – Message
  – Recipients
  – Collection status
  – File name and size of sent file(s)

NOTE: A user can also access VIEW DISTRIBUTIONS via the DASHBOARD

– Click on Distributions in the USER DASHBOARD

### C Contacts

**To add a contact**

– Click ADD CONTACT and fill out the fields (minimum of an email address)

– Select how you want the contact to be shared then click ADD

– Whenever you send a distribution to someone who is not in your contact database you will be prompted to add them

**To add a list**

– Click ADD LIST and create a name and a description for the list

– Select how you want the contact list to be shared

– ADD current contacts to the list by clicking the ADD button

– When finished click the SUBMIT CHANGES button

**To delete a contact or contact list**

– Place a checkmark next to the contact or list you wish to delete

– Click DELETE

**To create a Favorite contact**

– Click EDIT next to FAVORITES

– Select which contact(s) you wish to make favorites and click the ADD button

– Click SUBMIT CHANGES when finished

RUMBLEGROUP® 5

V4.0



# File Console







**A Categories**

Click on a CATEGORY and/or a SUB-CATEGORY

View the DETAILS of the category or sub-category on the far right

If there is no sub-category, folders will appear in the column below

**B Description**

If viewing a folder…

**To add DESCRIPTION**
– Type words in DESCRIPTION area then click SUBMIT

**To add KEYWORDS (for use in the SEARCH bar)**
– Type words in KEYWORD bar then click SUBMIT

**To EMAIL the owner or who last modified the folder**
– Click the appropriate EMAIL icon
– Fill out MESSAGE and click SEND EMAIL when finished

If viewing a file…

View an icon of the type of file in the DETAIL VIEW

**To add DESCRIPTION**
– Type words in DESCRIPTION area then click SUBMIT

**To EMAIL the owner, who last modified or downloaded the file last**
– Click the appropriate EMAIL icon
– Fill out MESSAGE then click SEND EMAIL when finished

**To enable/disable FILE EXPIRY OPTIONS**
– Click the dropdown menu and choose from 15, 30, 60 & 90 days
– If FILE EXPIRY is enabled the date the file will expire appears



6

V4.0



# Detail View





### A Folders

Click on a FOLDER and it will also display the files in the middle column

View the DETAILS of the folder on the far right under DETAIL VIEW

**To ADD a folder**
– Click ADD FOLDER then type in an appropriate Folder Name then click OK

**To DELETE a folder**
– CHECKMARK the folder you wish to delete then click DELETE (A warning message will appear to confirm your action)

**To DOWNLOAD a folder**
– CHECKMARK the folder you wish to download then click DOWNLOAD

**To MOVE a folder to a different category**
– CHECKMARK the folder you wish to MOVE
– Click CUT on the CLIPBOARD
– Click the CATEGORY you wish to place the folder into then click PASTE
– To CLEAR the CLIPBOARD, click the icon and a dialog box will appear then click OK

### B Files

To view the DETAILS of a file on the far right under DETAIL VIEW, click on a FILE

**To view a THUMBNAIL of a file**
– Select a file with a bold spyglass then click the SPYGLASS icon

**To DELETE a file(s)**
– CHECKMARK the file(s) you wish to delete then click DELETE

**To DOWNLOAD a file(s)**
– Click the DOWNLOAD ICON next to the file to download a single file

or

– CHECKMARK the file(s) you wish to download
– Click DOWNLOAD

**To MOVE a file(s) to a different folder or category**
– CHECKMARK the file(s) you wish to MOVE
– Click CUT on the CLIPBOARD
– Click the CATEGORY and FOLDER you wish to place the file into then click PASTE

**To perform a POWER UPLOAD (drag and drop file(s) or folders from your desktop)**
NOTE: An ActiveX one-time auto download will be performed on first POWER UPLOAD
– Click POWER UPLOAD (download at better speeds than BROWSER UPLOAD)
– Drag and drop to the area under NAME and SIZE
OR click ADD and search for the file(s)
– Select the file(s) then click OPEN then click UPLOAD

**To perform a BROWSER UPLOAD (search for and upload a file from your computer to FTH)**
– Click on BROWSER UPLOAD then click BROWSE to find a file
– Select the file and click OPEN
– Type a DESCRIPTION if needed then click UPLOAD NOW

**To Collect Files (for DISTRIBUTION)**
– Select a FILE then click COLLECT and an icon will appear next to the file

**To quickly DISTRIBUTE a file(s)**
– CHECKMARK the file(s) you wish to DISTRIBUTE then click DISTRIBUTE
– Please refer to DISTRIBUTION page

### C Transaction Log

(shows a list of all transactions of a file)

DATE/TIME, FUNCTION & USER NAME

**To email users CHECKMARK their name**
– Fill out MESSAGE field and click send.

**RUMBLE**GROUP® 7

V4.0