# EXHIBIT 4
# TO DECLARATION OF LEE HARRISON IN SUPPORT OF THRU INC.'S OPPOSITION TO DROPBOX, INC.'S MOTION FOR SUMMARY JUDGMENT




















# Thru Web Edition
## Secure Messaging Portal

Do you have anytime, anywhere access to your critical messages?
Are large email attachments not getting through?
Do you need to avoid large expenses to secure your messaging workflow?

Thru Web Edition is a secure messaging portal that provides flexible message delivery and file transfer capabilities that enables critical business communication. It provides robust, but simple-to-deploy functionality so that customers, partners, and suppliers can share confidential or sensitive information with ease and reliability. As a hosted solution, there's no internal resource support, development time, or hardware to purchase. Thru Web Edition is ideal for small business teams and professionals who need to send and receive information faster than overnight courier and more securely than email.

**Benefits**

- No Software to Load
- Easy to Use
- Full Audit Trail
- Anywhere, Anytime Access

### Secure, Auditable, and Reliable

Thru Web Edition is designed to take advantage of the innovative Thru Message File System™ (Thru MFS), a relational database-driven storage platform that provides Message Retention Policy Support, Sharing, Archiving, and Tracking. This unique storage and delivery solution fosters complete confidence in how you manage and control your valuable business information. The Thru MFS provides a verifiable audit trail of the entire message flow with no software to install. Certified tracking numbers and non-refutable time stamps are assigned to all messages and files so you can track all activity that occurs throughout the message lifecycle from the moment it's distributed to the second it expires.

Thru Web Edition

## Thru Web Edition Datasheet                                            Version 6.1

**Applications**

- Thru Portal
- Thru DropBox

**Specifications**

- Windows 2000, XP, Vista
- Internet Explorer 5.5+
- Mac OS X
- Safari 1.2.4+

**Related Products**

- Thru Outlook Edition
- Thru Enterprise Edition

### Web access with complete functionality

Not at your office and need your project messages? You can log onto your secure intranet or hosted Thru site, and gain immediate access to the right information when you need it. With Thru Web Edition, you can send critical messages from anywhere at any time and without a desktop client.

### Virus checking on all files

Whether the message is inbound or outbound, all message attachments are scanned for viruses using Symantec Antivirus protection. And still you can send or receive any file type with any extension. Whether it is an .exe, .dwg, .zip, or anything else, Thru. Web Edition can handle it.

### Real-time notification capability

### Unlimited storage capacity

Everything you send from your Thru portal is stored and logged by the Thru MFS. It expands to the size you need with the ability to expire messages when your corporate or compliance policies requires access to be revoked or messages to be purged. With a hosted Thru site, you do not need to worry about having to backup up messages because Thru does it for you.

### Inbound messaging via the Thru DropBox

Need messages sent to you securely but the sender doesn't have Thru? You can let them contact you directly through your Thru DropBox. The Thru DropBox allows your critical messages and sensitive information to cross organizational boundaries safely and securely. It is designed to fit right into your workflow.










**Datasheet**



# Thru Web Edition
## Secure Messaging Portal

**Do you have anytime, anywhere access to your critical messages?**
**Are large email attachments not getting through?**
**Do you need to avoid large expenses to secure your messaging workflow?**

Thru Web Edition is a secure messaging portal that provides flexible message delivery and file transfer capabilities that enables critical business communication. It provides robust, but simple-to-deploy functionality so that customers, partners, and suppliers can share confidential or sensitive information with ease and reliability. As a hosted solution, there's no internal resource support, development time, or hardware to purchase. Thru Web Edition is ideal for small business teams and professionals who need to send and receive information faster than overnight courier and more securely than email.

### Benefits

- No Software to Load
- Easy to Use
- Full Audit Trail
- Anywhere, Anytime Access

### Secure, Auditable, and Reliable

Thru Web Edition is designed to take advantage of the innovative Thru Message File System™ (Thru MFS), a relational database-driven storage platform that provides Message Retention Policy Support, Sharing, Archiving, and Tracking. This unique storage and delivery solution fosters complete confidence in how you manage and control your valuable business information. The Thru MFS provides a verifiable audit trail of the entire message flow with no software to install. Certified tracking numbers and non-refutable time stamps are assigned to all messages and files so you can track all activity that occurs throughout the message lifecycle from the moment it's distributed to the second it expires.

**Thru Web Edition**

# Thru Web Edition Datasheet

**Version 6.1**

## Applications

- Thru Portal
- Thru DropBox

## Specifications

- Windows 2000, XP, Vista
- Internet Explorer 5.5+
- Mac OS X
- Safari 1.2.4+

## Related Products

- Thru Outlook Edition
- Thru Enterprise Edition

### Web access with complete functionality

Not at your office and need your project messages? You can log onto your secure Intranet or hosted Thru site, and gain immediate access to the right information when you need it. With Thru Web Edition, you can send critical messages from anywhere at any time and without a desktop client.

### Virus checking on all files

Whether the message is inbound or outbound, all message attachments are scanned for viruses using Symantec Antivirus protection. And still you can send or receive any file type with any extension. Whether it is an .exe, .dwg, .zip, or anything else, Thru. Web Edition can handle it.

### Real-time notification capability

You can track who is receiving and reading your messages. The Thru MFS contains a live notification system that keeps you informed about all your messaging activity. Stored message attachments have a detailed transaction log that tells you key information about message recipients, down to their IP address.

### Unlimited storage capacity

Everything you send from your Thru portal is stored and logged by the Thru MFS. It expands to the size you need with the ability to expire messages when your corporate or compliance policies requires access to be revoked or messages to be purged. With a hosted Thru site, you do not need to worry about having to backup up messages because Thru does it for you.

### Inbound messaging via the Thru DropBox

Need messages sent to you securely but the sender doesn't have Thru? You can let them contact you directly through your Thru DropBox. The Thru DropBox allows your critical messages and sensitive information to cross organizational boundaries safely and securely. It is designed to fit right into your workflow.

**Screenshot: Thru. Web Edition**



**For more information, please contact Thru at:**

**1-800-871-9316 ■www.thruinc.com**



Copyright ©2007 Thru. All rights reserved. All trademarks, trade names, service marks and logos referenced herein belong to their respective companies.

This document is provided for information purposes only, and the contents hereof are subject to change without notice. This document is not warranted to be error-free, nor is it subject to any other warranties or conditions, whether expressed orally or implied in law, including implied warranties and conditions of merchantability or fitness for a particular purpose. We specifically disclaim any liability with respect to this document, and no contractual obligations are formed either directly or indirectly by this document. This document may not be reproduced or transmitted in any form or by any means, electronic or mechanical, for any purpose, without our prior written permission.