# EXHIBIT 21
# TO DECLARATION OF LEE HARRISON IN SUPPORT OF THRU INC.'S OPPOSITION TO DROPBOX, INC.'S MOTION FOR SUMMARY JUDGMENT

**Datasheet**



# Thru Outlook Edition
## Secure Messaging Desktop

**Do you have sensitive or confidential information being sent over email?**

**Do you need a simple, easy-to-use way of sending large email attachments?**

**Is encryption key management creating costly downtime?**

Thru Outlook Edition provides endpoint message protection before your critical business information leaves the desktop. It seamlessly adds expiration and password-protection functionality that enables users to control access to messages in motion, and revoke access on-demand. It can be downloaded and installed in minutes and integrates with the Microsoft Outlook user interface. Thru Outlook Edition is best suited for simplified messaging with partners, customers, and suppliers without additional training time or expense. No PGP, PKI, or exchanging encryption keys before you send messages. No file size limitations. It's that easy.

### Benefits

- No Change in Workflow
- Secure Message Delivery
- Large File Delivery
- Full Audit Trail
- Rapid User Adoption

### Secure and Easy-to-Use

Thru Outlook Edition is designed to take advantage of the innovative Thru Message File System™(Thru MFS), a relational database-driven storage platform that provides Message Retention Policy Support, Sharing, Archiving, and Tracking. This unique storage and delivery solution fosters complete confidence in how you manage and control your valuable business information. The Thru MFS provides a verifiable audit trail of the entire message flow. Certified tracking numbers and non-refutable time stamps are assigned to all messages and files so you can track all activity that occurs throughout the message lifecycle from the moment it's distributed to the second it expires.

Thru Outlook Edition

CONFIDENTIAL

THRU-672825

# Thru Outlook Edition Datasheet

Version 1.6

## Applications

- Thru Portal
- Thru DropBox
- Thru Explorer
- Thru Outlook Client

## Specifications

- Windows 2000, XP, Vista
- Internet Explorer 5.5+
- Microsoft Outlook 2002, 2003, and 2007

## Related Products

- Thru Web Edition
- Thru Enterprise Edition

### Thru Explorer

Thru Explorer provides quick access from the desktop with a Windows Explorer look and feel. Message management at the desktop using the Thru Explorer allows you to Drag, Drop, Rename, and Move messages and message attachments. Thru Explorer comes complete with a powerful search engine to find the messages you need fast.

### Real-time notification capability

You can track who is receiving and reading your messages. The Thru MFS contains a live notification system that keeps you informed about all your messaging activity. Stored message attachments have a detailed transaction log that tells you key information about message recipients, down to their IP address.

### Microsoft Outlook interface

With Thru Outlook Edition, you do not need to change your employees' workflow. No retraining is required to understand how to create messages when they are already trained on Microsoft Outlook. When you install Thru Outlook Edition, users just click the Attach button to send files and even entire folders of files.

### Access all of your contacts

Many systems you purchase require exporting and then importing all of your contacts from Microsoft Exchange into their system. Thru Outlook Edition allows you to use your contacts already in Microsoft Outlook.

**Screenshot: Thru Outlook Edition**



## For more information, please contact Thru at:

## 1-800-871-9316 ■ www.thruinc.com

Copyright ©2007 Thru. All rights reserved. All trademarks, trade names, service marks and logos referenced herein belong to their respective companies.

This document is provided for information purposes only, and the contents hereof are subject to change without notice. This document is not warranted to be error-free, nor is it subject to any other warranties or conditions, whether expressed orally or implied in law, including implied warranties and conditions of merchantability or fitness for a particular purpose. We specifically disclaim any liability with respect to this document, and no contractual obligations are formed either directly or indirectly by this document. This document may not be reproduced or transmitted in any form or by any means, electronic or mechanical, for any purpose, without our prior written permission.

CONFIDENTIAL                                                                                                                                        THRU-672826