# EXHIBIT 31
# TO DECLARATION OF LEE HARRISON IN SUPPORT OF THRU INC.'S OPPOSITION TO DROPBOX, INC.'S MOTION FOR SUMMARY JUDGMENT





MWH now part of
Stantec
Welcome to the MWH Global File Transfer Portal. If you are connecting from inside the MWH network please click on the MWH Internal box, all others please click the External box. Thank you for using MWH File Transfer
MWH internal
please click here
MWH external
please click here
Thru DropBox
Use DropBox to Upload files to a member

sage
Select language:
File Sharing & Collaboration Site
Sage UK - Thru File Transfer Application
Username
Forgot username
Password
Forgot password
Remember my username
Login
Upload files via Thru Dropbox™

