1  IAN K. BOYD, State Bar No. 191434
   SISKIND BOYD LLP
2  Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
   Telephone: (415) 354-0100
4  Facsimile: (415) 391-7124
   iboyd@siskindboyd.com
5
6  JOHN M. CONE (admitted *pro hac vice*)
   RYAN A. STARNES (admitted *pro hac vice*)
7  FERGUSON, BRASWELL & FRASER, PC
   2500 Dallas Parkway #600
8  Plano, Texas 75093
   Telephone: (972) 378-9111
9  Facsimile: (972) 378-9115
   jcone@dallasbusinesslaw.com
10 rstarnes@dallasbusinesslaw.com

11 Attorneys for Defendant
12 THRU INC.

13
14                    **UNITED STATES DISTRICT COURT**
15                    **NORTHERN DISTRICT OF CALIFORNIA**
16                         **SAN FRANCISCO DIVISION**

17 DROPBOX, INC., a Delaware corporation,    )   Case No. C 15-01741 EMC
                                             )
18         Plaintiff/Counterclaim Defendant, )
                                             )   **[PROPOSED] ORDER GRANTING**
19     v.                                    )   **THRU INC.'S MOTION TO**
                                             )   **REMOVE INCORRECTLY FILED**
20 THRU INC., a Delaware corporation,        )   **DOCUMENTS**
                                             )
21         Defendant/Counterclaimant.        )
                                             )
22                                           )
                                             )
23                                           )

24
25     Defendant/Counterclaimant Thru Inc. ("Thru")'s Motion to Remove Incorrectly Filed
26 Documents was presented to the Court. Upon consideration of the Motion, the Court finds there
27 is good cause to remove Docket Nos. 108-17 through 108-23 from the record.
28

1    IT IS THEREFORE ORDERED that Thru's Motion to Remove Incorrectly Filed
2 Documents is GRANTED and Docket Nos. 108-17 through 108-23 are permanently deleted
3 from the Court's docket.
4 **IT IS SO ORDERED.**

6 Dated: 10/3/2016    By: _____
7          THE HONORABLE EDWARD M. CHEN
           United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA