DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com

COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415)947-2000
Facsimile:  (415) 947-2099
cbal@wsgr.com

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THRU INC., a Delaware corporation,<br><br>Defendant.<br><br>THRU INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>Counter-Defendant. | Case No. 3:15-CV-01741-EMC (MEJ)<br><br>**DECLARATION OF SHELBY PASARELL TSAI IN SUPPORT OF THRU INC.'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Shelby Pasarell Tsai, declare:

1. I am Of Counsel with the law firm Wilson Sonsini Goodrich & Rosati PC, attorneys for Plaintiff and Counter-Defendant Dropbox, Inc. I submit this declaration in support of Thru Inc.'s Amended Administrative Motion to Seal. The following facts are based on my personal knowledge. If called as a witness, I could and would testify to the information stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the document attached as Exhibit 26 of the Declaration of John M. Cone in Support of Thru Inc.'s Opposition to Dropbox, Inc.'s Motion for Summary Judgment ("Cone Declaration"). A copy of this same document was attached as Exhibit 7 of the Declaration of John L. Slafsky in Support of Dropbox, Inc.'s Motion for Summary Judgment ("Slafsky Declaration").

3. Attached hereto as Exhibit B is a true and correct copy of a document attached as Exhibit 17 of the Cone Declaration.

4. Dropbox, Inc. designated Exhibits A and B as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order. Dropbox, Inc. has identified certain portions of Exhibits A and B that contain highly sensitive payment and settlement information for Dropbox, Inc. The Declaration of Cathryn Weems in Support of Thru Inc.'s Amended Administrative Motion to File Under Seal ("Weems Declaration"), filed concurrently herewith, establishes that the identified portions of Exhibits A and B are sealable.

5. Attached hereto as Exhibit C is a true and correct copy of a document attached as Exhibit 18 of the Cone Declaration.

6. Attached hereto as Exhibit D is a true and correct copy of a document attached as Exhibit 19 of the Cone Declaration.

7. Attached hereto as Exhibit E is a true and correct copy of a document attached as Exhibit 21 of the Cone Declaration.

8. Attached hereto as Exhibit F is a true and correct copy of a document attached as Exhibit 22 of the Cone Declaration.

1       9.     Attached hereto as Exhibit G is a true and correct copy of a document attached as Exhibit 23 of the Cone Declaration.

      10.    Dropbox, Inc. designated Exhibits C through G as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order.  Dropbox, Inc. has identified certain portions of Exhibits C through G that contain sensitive, personal identifying information for various individuals.  The Weems Declaration establishes that the identified portions of Exhibits C through G are sealable.

      I declare under penalty of perjury under the law of the United States that the foregoing is true and correct to the best of my knowledge.

      Executed this 3rd day of October 2016 at San Francisco, California.

                                    *s/ Shelby Pasarell Tsai*
                                    SHELBY PASARELL TSAI

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David H. Kramer, am the ECF User whose identification and password are being used to file the **DECLARATION OF SHELBY PASARELL TSAI IN SUPPORT OF THRU INC.'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: October 3, 2016                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation


                                          By: *s/ David H. Kramer*
                                                  David H. Kramer

                                          Attorneys for Plaintiff and Counter-Defendant
                                          DROPBOX, INC.