# EXHIBIT 91



173 of 369 DOCUMENTS

Copyright 2009 The New York Times Company
The New York Times

January 18, 2009 Sunday
Late Edition - Final

SECTION: Section BU; Column 0; Money and Business/Financial Desk; NOVELTIES; Pg. 4

LENGTH: 885 words

HEADLINE: A Digital Storage Option for Workers on the Go

BYLINE: By ANNE EISENBERG.

E-mail: novelties@nytimes.com

BODY:

STEVE ASH, who writes software for banks, used to ferry his digital files from the office to grad school to home on a U.S.B. stick. But it wasn't a method he liked.

"Everything was on it," he said of the device. "God forbid it would get lost, stolen or dropped in the mud."

So Mr. Ash, who is 25 and lives in Memphis, checked out new services, including Syncplicity and Dropbox, that automatically synchronize his digital files and folders across multiple computers. That way, if he leaves work in the middle of drafting a report on his desktop, the draft will be waiting for him on his bedroom computer when he gets home -- with no memory stick necessary.

Syncplicity, Dropbox and similar data management services work by piping up data from a customer's computers to the "cloud storage" of Internet servers, saving the information there and then downloading it to the user's other computers.

The services are intended to work automatically, in the background. "Every time you have an active Internet connection, Syncplicity will sync and back up all of your computers," said Leonard Chung, the chief executive of the company, which is based in San Francisco. The program even synchronizes files if users are, for instance, preparing a report at Google Docs, the Web-based word processor. "It will capture that report and put it onto your machines as a Word document," he said.

Syncplicity and Dropbox also provide file-sharing among groups. When one person using Syncplicity makes changes in a joint proposal or a spreadsheet and hits "save," the file is quickly backed up and then downloaded to colleagues' computers with the saved changes, Mr. Chung said.

To ensure data security, Syncplicity uses the same kind of encryption employed by the military and banks, said Justin Huskamp, manager of business development. "Everything that is sitting in our database is encrypted," he said.

At Dropbox, all data is encrypted using the same practices that banks use. "Security is the most important concern on our users' minds and ours as well," said Drew Houston, co-founder and chief executive of the company, also based in San Francisco.

Jonathan B. Spira, chief analyst at Basex, a business research firm in New York City, said that while the combination of synching, file-sharing and backup in the new programs might not be useful for big companies that al-

A Digital Storage Option for Workers on the Go The New York Times January 18, 2009 Sunday

ready have elaborate information management systems, it would be helpful for those on tighter budgets -- freelancers and workers at small companies, for example.

"They need tools that will ensure that files are not lost and that everyone is using the same version" across many computers, he said.

"The great benefit from a system like Syncplicity is that it pretty much works in the background," he said. Workers, he said, "don't have to engage in any heavy lifting" to use the programs.

Service is free for up to two gigabytes of storage at both Syncplicity and Dropbox. Both companies charge $9.99 a month or $99 a year for up to 50 gigabytes.

Syncplicity is designed for Windows users. A version for Macs will be released shortly, Mr. Chung said.

Dropbox, which is now in beta, or test, version, works with Macs and Linux-based systems as well as with PCs.

Mr. Ash chose Syncplicity to manage his data. "Having it online and knowing it's there is worth paying for," he said.

Jeff Rudluff of Dallas, a general partner in onlineperformancemarketing.com, an advertising firm, uses Syncplicity to unite the laptop and desktop computers of the nine employees in the business, each of whom works from home. "We don't have a central server, but now we can share folders anyway," he said. "When I make a change to a proposal, it's automatically entered, so then, when anyone on the team goes to it, they have the latest document."

In the past, he said, the company used a backup program to save data, but the procedure didn't work. "You had to remember" to do the backup, he said. "But people didn't."

The company has had three computer crashes recently, but because of Syncplicity, no files have been lost, he said. "Everything was in cloud storage," he said, "and could be quickly downloaded onto replacement computers."

Mr. Rudluff especially likes having multiple versions of documents like spreadsheets available to him. "The really cool thing is that the program saves earlier versions of your document," he said, instead of overwriting the original files as people changed the text. "If we make a fundamental mistake, we can go back to what we had before," he said. Both Dropbox and Syncplicity offer this feature.

Mr. Houston of Dropbox said the service made it easy for people with ordinary, nontechie backgrounds to synchronize their files. "Just install the program and enter your e-mail and password," he said. Files are also easily shared, he said. "You click on the folder, click 'share,' and type in the e-mail addresses of collaborators." Then that folder appears on everyone else's computers. "Anyone can make changes," he said, and the changes appear instantly on everyone's computers, too.

"We've found that companies are living out of these shared folders," Mr. Houston said. "They are using them as an alternative to lots of e-mails and attachments."

URL: http://www.nytimes.com

GRAPHIC: PHOTO: The data management company Syncplicity synchronizes and backs up files, allowing access to documents on various computers. Its service, as well as Dropbox's, is free for up to two gigabytes.

LOAD-DATE: January 18, 2009

DRBX186278