CHAMBERS' COPY

DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com

COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
cbal@wsgr.com

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

IAN K. BOYD, State Bar No. 191434
SISKIND BOYD LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com

JOHN M. CONE, *pro hac vice*
RYAN A. STARNES, *pro hac vice*
FERGUSON, BRASWELL & FRASER, PC
2500 Dallas Parkway #600
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
jcone@dallasbusinesslaw.com
rstarnes@dallasbusinesslaw.com

Attorneys for Defendant and Counterclaimant
THRU INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>THRU INC., a Delaware corporation,<br><br>    Defendant.<br><hr>THRU INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>    Counter-Defendant. | Case No. 3:15-CV-01741-EMC (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET PRETRIAL CONFERENCE**<br><br>Before:    Hon. Edward M. Chen<br>Dept:      Courtroom 5, 17th Floor<br><br>Current Pre-Trial Conf.:    12/20/2016<br>Proposed Pre-Trial Conf.:   1/10/2017<br>Bench Trial Date:           1/23/2017 |

1       Dropbox, Inc. ("Dropbox") and Thru, Inc. ("Thru") submit this Stipulation and [Proposed]

2  Order to Reset the Pretrial Conference in this matter from December 20, 2016 to January 10, 2017.

3       Dropbox filed a Motion for Summary Judgment in this case on September 15, 2016.  On

4  October 27, 2016, the Court heard oral argument on that motion and took it under submission.

5  The Court's decision on that motion may significantly affect the issues to be tried in this case as

6  well as the parties' trial preparation.  Given the current schedule, however, the parties will need to

7  undertake substantial trial preparation efforts without the benefit of the Court's decision.   To

8  avoid the potential for misallocation or waste of resources in trial preparation, the parties jointly

9  request that the Court continue the Pretrial Conference by three weeks.

10       A bench trial is currently scheduled to begin in this matter on January 23, 2017, at 8:30

11  a.m.  Continuing the Pretrial Conference to January 10, 2017, as the parties jointly request, will

12  have no impact on that trial date and this Stipulation is predicated on the assumption that the

13  proposed new date for the Pretrial Conference will not delay the trial.

15  Dated:  November 2, 2016          Respectfully submitted,

16                             WILSON SONSINI GOODRICH & ROSATI
17                             Professional Corporation

18                             By:    _/s/ David H. Kramer_
                                        DAVID H. KRAMER
19                                      JOHN L. SLAFSKY

20                             Attorneys for Plaintiff and Counter-Defendant
                             DROPBOX, INC.

21  Dated:  November 2, 2016          FERGUSON, BRASWELL & FRASER, PC

22                             By:    _/s/ John M. Cone_
23                                        JOHN M. CONE
                                      RYAN A. STARNES

24                             SISKIND BOYD LLP
25                             IAN K. BOYD

26                             Attorneys for Defendant and Counterclaimant
27                             THRU INC.

28

**[PROPOSED] ORDER**

Pursuant to stipulation, it is so ORDERED:

1.      The pretrial conference is reset to January 10, 2017 at 2:30 p.m.; and

2.      The parties will meet and confer regarding (a) preparation and content of the joint pretrial conference statement and (b) preparation and exchange of pretrial materials on or before December 13 ~~November 29~~, 2016.

Dated:  November  4  , 2016

_____
The Honorable Edward M. Chen
United States District Court Judge

**CERTIFICATION**

I, DAVID H. KRAMER, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO RESET PRETRIAL CONFERENCE.** In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: November 2, 2016                         */s/ David H. Kramer*