DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com

COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
cbal@wsgr.com

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

IAN K. BOYD, State Bar No. 191434
SISKIND BOYD LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com

JOHN M. CONE, *pro hac vice*
RYAN A. STARNES, *pro hac vice*
FERGUSON, BRASWELL & FRASER, PC
2500 Dallas Parkway #600
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
jcone@dallasbusinesslaw.com
rstarnes@dallasbusinesslaw.com

Attorneys for Defendant and Counterclaimant
THRU INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THRU INC., a Delaware corporation,<br><br>    Defendant.<br><hr>THRU INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>    Counter-Defendant. | Case No. 3:15-CV-01741-EMC (MEJ)<br><br>**Denied**<br>**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER PROCEEDINGS**<br><br>Before:   Hon. Edward M. Chen<br>Dept:     Courtroom 5, 17th Floor<br><br>Current Pre-Trial Conf.:  1/10/2017<br>Current Bench Trial Date: 1/23/2017 |

Following the Status Conference in this matter on November 22, 2016, counsel for Dropbox, Inc. ("Dropbox") and Thru, Inc. ("Thru") met and conferred regarding a means to resolve efficiently the remaining issue in the case – Dropbox's request for a declaratory judgment that its rights to the term DROPBOX are superior to those of Thru. The parties now agree and stipulate to the following:

1. The parties request that the Court vacate the current date set for a bench trial in this matter of January 23, 2017, the pretrial conference of January 10, 2017, and all associated deadlines.

2. The parties proceeded with a settlement conference with Judge Spero on November 29, 2016, and were unable to resolve the matter.

3. The parties request that the Court further consider the alternative grounds advanced by Dropbox in its Motion for Summary Judgment (Dkt. 97) at 10-19, and issue a further order granting or denying the motion on those grounds.

4. If the Court rules that summary judgment for Dropbox is not appropriate on any of the alternative grounds presented, the parties: (i) will meet and confer within seven days of the ruling regarding the most efficient means for the Court to conduct a bench trial on any triable issues of fact that remains (e.g. a trial on documents or a trial with limited witnesses); and (ii) request that the Court schedule a status conference to discuss a schedule and process for trial of any remaining issues.

5. In light of the foregoing, the parties request that the December 8, 2016 status conference that the Court set on November 22 be vacated.

6. If the Court wishes to reset a trial date, the parties respectfully request that it be set no earlier than mid-April 2017.

1  Dated: November 29, 2016

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ David H. Kramer___
    DAVID H. KRAMER
    JOHN L. SLAFSKY

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

Dated: November 29, 2016

FERGUSON, BRASWELL & FRASER, PC

By: ___/s/ John M. Cone___
    JOHN M. CONE
    RYAN A. STARNES

Attorneys for Defendant and Counterclaimant
THRU INC.

IT IS SO ORDERED.

DENIED.  Status conference is reset from 12/8/16 to 12/15/16
at 9:30 a.m.  Pretrial filings deadline is extended from
12/13/2016 to 12/22/2016.

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## [PROPOSED] ORDER

Pursuant to stipulation and good cause appearing, it is so ORDERED:

1. The bench trial set for January 23, 2017, the pretrial conference set for January 10, 2017, and all associated deadlines are vacated;

2. The Court will issue a written order addressing the remaining issues presented in Dropbox's Motion for Summary Judgment and set a Status Conference to discuss a schedule and process for a trial on any remaining issues;

3. If the Court concludes that summary judgment for Dropbox is not appropriate on any of the alternative grounds presented in its motion, the parties (i) will meet and confer within seven days of the Court's ruling on the motion regarding the most efficient means for the Court to conduct a bench trial on any triable issue(s) of fact that remains (e.g. a trial on documents or a trial with limited witnesses); and (ii) the Court will schedule a status conference to discuss a schedule and process for trial of the remaining issue(s); and

4. The status conference set for December 8, 2016 is vacated.

Dated: _____, 2016

_____
The Honorable Edward M. Chen
United States District Court Judge

## CERTIFICATION

I, DAVID H. KRAMER, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER PROCEEDINGS.** In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: November 29, 2016                                      */s/ David H. Kramer*