IAN K. BOYD, State Bar No. 191434
SISKIND BOYD LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@siskindboyd.com

JOHN M. CONE (admitted *pro hac vice*)
FERGUSON, BRASWELL & FRASER, PC
2500 Dallas Parkway #501
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
jcone@dallasbusinesslaw.com

Attorneys for Defendant and Counterclaimant
THRU INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, | Case No. C 15-01741 EMC |
| Plaintiff/Counterclaim Defendant | **THRU, INC.'S ADMINISTRATIVE REQUEST FOR LEAVE TO APPEAR BY TELEPHONE AT STATUS CONFERENCE**  Denied |
| v. | |
| THRU INC., a Delaware corporation, | Date: December 8, 2016 |
| Defendant/Counterclaimant | Time: 10:30 a.m. |
| | Location: Courtroom 5, 17th Floor |
| | Before: Honorable Edward M. Chen |

1. On November 22, 2016, the Court ordered a further status conference to be held in this matter on Thursday, December 8, 2016 at 10:30 a.m.

2. On November 29, 2016, the parties submitted a Stipulation and [Proposed] Order Regarding Further Proceedings that, among other things, seeks to vacate the December 8, 2016 status conference.

3. John Cone, of the law firm Ferguson, Braswell & Fraser, PC, is lead trial counsel for Defendant and Counterclaimant Thru, Inc. ("Thru"). Mr. Cone's law firm is located in Plano, Texas, and he is unable to attend the December 8, 2016 status conference in person. However, as lead trial counsel, Mr. Cone is Thru's most knowledgeable representative regarding the case. Accordingly, should the Court deny the parties' stipulation and proceed with the December 8 status conference, Thru requests the Court's leave for Mr. Cone to appear by telephone at the December 8 status conference. Local counsel, Ian Boyd, of Siskind Boyd LLP, will attend in person.

Dated: December 1, 2016

HARVEY SISKIND LLP
IAN K. BOYD

FERGUSON, BRASWELL & FRASER, PC
JOHN M. CONE

By: /s/Ian K. Boyd
     Ian K. Boyd

Attorneys for Defendant/Counter-Plaintiff
THRU INC.

```
IT IS SO ORDERED. Denied. Status reset from 12/8/16 to 12/15/16 at
9:30 a.m.  All counsel must appear in person.
```

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

REQUEST TO APPEAR TELEPHONICALLY
AT STATUS CONFERENCE

Case No. C 15-01741 EMC