| | |
|---|---|
| DAVID H. KRAMER, State Bar No. 168452<br>JOHN L. SLAFSKY, State Bar No. 195513<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>dkramer@wsgr.com<br>jslafsky@wsgr.com<br><br>COLLEEN BAL, State Bar No. 167637<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>cbal@wsgr.com<br><br>Attorneys for Plaintiff and Counter-Defendant<br>DROPBOX, INC. | IAN K. BOYD, State Bar No. 191434<br>SISKIND BOYD LLP<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br>iboyd@harveysiskind.com<br><br>JOHN M. CONE, *pro hac vice*<br>RYAN A. STARNES, *pro hac vice*<br>FERGUSON, BRASWELL & FRASER, PC<br>2500 Dallas Parkway #600<br>Plano, Texas 75093<br>Telephone: (972) 378-9111<br>Facsimile: (972) 378-9115<br>jcone@dallasbusinesslaw.com<br>rstarnes@dallasbusinesslaw.com<br><br>Attorneys for Defendant and Counterclaimant<br>THRU INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>THRU INC., a Delaware corporation,<br><br>    Defendant.<br><br>THRU INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>    Counter-Defendant. | Case No. 3:15-CV-01741-EMC (MEJ)<br><br>**JOINT STATEMENT FOR STATUS CONFERENCE**<br><br>Date:     December 15, 2016<br>Time:    9:30 a.m.<br>Before:  Hon. Edward M. Chen<br>Dept:    Courtroom 5, 17th Floor |

Dropbox, Inc. ("Dropbox") and Thru, Inc. ("Thru") submit this Joint Statement for Status Conference scheduled for December 15, 2016.

### Status of Case

In light of the Court's Orders on Summary Judgment (ECF Dkt. Nos. 135 and 146, the "Orders") the parties agree that the Court should enter final judgment both on Dropbox's complaint and Thru's counterclaims in this action. The parties have stipulated that in light of the Orders, Dropbox's request for a declaration that it has not harmed Thru, and Dropbox's request for an injunction prohibiting Thru from challenging Dropbox's trademark registration are moot, and will submit a stipulated dismissal of those claims for relief without prejudice. With those issues dismissed, the parties believe that the Court can enter a final judgment in the form attached hereto as Exhibit A. Thru consents to the form of the Judgment only and not its substance and without waiver of its right to appeal.

Dated: December 13, 2016

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s David H. Kramer*
DAVID H. KRAMER

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

Dated: December 13, 2016

FERGUSON, BRASWELL & FRASER, PC

By: */s John M. Cone*
JOHN M. CONE

FERGUSON, BRASWELL & FRASER, PC
JOHN M. CONE
RYAN A. STARNES

Attorneys for Defendant and Counterclaimant
THRU INC.

**CERTIFICATION**

I, DAVID H. KRAMER, am the ECF User whose identification and password are being used to file this **JOINT STATEMENT FOR STATUS CONFERENCE**.  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated:  December 13, 2016                      */s David H. Kramer*