1  DAVID H. KRAMER, State Bar No. 168452
   JOHN L. SLAFSKY, State Bar No. 195513
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, California 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  dkramer@wsgr.com
   jslafsky@wsgr.com
6
   COLLEEN BAL, State Bar No. 167637
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  One Market Plaza, Spear Tower, Suite 3300
   San Francisco, California 94105
9  Telephone: (415)947-2000
   Facsimile: (415) 947-2099
10 cbal@wsgr.com

11 Attorneys for Plaintiff and Counter-Defendant
   DROPBOX, INC.
12
                   UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                   SAN FRANCISCO DIVISION
15

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, | Case No. 3:15-CV-01741-EMC (MEJ) |
| Plaintiff, | [PR~~OP~~OSED] JUDGMENT |
| v. | |
| THRU INC., a Delaware corporation, | |
| Defendant. | |
| THRU INC., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| DROPBOX, INC., a Delaware corporation, | |
| Counter-Defendant. | |

1    In accordance with the Court's Orders on Summary Judgment (ECF Dkt. Nos. 135 and
2  146), Judgment is hereby entered in favor of Plaintiff Dropbox, Inc. and against Defendant Thru
3  Inc. on Dropbox's complaint and Thru's counterclaims.
4    It is so ORDERED, ADJUDGED and DECREED. The Clerk of the Court is directed to close the case.
5  Dated: December __13__, 2016



HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen