1  DAVID H. KRAMER, State Bar No. 168452
   JOHN L. SLAFSKY, State Bar No. 195513
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, California  94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
5  dkramer@wsgr.com
   jslafsky@wsgr.com
6
   COLLEEN BAL, State Bar No. 167637
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  One Market Plaza, Spear Tower, Suite 3300
   San Francisco, California  94105
9  Telephone:  (415)947-2000
   Facsimile:  (415) 947-2099
10 cbal@wsgr.com

11 Attorneys for Plaintiff and Counter-Defendant
   DROPBOX, INC.

12
                   UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                     SAN FRANCISCO DIVISION
15

16 DROPBOX, INC., a Delaware corporation,          )   Case No. 3:15-CV-01741-EMC (MEJ)
                                                    )
17              Plaintiff,                          )   [PROPOSED] JUDGMENT
                                                    )
18       v.                                         )
                                                    )
19 THRU INC., a Delaware corporation,               )
                                                    )
20              Defendant.                          )
                                                    )
21 ─────────────────────────────────────           )
                                                    )
22 THRU INC., a Delaware corporation,               )
                                                    )
23              Counterclaimant,                    )
                                                    )
24       v.                                         )
                                                    )
25 DROPBOX, INC., a Delaware corporation,           )
                                                    )
26              Counter-Defendant.                  )
   ─────────────────────────────────────           )
27

28

1    In accordance with the Court's Orders on Summary Judgment (ECF Dkt. Nos. 135 and

2    146), Judgment is hereby entered in favor of Plaintiff Dropbox, Inc. and against Defendant Thru

3    Inc. on Dropbox's complaint and Thru's counterclaims.

4    It is so ORDERED, ADJUDGED and DECREED. The Clerk of the Court is
     directed to close the case.

5    Dated: December ___13___, 2016



HON. EDWARD M. CHEN
United States District Judge