DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com

COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
cbal@wsgr.com

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

IAN K. BOYD, State Bar No. 191434
SISKIND BOYD LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com

JOHN M. CONE, *pro hac vice*
RYAN A. STARNES, *pro hac vice*
FERGUSON, BRASWELL & FRASER, PC
2500 Dallas Parkway #600
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
jcone@dallasbusinesslaw.com
rstarnes@dallasbusinesslaw.com

Attorneys for Defendant and Counterclaimant
THRU INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> THRU INC., a Delaware corporation, <br><br> Defendant. <br><br> THRU INC., a Delaware corporation, <br><br> Counterclaimant, <br><br> v. <br><br> DROPBOX, INC., a Delaware corporation, <br><br> Counter-Defendant. | Case No. 3:15-CV-01741-EMC (MEJ) <br><br> **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE DROPBOX'S MOTION FOR AWARD OF ATTORNEYS' FEES** |

On December 13, 2016, the Court entered Judgment in this matter "in favor of Plaintiff Dropbox, Inc. and against Defendant Thru Inc. on Dropbox's complaint and Thru's counterclaims." Dkt. No. 149. Under Federal Rule of Civil Procedure 54 and Local Rule 54-5, Dropbox's deadline to file any motion for attorneys' fees is December 27, 2016.

Given the upcoming holidays, and so that the parties may have additional time to meet and confer in an attempt to avoid the need for a motion, the parties request that the Court enlarge Dropbox's time to file any motion for attorneys' fees until January 9, 2017.

Dated: December 22, 2016

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ David H. Kramer*
DAVID H. KRAMER
JOHN L. SLAFSKY

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

Dated: December 22, 2016

FERGUSON, BRASWELL & FRASER, PC

By: */s/ John M. Cone*
JOHN M. CONE
RYAN A. STARNES

Attorneys for Defendant and Counterclaimant
THRU INC.

### [PROPOSED] ORDER

Pursuant to stipulation and good cause appearing, IT IS HEREBY ORDERED that Dropbox shall have until January 9, 2017 to file any motion for an award of attorneys' fees and expenses.

Dated: December ____, 2016

The Honorable Edward M. Chen
United States District Court Judge

**CERTIFICATION**

I, DAVID H. KRAMER, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE DROPBOX'S MOTION FOR AWARD OF ATTORNEYS' FEES.** In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated:  December 22, 2016                     */s/ David H. Kramer*