DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com

COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
cbal@wsgr.com

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

IAN K. BOYD, State Bar No. 191434
SISKIND BOYD LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com

JOHN M. CONE, *pro hac vice*
RYAN A. STARNES, *pro hac vice*
FERGUSON BRASWELL FRASER
KUBASTA PC
2500 Dallas Parkway #600
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
jcone@dallasbusinesslaw.com
rstarnes@dallasbusinesslaw.com

Attorneys for Defendant and Counterclaimant
THRU INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPBOX, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THRU INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>THRU INC., a Delaware corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>　　　　Counter-Defendant. | Case No. 3:15-CV-01741-EMC (MEJ)<br><br>**STIPULATION AND [PR~~OP~~OSED] ORDER TO ENLARGE TIME TO FILE OPPOSITION AND REPLY PAPERS TO DROPBOX, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:　　February 23, 2017<br>Time:　　1:30 p.m.<br>Before:　 Hon. Edward M. Chen<br>Dept.:　　Courtroom 5, 17th Floor |

1  Dropbox, Inc. ("Dropbox") and Thru, Inc. ("Thru") submit this Stipulation and [Proposed] Order to Enlarge Time to File Opposition and Reply Papers to Dropbox, Inc.'s Motion for Attorneys' Fees and Costs ("Motion").

Dropbox filed a Motion for Attorneys' Fees and Costs on January 9, 2017.  Dkt. No. 153. Under Federal Rule of Civil Procedure 7 and Local Rule 7-3, Thru's deadline to file its Opposition is January 23, 2017 and Dropbox's deadline to file its Reply is January 30, 2017.  A hearing is noticed for February 23, 2017, but Dropbox has proposed submitting the matter on the papers. Thru considers that a hearing is appropriate. The parties respectfully request that the deadlines for Thru's Opposition be extended to February 3, 2017 and Dropbox's Reply be extended to February 13, 2017 to give the parties to have additional time to prepare their papers.

If the requested extensions require a continuation of the February 23, 2017 hearing date, and the Court believes a hearing is necessary, the parties request that the hearing be rescheduled at the Court's earliest convenience.

Dated:  January 19, 2017          Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/ David H. Kramer
       DAVID H. KRAMER
       JOHN L. SLAFSKY

Attorneys for Plaintiff and Counter-Defendant
DROPBOX, INC.

Dated:  January 19, 2017          SISKIND BOYD LLP

By:    /s/ Ian K. Boyd
       IAN K. BOYD

FERGUSON, BRASWELL FRASER
KUBASTA PC
    JOHN M. CONE
    RYAN A. STARNES

Attorneys for Defendant and Counterclaimant
THRU INC.

1 **[PROPOSED] ORDER**

2 Pursuant to stipulation and good cause appearing, it is so ORDERED:

3   1.   Thru Inc. shall have until February 3, 2017 to file its Opposition to Dropbox

4 Inc.'s Motion for Attorneys' Fees and Costs;

5   2.   Dropbox, Inc. shall have until February 13, 2017 to file its Reply to Thru Inc.'s

6 Opposition to Dropbox Inc.'s Motion for Attorneys' Fees and Costs; and

7   3.   Dropbox, Inc.'s Motion for Attorneys' Fees and Costs shall be heard at 1:30 p.m.

8 on February 23, 2017.

10 Dated: January __31__, 2017

11                                    The Honorable Edward M. Chen
                                       United States District Court Judge

IT IS SO ORDERED

Judge Edward M. Chen

**CERTIFICATION**

I, IAN K. BOYD, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE OPPOSITION AND REPLY PAPERS TO DROPBOX, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS.**  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated:  January 19, 2017                                        /s/ Ian K. Boyd
                                                                                        IAN K. BOYD